# POWERS & GREENGARD

Beth Werking
11645 Lakeshore Drive
Grand Haven, MI 49417

Beth Werking
4992 River Oaks Rd.
Rockford, MN, 55373

The Carriage House
509 Franklin
Grand Haven MI 49417

Phone: (616) 512-5474
Facsimile: (616) 743-5917
E-mail: mgreengard@powersgreengard.com
www.powersgreengard.com

Licensed in Michigan and Illinois

January 22, 2019

VIA CERTIFIED US MAIL

**Re:    Destruction of Personal Property**

Mrs. Werking:

I represent your son, David Werking.  David contacted me regarding potential destruction of his personal property.  David alleged that the destruction of the property took place sometime in or around the fall of 2017.

David provided a list of items that he alleged you, under no right, destroyed.  David also provided an incident number with the Ottawa County Sheriff's Department.  I contacted the Ottawa County Sheriff's Department and received the attached police report.

In the police report, you indicate that the personal property was "destroyed and discarded".  (Police Report, Page 3, Paragraph 6).

Neither David nor I are aware of any legal right to destroy the property.  Absent such, David has been harmed in the amount of Twenty Eight Thousand Nine Hundred Forty and 72/100 Dollars ($28,940.72).  This number is based upon receipts David has kept for the personal property.  The number may actually be higher because David does not have all the receipts for all the personal property.

Please remit payment to my offices in the above amount by February 1st, or we will be forced to take action up to and including suit in Ottawa County Circuit Court for statutory conversion (and associated treble damages and attorneys fees).

If I am mistaken as to any details, I would welcome a phone call (number listed above) to clarify. I hope we can resolve this manner expeditiously, amicably, and quietly.

Thank you in advance.

Sincerely,

Miles Greengard

/encl

cc: DW (w/ encl) (via e-mail)