# List of Exhibits

Exhibit 1 – Ottawa County Sheriff's Police Department Report
Exhibit 2 – E-Mail from P. Werking to Plaintiff on January 1, 2018
Exhibit 3 – E-Mail from P. Werking to Plaintiff on March 17, 2018
Exhibit 4 – E-Mail from Plaintiff to P. Werking on November 22, 2017
Exhibit 5 – Receipts of Property
Exhibit 6 – List of Missing Items
Exhibit 7 – Demand Letter
Exhibit 8 – Affidavit of David Werking
Exhibit 9 – E-Mail from Beth Werking to David Werking of 10/28/15
Exhibit 10 – E-Mail from Paul Werking to David Werking of 11/13/15
Exhibit 11 – E-Mail from Beth Werking to David Werking of 11/14/15
Exhibit 12 – E-Mail from Beth Werking to David Werking of 7/9/16
Exhibit 13 – E-Mail from Paul Werking to David Werking of 8/7/16
Exhibit 14 – E-Mail from Paul Werking to David Werking of 9/21/16

Exhibit 1
Ottawa County Sheriff's Police Department Report

Exhibit 2
E-Mail from P. Werking to Plaintiff on January 1, 2018

Exhibit 3
E-Mail from P. Werking to Plaintiff on March 17, 2018

Exhibit 4
E-Mail from Plaintiff to P. Werking on November 22, 2017

Exhibit 5
Receipts of Property

Exhibit 6
List of Missing Items

Exhibit 7
Demand Letter

Exhibit 8
Affidavit of David Werking

Exhibit 9
E-Mail from Beth Werking to David Werking of 10/28/15

Exhibit 10
E-Mail from Paul Werking to David Werking of 11/13/15

Exhibit 11
E-Mail from Beth Werking to David Werking of 11/14/15

Exhibit 12
E-Mail from Beth Werking to David Werking of 7/9/16

Exhibit 13
E-Mail from Paul Werking to David Werking of 8/7/16

Exhibit 14
E-Mail from Paul Werking to David Werking of 9/21/16