UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING,

      Plaintiff,                             Case No. 1:19-cv-276

    v.                                   Hon. Paul L. Maloney

BETH EILEEN WERKING, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

    NOTICE is hereby given that the above-captioned case was filed in this court on April 10, 2019.   The case has been assigned to Paul L. Maloney.

                                                CLERK OF COURT

Dated:  April 11, 2019                By:   /s/ E. Siskind
                                                    Deputy Clerk