# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David Elliot Werking

v.

Paul Michael Werking, and
Beth Eileen Werking

Case No. 1-19-cv-00276-PLM-RSK
Hon. Paul L. Maloney

TO: Paul M. Werking
ADDRESS: 11645 Lakeshore Drive
Grand Haven, MI, 49417

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Miles L. Greengard (P76812)
Powers & Greengard
The Carriage House
509 Franklin
Grand Haven, MI 49417

CLERK OF COURT

By: Deputy Clerk          April 11, 2019
                          Date

## PROOF OF SERVICE

This summons for _____Paul M. Werking_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                           *Server's signature*

Additional information regarding attempted service, etc.:
                                           _____
                                           *Server's printed name and title*

                                           _____
                                           *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David Elliot Werking

v.

Paul Michael Werking, and
Beth Eileen Werking

Case No. 1-19-cv-00276-PLM-RSK
Hon. Paul L. Maloney

TO: Beth E. Werking
ADDRESS: 11645 Lakeshore Drive
Grand Haven, MI, 49417

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Miles L. Greengard (P76812)
Powers & Greengard
The Carriage House
509 Franklin
Grand Haven, MI 49417

CLERK OF COURT

By: Deputy Clerk                                       April 11, 2019
                                                              Date

## PROOF OF SERVICE

This summons for _____Beth E. Werking_____ was received by me on _____.
                    (name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                         (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                                (name of organization)              (date)

☐ I returned the summons unexecuted because _____.
☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                              _____
                                                              Server's signature

Additional information regarding attempted service, etc.:
                                                              _____
                                                              Server's printed name and title

                                                              _____
                                                              Server's address