**From:** **David Werking** omik2omik2@hotmail.com
**Subject:** Fw: Your Amazon.com order has been attempted for delivery
**Date:** January 23, 2019 at 7:26 PM
**To:** Miles Greengard mgreengard@powersgreengard.com



**From:** beth werking <bewerking@yahoo.com>
**Sent:** Saturday, July 9, 2016 9:08 PM
**To:** David Werking
**Subject:** Re: Your Amazon.com order has been attempted for delivery

I was thinking you'd have your own space down there but you can have Marilyn's room. I'll bet the balcony would provide good light to paint by. I am not sure about the timetable for the garage demolition and re-build--that might be a hurdle if you are trying to paint but we can work that out, I'm sure.

**From:** David Werking <omik2omik2@hotmail.com>
**To:** beth werking <bewerking@yahoo.com>
**Sent:** Saturday, July 9, 2016 5:34 PM
**Subject:** Re: Your Amazon.com order has been attempted for delivery

No.. don't put me downstairs. There's no natural light and I need to finish the painting series I was doing to move on to oils.

**From:** beth werking <bewerking@yahoo.com>
**Sent:** Saturday, July 9, 2016 3:53:58 PM
**To:** David Werking
**Subject:** Re: Your Amazon.com order has been attempted for delivery

Texas is big. Very big. Grand Haven has good bus service at reasonable rates, like  75 cents, I think, and then you'll have Mom's wheels as well. I propose you come and make yourself comfy in the apartment downstairs and we'll look for an apartment for you. I am sure we can stock it with everything you'll need--there are some good second hand shops close by. Those are practical matters. Like you say, it is important to find out what the next chapters of your life hold. We want to help you in that discovery.

**From:** David Werking <omik2omik2@hotmail.com>
**To:** beth werking <bewerking@yahoo.com>
**Sent:** Saturday, July 9, 2016 1:15 PM
**Subject:** Re: Your Amazon.com order has been attempted for delivery

on second thought...yeah...texas isn't very walkable either. What I'm going to need to do is live with you guys for a little while to hemorrhage money. I will DEFINATELY be looking for work, but if work doesn't come, I need to be selling artwork/my stuff. I cannot just give it away to salvation army like Dad suggested. I need to take a walkabout. I need to go to India/Thailand and scout out the area and see if it's really worth it. I also need a walkabout for my soul. I put everything into this marriage. I wonder: why life is so petty. I wonder: who I am anymore and what I'm supposed to do with the rest of my time here. Dad doesn't

seem to want to help out with moving stuff, so I will probably have to get movers. Could you drive me around so I can sell my stuff/make money? Just back and forth between the post office and the storage. Yeah I do need storage.

**From:** beth werking <bewerking@yahoo.com>
**Sent:** Friday, July 8, 2016 10:41:23 PM
**To:** David Werking
**Subject:** Re: Your Amazon.com order has been attempted for delivery

Sure will. If you want to be close to the post office, it might mean moving close to downtown but then you aren't close to the grocery stores. Still, everything in this town is close--15 minutes by car or transit bus will get you there.

**From:** David Werking <omik2omik2@hotmail.com>
**To:** beth werking <bewerking@yahoo.com>
**Sent:** Friday, July 8, 2016 2:44 PM
**Subject:** Re: Your Amazon.com order has been attempted for delivery

Requirements: A/C heating
              bathtub
              washer/dryer/refridgerator/stove
Walking distance to post office and grocery store

I'm looking at apartments in texas right now...might be nice to be close to the big state fair/magic mountain. I hear they also have a good art scene. Let me know if you find something good though.

**From:** beth werking <bewerking@yahoo.com>
**Sent:** Friday, July 8, 2016 12:32:55 PM
**To:** David Werking
**Subject:** Re: Your Amazon.com order has been attempted for delivery

I think that eventually you will want to live cat free. There are apartments that are close by and I'll do my momma best to help you find one and get settled. I heard of one that is a one bedroom for $530 a month. I think you will want to look for yourself so I haven't done much yet on that front. My plan is to get a storage unit for our stuff while the garage is under construction and then we could turn it over to you if needed. Ah, I am so looking forward to having you so much closer.

**From:** David Werking <omik2omik2@hotmail.com>
**To:** beth werking <bewerking@yahoo.com>
**Sent:** Friday, July 8, 2016 10:43 AM
**Subject:** Re: Your Amazon.com order has been attempted for delivery

I can always just get a cheap apartment to live in with my stuff

**From:** beth werking <bewerking@yahoo.com>
**Sent:** Friday, July 8, 2016 9:40:39 AM
**To:** David Werking
**Subject:** Fw: Your Amazon.com order has been attempted for delivery

Did you ever get this?

Just an update. I am trying to find a small storage unit for your things here. So far, no luck--but I will try again next Monday morning. There are several other places farther out but I would like to find one "close in", of course. We got a lot done on the house and garage in the last couple of weeks. Dad was supposed to leave yesterday, planning to go visit his mom and then head home. Instead, he had a kidney stone which he is still trying to pass. I am so glad that he wasn't on the road when this hit and also glad to have him here just a little longer!


----- Forwarded Message -----
**From:** "order-update@amazon.com" <order-update@amazon.com>
**To:** bewerking@yahoo.com
**Sent:** Sunday, June 12, 2016 1:45 PM
**Subject:** Your Amazon.com order has been attempted for delivery

                                        Delivery Attempted

### Hello beth werking,

We tried but were unable to deliver your package. We'll try again on the next business day. We apologize for any inconvenience.

| **We'll try again on the next business day.**  [Track your package] | David Werking  710 S MYRTLE AVE  MONROVIA, CA, 91016-3423  United States |

Order # 106-6620151-2196223

     City of Joy

If you require further assistance, visit Customer Service.
Track your order with the Amazon App.

We hope to see you again soon.
**Amazon.com**

Please note: This e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.