UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING,

       Plaintiff,                              Case No. 1:19–cv–276

     v.

PAUL MICHAEL WERKING, et al.,

       Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Miles Lynch Greengard

RE:  Amended Complaint (ECF No. 8)

REASON FOR NOTICE:  Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                  CLERK OF COURT

Dated:  May 22, 2019        By:   /s/ E. Siskind_____
                                                          Deputy Clerk