Exhibit 1
Ottawa County Sheriff's Police Department Report




# Case Report
# Compact

**Print Date/Time:** 12/06/2018 07:50
**Login ID:** ashcraftr
**Case Number:** 2018-02230177

**ORI Number:**   Ottawa Co Sheriff's Office   MI7017000

## Case Details:

| | | | |
|---|---|---|---|
| **Case Number:** | 2018-02230177 | **Incident Type:** | Damage to Property |
| **Location:** | 11645 LAKESHORE DR | **Occurred From:** | 02/23/2018 20:15 |
| | Grand Haven Twp,MI 49417 | **Occurred Thru:** | 02/23/2018 20:15 |
| | | **Reported Date:** | 02/23/2018 20:15 Friday |
| **Reporting Officer ID:** | 1168-MacKeller | **Status:** Closed | **Status Date:** 04/02/2018 |
| | **Disposition:** Denied | **Disposition Date:** 12/06/2018 | |
| **Assigned Bureau:** | Prosecutor's Office | | |

**Solvability Factors**
None

**Weight**
0.000

**Total: 0.000**

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 29000 | 2999 | MDOP - Damage to Property (Other) | 1 |

**Offense #** 1

| | | | | | |
|---|---|---|---|---|---|
| **Group/ORI:** State | **Crime Code:** 29000 **Statute:** | 2999 | **Counts:** 1 | **Attempt/ Commit Code:** | Completed |
| **Description:** | MDOP - Damage to Property (Other) | | | **Offense Date:** | 02/23/2018 |
| **NCIC Code:** | 2999 | **Scene Code:** | 20 - Residence/Home | **Bias/Motivation:** | None |
| **Gang Related:** | No | **IBR Seq. No:** | 1 | | |

### Offender Suspected of Using
**Alcohol:** No
**Drugs:** No
**Computer:** No

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Informational | 1 | Matwiejczyk, Sarah | | | White | Female | |
| Police Officer | 1 | MacKeller 1168, Deputy Jacob | 12220 FILLMORE ST Olive Twp,MI 49460 | | White | Male | |
| Police Officer | 2 | DeVries 914, Deputy Ryan | 12220 FILLMORE ST Olive Twp,MI 49460 | | White | Male | |
| Suspect | 1 | Werking, Beth Eileen | ███ | | White | Female | 65 |
| Suspect | 2 | Werking, Paul Michael | ███ | | White | Male | 65 |
| Victim | 1 | Werking, David Elliot | ███ | | White | Male | 39 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|





# Case Report
# Compact

**Print Date/Time:** 12/06/2018 07:50
**Login ID:** ashcraftr
**Case Number:** 2018-02230177

**ORI Number:**

Ottawa Co Sheriff's Office
MI7017000

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 02/24/2018 | Destroyed/Damaged /Vandalized | 88 - Other | | | Pornographic material, DVD's. | | |

**Seq #1**

**Property Codes:** Destroyed/Damaged/Vandalized
**Property Type:** 88 - Other
**Property Class:** Other
**Date Received:** 02/24/2018
**UCR Value:** $200 and over
**Initial Value:** $10,000.00
**Quantity:** 1.000
**Unit of Measure:** Each
**Description:** Pornographic material, DVD's.

### Associated Subjects

| Type | Name | Address | Phone | Notified How | Date |
|---|---|---|---|---|---|
| Owner | Werking, David Elliot | ███████ | | | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

Original Report by Deputy MacKeller, #1168.
#1802230177.

Nature: MDOP.

Information: I was dispatched to the report of a destruction of property, reference the caller advising his parents had destroyed his property that was left at their residence.

Contact David Elliot Werking: I made contact with David via telephone as he currently resides in Indiana; David advised that on August 23rd 2017 he was kicked out of his parent's, Paul Michael Werking and Beth Eileen Werking, house .David advised that when he was kicked out he left some of his property at his parent's residence.

David advised that on December 16th 2017 his parents delivered some of David's property to him in Indiana. David advised he noticed items missing from his property and when he asked his parents what happened to the items they advised the items were destroyed. David advised these items totaled around $30,000.

David advised he would like to file charges against both of his parent's for the destruction of his property, David advised the property that was destroyed was mostly CD's and movies, and some personal art he had collected. While speaking with David he advised all of the items totaled around $10,000. at that point I asked David to verify how much the damaged property totaled as he first told me a total of $30,000. and now he's telling me $10,000. David advised he was unsure of exact numbers but figured it to be around $10,000 and with the emotional attachment with the items it would be around $30,000.

Contact Beth Eileen Werking: I made contact with Beth via telephone; Beth advised David was kicked out of their house reference a Domestic that had taken place on August 23rd reference Inc#1708230201.

Beth advised that prior to David moving into their residence they requested that he not bring any of his pornography. Beth advised they knew David had issues with pornography and simply requested he not bring any into their house. Beth advised after the Domestic and David moving out, the began going through his items in order to pack up his property so they could deliver it to David. Beth advised while going through the property they found a large amount of pornography that they were upset about being in their residence. Beth advised they didn't wish to transport the items to Indiana to deliver to David and they didn't want it in their house; so Beth advised the items were destroyed and discarded.

Beth advised there are a few property items of David's that remain at their residence too which she advised they haven't been in a hurry to return due to David being upset with them about the destruction of his pornography.

Further contact with David: I again made contact with David who confirmed that the

items that were destroyed were all to do with pornographic material; David advised it's still his property and feels his parents didn't have the right to destroy any of the items. David was very upset and stated he still wished to pursue charges against both Beth and Paul Werking.

Status: Open...TOT PA.

**Closing Supp**

04/02/2018 Warrants denied by Prosecutor. See memo for details. Case closed.

SUPP by R.DeVries    18-02 23 0177    MDOP

Info: On the evening of 11/26/18, I was dispatched to contact the caller via phone reference questions regarding his criminal complaint on 02/23/18.

The caller is David Werking and the incident took place at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Caller / David Werking:   I spoke to David on the phone. He stated that he was upset that he spoke to the Prosecutor's Office earlier in the day and they advised him that they denied his case from 02/23/18. David was told on the phone today by the Prosecutor's Office that they never received his "documents". David was upset that he was not told that the documents were needed to show proof that his parents destroyed his property.

David had no new information regarding the case but has requested that the "documents" be submitted and then again reviewed by the Prosecutor's Office for MDOP charges.

I provided David with Deputy Mackeller's name and email address so he could send the items. I also notified Deputy Mackeller.

David advised that he did not have any further questions and our conversation "cleared" up a lot of things.

Status:   See Original.

Supplemental Report by Deputy MacKeller, #1168. 12/5/2018. #1802230177.

Information: On 11/26/2018 I started recieving emails from David Werking regarding his original case against his parents for MDOP. David was advising he was in contact with The Prosecutor's Office who advised him his report was denied due to lack of evidence.

Contact David Werking: I attempted contact several times with David via telephone and email. David never answered any of my calls and never returned any voicemails.

David has sent me around 44 emails that will be sent to Forensics to be added to this report. David's emails contain lists of dvd's and vhs tapes, differents sex toys, and lubes that he states are missing. David made several different lists of reciepts with prices he has found online.

David was requesting that this case be reopened and sent to the PA's Office for further review.

Contact Sarah Matwiejczyk: I made contact with Sara who is the Original Prosecutor that denied charges on this report. Sarah advised she has also recieved a high number of emails from David and stated she would not reopen the case as there is no new evidence. Sarah advised I could close the report out and not send it to the PA's office as she would deny charges.

Contact David: I made further contact with David advising him of my contact with Sarah and her stating she was not going to reopen the case and that the report was going to be closed out with his emails added.

Status: Closed...No charges per Prosecutor.