Exhibit 8
Affidavit of David Werking

STATE OF MICHIGAN

IN THE 20th CIRCUIT COURT FOR THE COUNTY OF OTTAWA

DAVID ELLIOT WERKING
an Indiana Resident,
    Plaintiff,

Case No. _____
Hon. _____

vs.

BETH EILEEN WERKING,
a Michigan Resident, and PAUL MICHAEL WERKING,
a Michigan Resident

    Defendants.

---

POWERS & GREENGARD
Attorneys for Plaintiff
Miles L. Greengard (P76812)
The Carriage House
509 Franklin Avenue
Grand Haven, MI  49417
(616) 512-5474 (Phone)
(616) 607-7322 (Fax)
mgreengard@powersgreengard.com

---

## AFFIDAVIT OF DAVID WERKING

1. I am over 18 years of age and I have personal knowledge of the facts contained in this affidavit, and I can testify to such facts.

2. I currently live in Indiana at 1715 E. Princeton Avenue, Muncie, 47303.

3. My parents' primary residence is at 11645 Lakeshore Drive, Grand Haven, Michigan.

4. I moved into my parents' house on October 5, 2016.

5. When I moved into my parents' house, I brought with me a large amount of personal property, some of which was pornographic in nature.

6. None of the property, pornographic or otherwise, was illegal to possess.

7. I had purchased or been given all of the property I brought to my parents'.

8. While I lived at home, in lieu of paying rent, I performed household chores.

9. After an incident on August 23, 2017 in which I called the police, I was told by the police that I had to leave my parents' house for at least three days.

10. After my parents destroyed my property, I had no way to recover it.

11. There was no child pornography in my collection of Property.

Dated: February 8, 2019

_____
David Elliot Werking

Subscribed and sworn to before me on February 9, 2019
/s/ Delaware County
Name: Cody Boston Lew[is Jones]
Notary public, State of Indiana, County of Delaware
My commission expires 06/27/2026

Cody Boston Lewis Jones, NOTARY
COMM. EXP.: 06/27/2026
COMM. #: 0714879
DELAWARE COUNTY, INDIANA