US DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID ELLIOT WERKING  )
an Indiana Resident,  )
    Plaintiff,  )  Case No. 1:19-cv-276
      )  Hon. Paul L. Maloney
vs.  )
    )
BETH EILEEN WERKING,  )
a Michigan Resident, and  )
PAUL MICHAEL WERKING,  )
a Michigan Resident,  )
    )
    Defendants.  )

---

| POWERS & GREENGARD | VANDERBROEK LAW PLLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| Miles L. Greengard (P76812) | Anne M. VanderBroek (P81541) |
| The Carriage House | 17190 Van Wagoner Rd. |
| 509 Franklin Avenue | Spring Lake, MI 49456 |
| Grand Haven, MI  49417 | (616) 607-7522 (Phone) |
| (616) 512-5474 (Phone) | (616) 682-6109 (Fax) |
| (616) 607-7322 (Fax) | anne@vanderbroeklaw.com |
| mgreengard@powersgreengard.com | |

---

PLAINTIFF'S PROPOSED ORDER TO FIND SUMMARY JUDGMENT

---

At a session of court held in the courthouse in
Grand Rapids, Michigan, on _____
Present: Honorable Paul L. Maloney
Judge of the Western District of Michigan

IT IS ORDERED that summary judgment be entered on behalf of Plaintiff.

IT IS FURTHER ORDERED that the parties attend a damages hearing to be conducted on _____.

/s/_____

Western District of Michigan Judge