Exhibit 3
E-Mail from P. Werking to Plaintiff on March 17, 2018

**From: David Werking** omik2omik2@hotmail.com
**Subject:** Fw: More Stuff
**Date:** December 17, 2018 at 4:05 PM
**To:** mgreengard@powersgreengard.com



---

**From:** David Werking <omik2omik2@hotmail.com>
**Sent:** Monday, November 26, 2018 6:05 PM
**To:** prosecutor@miottawa.org
**Subject:** Fw: More Stuff

---

**From:** David Werking <omik2omik2@hotmail.com>
**Sent:** Monday, November 26, 2018 5:15 PM
**To:** jmackeller@miottawa.org
**Subject:** Fw: More Stuff

Case #18-02230177

---

**From:** pmwerking@reagan.com <pmwerking@reagan.com>
**Sent:** Saturday, March 17, 2018 5:00 PM
**To:** David Werking
**Subject:** Re: More Stuff

David Werking,

It is not natural or normal for a person to have sex with his or her Mother.

It is not natural or normal for a person to have sex with their Father.

It is not natural or normal for a person to have sex with their Brother or Sister.

It is not natural or normal for a person to have sex with their Son or Daughter.

It is not natural or normal for a person to have sex with any child, related or not.

It is not natural or normal for a person to have sex with an animal.

I found DVDs depicting all of these detestable practices in your collection. Such things should not be promoted, celebrated, or glamorized. Any civilization that tolerates or promotes these acts will not survive. Any individual that puts this garbage into his mind (whether or not he commits these acts) will also suffer. It should be no surprise to anyone that a person who watches this stuff every day will have nightmares and/or strange dreams.

You apparently believe that "all sex is good sex" or that "one can't have too much sex." This lie was foisted on the world by Alfred KInsey in the fifties. I don't know who sold this bill of goods to you but it should have been obvious to you that it is not true. It's like saying that "all food is good food," or "all drugs are good drugs." If you eat nothing but sugar and carbohydrates for 20 years you will get diabetes and die a horrible miserable death. If you take ibuprofin every day for aches and pains you will ruin your stomach lining and get ulcers (or worse).

But alas, the list above was not the end of what I found. I also found videos depicting slavery, torture, rape, and gang rape. That you would buy and watch films depicting such violence is beyond the pale. I have no words to express the depth of my shock and disappointment.

I have no words to express the depth of my shock and disappointment.

Believe it or not, one reason for why I destroyed your porn was for your own mental and emotional heath.  I would have done the same if I had found a kilo of crack cocaine.  Someday, I hope you will understand.

Paul Werking

-----Original Message-----
From: "David Werking" <omik2omik2@hotmail.com>
Sent: Monday, March 12, 2018 7:22pm
To: "pmwerking@reagan.com" <pmwerking@reagan.com>
Subject: Re: More Stuff

How can someone be addicted to something that is natural? Do people have sex? People have sex. Do people masturbate? People masturbate. Do the endorphins from an orgasm hurt the body? No they do not hurt the body. Are men visual? Yes, men are visual. Are women visual? No, women are auditory. Do women have porn? Yes it's called dimestore romance. Is anyone saying that's wrong? No, no one is saying that's wrong. Does Jesus say anything about porn? No Jesus talks about not committing adultery in your mind. Catholcis talk about porn 300 years after the Bible. Are we Catholic? No. Are these women I am lusting after married? No those are paid actors and actresses. Are they good at it? Enh, some of em. Is it sexist? No, both sexes are there. Does it degrade people? Not if they're good at it. Something good should be uplifted. Is it bad for marriage? How about women stop dreaming about the men we could be and we stop dreaming about the women they could be. That seems fair. When is an interest an addiction? Someone is addicted to trains. Oh my God they have so many trains. My wife is addicted to shoes. Oh my God she has so many shoes. Oh well.
When you have an adult child, you treat them like an adult. I made my decision. If you want to talk about my decisions with me, that's fine. The Bible would not be written so that you have to disobey one commandment in order to honor another. The Bible says to rebuke your brother if they are doing wrong. GOD forces, not YOU. There's this whole thing called the Crusades. You should read about it sometime. Many people killed in the name of God. Horrible, horrible things going on. I would say the middle east will probably never heal.
I brought my scarce belongings into your house. I told you at that dinner table in Rockford Minnesota back in 2015 what my belongings were. If you don't say that, then that's a lie. I love you Dad, and I need you to be here to teach me how to be a man still, but you also need to know that there are consequences for your actions, legally. You can't just go around destroying people's stuff that you don't like or agree with. We live in a civilized society. If you had a problem with my belongings, you should have stated that at the time and I would have gone elsewhere. Instead you chose to keep quiet and behave vindictively. Today is Elsie's birthday. I don't know what to do with this because it's something I've never been taught. Mary is in denial about how much damage not having a father is going to do to Elsie, and I have to sit on the sidelines until Mary realizes that she needs me, because she needs our daughter to be okay. I need a father. I need people to step up to the plate and stop acting childishly. I never lied to you about my "porn". I could have, but I didn't. I respected you, and hope someday I can respect you again. I never thought you could throw a child away. I hope destroying the porn felt really good, was it worth a son? Here I was, trying to give you a second chance.

trying to give you a second chance.

I am glad about the person I am. I am glad about the person I turned out to be, with or without you, with job or no job, with house or homeless, because I was present and I made every choice I thought was best for me and no one else. I collect porn to remind me that I'm not you. I'm me. I have thoughts and feelings too. Sad sad thoughts. Angry thoughts! But human, so human.  Honor my life, and honor my experience, and honor my thoughts because I am out here surviving, outside of your shadow.

Sent from Windows Mail

---

**From:** pmwerking@reagan.com
**Sent:** Monday, March 12, 2018 3:39 PM
**To:** David Werking

David,

I left more of your stuff, hopefully all of it, with Grandma last week end.  She will probably come down with Carol sometime in the next few weeks to deliver it.  They will be bringing a large black canvas bag with miscellaneous stuff and a box with a few more CDs that we found.

I have not told Mom and Carol about your porn addiction.  If you have any pride left at all, you won't either.

Dad