Exhibit 10
E-Mail from Paul Werking to David Werking of 11/13/15

From: **David Werking** omik2omik2@hotmail.com
Subject: Fw: Mediation
Date: January 23, 2019 at 6:29 PM
To: Miles Greengard mgreengard@powersgreengard.com



_____
From: pmwerking@reagan.com <pmwerking@reagan.com>
Sent: Friday, November 13, 2015 3:57 PM
To: David Werking
Cc: Beth Werking
Subject: RE: Mediation

Well, think about it.  We have a place for you here in Michigan if you need it.

Just remember that we would expect you to pay some amount of rent, if you are here long term (for more than a few weeks).

Also, as we discussed before, we would expect you to seek some form of treatment for your own long-term health.  Due to the expense, we would be willing to help with that.

Regarding Mary's "sucky life," I would recommend that you worry more about making your own life better than making Mary's life worse.

-----Original Message-----
From: "David Werking" <omik2omik2@hotmail.com>
Sent: Friday, November 13, 2015 3:04pm
To: "pmwerking@reagan.com" <pmwerking@reagan.com>
Subject: RE: Mediation

Feed the ducks? Quack quack!
Hey knock knock!
Who's there?
Dishes.
Dishes who?
Dishes a really bad joke. ;)
I don't know if I should come home. This is so annoying, but I guess hey look at the positive it gives mary time to think and have to parent alone and hold a job down at this same time whilst paying me and a lawyer. I would call that a sucky life.

> Date: Fri, 13 Nov 2015 14:27:28 -0600
> Subject: RE: Mediation
> From: pmwerking@reagan.com
> To: omik2omik2@hotmail.com
> CC: bewerking@yahoo.com
>
> Argh!  So what are you going to do between now & April?
>
> -----Original Message-----

> From: "David Werking" <omik2omik2@hotmail.com>
> Sent: Friday, November 13, 2015 2:11pm
> To: "pmwerking@reagan.com" <pmwerking@reagan.com>
> Subject: RE: Mediation
>
> So it turns out it was just a time setting meeting for mediation and the mediation is all the way in April.
>
> > Date: Fri, 13 Nov 2015 13:49:45 -0600
> > Subject: RE: Mediation
> > From: pmwerking@reagan.com
> > To: omik2omik2@hotmail.com
> >
> > So I'm crazy.  How did it go yesterday?
> >
> > -----Original Message-----
> > From: "David Werking" <omik2omik2@hotmail.com>
> > Sent: Wednesday, November 11, 2015 11:28am
> > To: "pmwerking@reagan.com" <pmwerking@reagan.com>
> > Subject: RE: Mediation
> >
> > Gotcha. :) Eat some oatmeal and leaves and THEN be a jerk! *laff*
> > I love you guyz! I don't think it'll be an issue. Mostly it seems like I just have to answer yes or no questions and let the lawyer do the work.
> >
> > > Date: Wed, 11 Nov 2015 08:17:22 -0600
> > > Subject: Mediation
> > > From: pmwerking@reagan.com
> > > To: omik2omik2@hotmail.com
> > >
> > > David,
> > >
> > > Mom and I just wanted to send our best wishes for your mediation tomorrow.  We have been praying for you and will continue to do so no matter what happens.
> > >
> > > If you will take the advice of an old man, I suggest that you refrain from consuming sugars tomorrow; especially in the form of soda pop.  I know that you enjoy the "energy" that it gives you but it also makes you behave like a jerk (in much the same way that alcohol affects other people).  At least that is the way that the mediator may perceive your behavior.  Regardless of what you do, know that Mom and I will always love you and we want the best for you.
> > >
> > > Love,
> > >
> > > Dad
> > >
> > >
> >
> >
>

>