Exhibit 17
Reply E-Mail from Defense Counsel to Exhibit 15



**From:** **Anne VanderBroek** anne@vanderbroeklaw.com
**Subject:** Re: Dates for Rule 26(f) Conference re; Werking v Werking
**Date:** May 6, 2019 at 3:12 PM
**To:** Miles Greengard mgreengard@powersgreengard.com

Miles,
After meeting with my clients today, we are rejecting your offer of settlement.

I understand about being type A and wanting to get dates scheduled, but I would prefer to wait until Judge Maloney rules on our MTD and SJ motions.  If he denies them, we will then file an answer.  Until an answer is on record, I don't think we can proceed with discovery or a scheduling order.

Should it reach discovery, we will have substantial requests, including producing purchase receipts or other proof as to damages for each item.  I anticipate a voluminous discovery, should we reach that point.



y.

Thanks,
Anne

Anne M. VanderBroek, Esq.
VanderBroek Law PLLC
17190 Van Wagoner Rd.
Spring Lake, MI 49456
(616) 607-7522

CONFIDENTIALITY: This email may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way, and (2) contact me immediately. Notice: VanderBroek Law PLLC is a federally designated Debt Relief Agency

me immediately. Notice: VanderBroek Law PLLC is a federally designated Debt Relief Agent, under the United States Bankruptcy Code. We help people file for bankruptcy under the Bankruptcy Code.

Book an Appointment

---

**From:** Miles Greengard <mgreengard@powersgreengard.com>
**Date:** Monday, May 6, 2019 at 1:06 PM
**To:** Anne VanderBroek <anne@vanderbroeklaw.com>
**Subject:** Dates for Rule 26(f) Conference re; Werking v Werking

Anne:

I know that there is an open settlement offer until COB on Wednesday, but I think it would be wise if we established a date, sooner than later, for the 26(f) conference.  I'm way too type A for my own good, and I want to get dates down so we don't blow through them, as it's going to be summer sooner than later.

I find these generally go better in person instead of on the phone.

I will let you choose the venue; I have very nice, rehabbed, Victorian era offices in downtown GH. I have a much more spartan workplace in Grand Rapids, where I live.  Of course, your offices have a dog, so that's a big plus in my book.  Wherever is most convenient for you works for me.

Can you give a few dates over the next couple of weeks?  That way, we can get this scheduled and submitted to the court so we can get our Rule 16 scheduling order in.

Two asides: 1.  I don't anticipate much discovery on our end.  Obviously, depositions of both of your clients, but I believe we have most, if not all, of the written / ESI discovery we'll be seeking.  I understand, however, that there will likely be more discovery requests from your side.

2.  Do you have everything you need to turn over the property that you are currently holding of my client's?  My main computer is in the shop, so I'm working a bit more off memory than I'm used to, so I want to confirm that I haven't dropped the ball on anything.

If there's anything else that I'm forgetting, please advise.

Thanks in advance,


Miles Greengard
Attorney

Powers & Greengard
The Carriage House
509 Franklin

Grand Haven, Michigan 49417
Office: (616) 512-5474
Fax: (616) 743-5917
Mobile: (616) 350-8760