Exhibit 18
Reply E-Mail from Defense Counsel to Exhibit 16

**From:** Anne VanderBroek anne@vanderbroeklaw.com
**Subject:** Re: Rule 26(f) Conference re; Werking v Werking
**Date:** July 2, 2019 at 9:16 AM
**To:** Miles Greengard mgreengard@powersgreengard.com



Miles,

I would still like to receive a ruling and my position on the matter is unchanged – *Aroma* is definitive on the "own use" requirement for statutory conversion.  We still contend that destruction is not a use under the terms of the statute, and neither is finding an object objectionable.  We believe that Judge Maloney will see similarly.

As far as discovery, we anticipate depositions as well as production and examination requests and interrogatories, but, as stated, will wait until a ruling from Judge Maloney before beginning discovery – as, if he rules in our favor, the case will be dismissed.  I do not wish to drive up litigation costs for my clients' unnecessarily.

Thanks,
Anne

Anne M. VanderBroek, Esq.
VanderBroek Law PLLC
17190 Van Wagoner Rd.
Spring Lake, MI 49456
(616) 607-7522

CONFIDENTIALITY: This email may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way, and (2) contact me immediately. Notice: VanderBroek Law PLLC is a federally designated Debt Relief Agency under the United States Bankruptcy Code. We help people file for bankruptcy under the Bankruptcy Code.

Book an Appointment

---

**From:** Miles Greengard <mgreengard@powersgreengard.com>
**Date:** Monday, July 1, 2019 at 2:43 PM
**To:** Anne VanderBroek <anne@vanderbroeklaw.com>
**Subject:** Rule 26(f) Conference re; Werking v Werking

Anne:

Just wanted to touch base on this again.  When we had discussed this in May, you stated you wanted to wait for a ruling on your 12(b)(6) motion.  I know that we're still waiting for a ruling on your motion; but given that we haven't received a ruling yet, we could ostensibly be waiting for months.

Have you reconsidered your position?  I'm of the mindset that we may as well get the ball rolling -

I don't anticipate significant discovery outside of depositions of the three principals.

Let me know.

Thanks in advance.

Sincerely,

Miles Greengard
Attorney

Powers & Greengard
The Carriage House
509 Franklin
Grand Haven, MI 49417
[powersgreengard.com](powersgreengard.com)
Office: (616) 512-5474
Fax: (616) 743-5917
Mobile: (616) 350-8760