US DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING
An Indiana Resident, Plaintiff

v.

Case No. 1:19-cv-276
Hon. Paul L. Maloney

BETH EILEEN WERKING, AND
PAUL MICHAEL WERKING,
Michigan Residents, Defendants

| POWERS & GREENGARD | VANDERBROEK LAW PLLC |
|---|---|
| Attorneys for Plaintiff | Attorney for Defendant |
| Miles L. Greengard (P76812) | Anne M. VanderBroek (P81541) |
| The Carriage House | 17190 Van Wagoner Rd. |
| 509 Franklin Avenue | Spring Lake, MI 49456 |
| Grand Haven, MI 49417 | (616) 607-7522 (Phone) |
| (616) 512-5474 (Phone) | (616) 682-6108 (Fax) |
| (616) 607-7322 (Fax) | anne@vanderbroeklaw.com |
| mgreengard@powersgreengard.com | |

**CERTIFICATE REGARDING MOTION CONCURRENCE/NON-CONCURRENCE**

I, Anne M. VanderBroek, hereby certify that I sought the concurrence of Plaintiff's counsel in the Motion for an Extension of Time and the Motion for a Protective Order/Judicial Guidance filed by Defendants, Paul and Beth Werking.  Plaintiff's counsel does concur with the Motion for an Extension of Time.

Plaintiff's counsel, though originally concurring with the Motion for a Protective Order/Judicial Guidance, no longer concurs with said Motion and intends to submit a response brief on the issue.

Date: September 17, 2019

_____
Anne M. VanderBroek (P81541)
VANDERBROEK LAW PLLC
Attorney for Defendants
17190 Van Wagoner Rd.
Spring Lake, MI 49456
(616) 607-7522
anne@vanderbroeklaw.com