UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING,

    Plaintiff,

                                    Case No. 1:19-cv-276

v.

                                      HONORABLE PAUL L. MALONEY

BETH EILEEN WERKING, et al.,

    Defendants.

_____/

## **ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Pending before the Court is Defendants' motion for extension of time to respond to Plaintiff's motion for summary judgment (ECF No. 21). Plaintiff does not oppose the request (ECF No. 24).  Therefore,

**IT IS HEREBY ORDERED** that the motion for extension of time to respond to Plaintiff's motion for summary judgment (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that the deadline for Defendants to respond to Plaintiff's motion for summary judgment is extended to October 18, 2019.

Dated:  September 17, 2019             /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         United States District Judge