# List of Exhibits

Exhibit 1 – [Intentionally Left Blank]
Exhibit 2 – [Intentionally Left Blank]
Exhibit 3 – [Intentionally Left Blank]
Exhibit 4 – E-Mail from Plaintiff to P. Werking on November 22, 2017
Exhibit 5 – [Intentionally Left Blank]
Exhibit 6 – [Intentionally Left Blank]
Exhibit 7 – [Intentionally Left Blank]
Exhibit 8 – Affidavit of David Werking
Exhibit 9 – [Intentionally Left Blank]
Exhibit 10 – [Intentionally Left Blank]
Exhibit 11 – [Intentionally Left Blank]
Exhibit 12 – [Intentionally Left Blank]
Exhibit 13 – [Intentionally Left Blank]
Exhibit 14 – [Intentionally Left Blank]
Exhibit 15 – [Intentionally Left Blank]
Exhibit 16 – [Intentionally Left Blank]
Exhibit 17 – [Intentionally Left Blank]
Exhibit 18 – [Intentionally Left Blank]
Exhibit 19 – September 12, 2019 E-Mail Requesting Extension