Exhibit 4

E-Mail from Plaintiff to P. Werking on November 22, 2017

Case 1:19-cv-00276-PLM-RSK   ECF No. 26-2 filed 09/23/19   PageID.663   Page 1 of 2

**From:** **David Werking** omik2omik2@hotmail.com
**Subject:** Fw: seriously
**Date:** December 17, 2018 at 3:50 PM
**To:** Miles Greengard mgreengard@powersgreengard.com



**From:** David Werking
**Sent:** Wednesday, November 22, 2017 1:31 PM
**To:** pmwerking@reagan.com
**Subject:** seriously

Dad,
I really do need my stuff.
We're almost to December.
Is there some way you can give me the dates you will be showing up with the rest of my possessions?
I am trying to be as nice as possible since you're family  but I will take other measures if I have to.