Exhibit 19
September 12, 2019 E-Mail Requestion Extension

**From:** Anne VanderBroek anne@vanderbroeklaw.com
**Subject:** Extension on response to summary judgment motion
**Date:** September 12, 2019 at 4:40 PM
**To:** Miles Greengard mgreengard@powersgreengard.com



Miles,

My apologies, but life has spun out of control (as I'm sure you can tell by my schedule).  Some new information has come to my attention with this case and I have also been dealing with health issues and server/email failure.  Is it possible for me to have an extension on the deadline for the response and brief in opposition for your summary judgment motion so that I can both deal with the new information and present a proper response to your motion?  If so, I would greatly appreciate it.

Please let me know as soon as possible.

Thank you,
Anne

Anne M. VanderBroek, Esq.
VanderBroek Law PLLC
17190 Van Wagoner Rd.
Spring Lake, MI 49456
(616) 607-7522

CONFIDENTIALITY: This email may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way, and (2) contact me immediately. Notice: VanderBroek Law PLLC is a federally designated Debt Relief Agency under the United States Bankruptcy Code. We help people file for bankruptcy under the Bankruptcy Code.

Book an Appointment