UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING,

    Plaintiff,

v.

BETH EILEEN WERKING, et al.,

    Defendants.
_____/

Case No. 1:19-cv-276

HONORABLE PAUL L. MALONEY

## ORDER LIFTING STAY

Pursuant to prior order of the Court, the parties have filed a joint status report (ECF No. 30). After review of the report,

**IT IS HEREBY ORDERED** that the Stay is LIFTED for the reasons stated in the status report and further proceedings will be scheduled.

Dated:  February 14, 2020             /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge