Defense Exhibit 1
Affidavit of Beth E. Werking

US DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID ELLIOT WERKING
An Indiana Resident, Plaintiff

v.

Case No. 1:19-cv-276
Hon. Paul L. Maloney

BETH EILEEN WERKING, AND
PAUL MICHAEL WERKING,
Michigan Residents, Defendants

---

POWERS & GREENGARD
Attorneys for Plaintiff
Miles L. Greengard (P76812)
The Carriage House
509 Franklin Avenue
Grand Haven, MI 49417
(616) 512-5474 (Phone)
(616) 607-7322 (Fax)
mgreengard@powersgreengard.com

VANDERBROEK LAW PLLC
Attorney for Defendant
Anne M. VanderBroek (P81541)
17190 Van Wagoner Rd.
Spring Lake, MI 49456
(616) 607-7522 (Phone)
(616) 582-6108 (Fax)
anne@vanderbroeklaw.com

---

## AFFIDAVIT OF BETH WERKING

---

1. I am over 18 years of age and I have personal knowledge of the facts contained in this affidavit, and I can testify to such facts.

2. I currently live in Michigan at 11645 Lakeshore Drive, Grand Haven, MI.

3. I am married to Paul Werking and mother to David Werking.

4. My son, David Werking, lived with my husband and I as a tenant at sufferance from on or about October 5, 2016, until on or about August 23, 2017.

5. My son, David, had previously had problems with pornographic material, including the unlawful distribution of such.

6. My husband, Paul, and I warned our son, David, that he was not to bring pornographic material into our home.

7. My husband, Paul, and I warned our son, David, that if he did bring pornographic material into our home, it would be destroyed.

8. My husband, Paul, and I asked our son, David, whether he had any pornographic material among his belongings prior to his moving in to our home, to which he responded in the negative.

9. My husband, Paul, and I discovered a large quantity of pornographic material among the belongings left by our son, David, after he moved out of our home and abandoned his property.

10. My husband, Paul, and I also found empty jewel cases for CDs and DVDs, printed copies of artwork and covers to go in jewel cases, and what appeared to be blank recordable CDs and DVDs.

11. Neither my husband, Paul, nor I purchased, downloaded, or otherwise intentionally acquired any pornographic material prior to it being discovered in our home.

Dated: February 19, 2020

_____
Beth Eileen Werking

Subscribed and sworn to before me on February 19, 2020
/s/ _____
Name: Anne M. VanderBroek
Notary public, State of Michigan, County of Ottawa
My commission expires: August 20, 2024

ANNE M. VANDERBROEK
Notary Public, State of Michigan
County of Ottawa
My Commission Expires August 20, 2024
Acting County of Ottawa