Defense Exhibit 2
Email from David Werking to Paul Werking

(no subject)  
From:  
David Werking <omik2omik2@hotmail.com>  
Sent:  
Thu, Dec 28, 2017 at 9:37 am  
To:  
pmwerking@reagan.com

Dad,


My main issue with you is that I'm nearly 40 years old and you still treat me like a kid. You still don't trust me to tell the truth and do the right thing. I told you I was going to sell the porn. I had/have legal bills and I was planning on selling it. By all means, if you want to sell it FOR ME go ahead and do it FOR ME I thought I was just saving you the hassle since you didn't know what those things cost or what their value was. The post office is four miles there and four miles back in Grand Haven. I didn't have the energy. I have decided to sell everything in my life and give it to mary. Mary has our child. She is a good mother and it will go 100% to Elsie.