List of Exhibits

Exhibits 1-18   Intentionally Left Blank
Exhibit 19      August 25, 2017 E-Mail from Beth Werking
Exhibit 20      October 12, 2017 E-Mail from Plaintiff