Exhibits 1-18
Intentionally Left Blank