Exhibit 19
August 25, 2017 E-Mail from Beth Werking

**From:** **David Werking** omik2omik2@hotmail.com
**Subject:** Fw: moving forward
**Date:** February 20, 2020 at 1:19 PM
**To:** Miles Greengard mgreengard@powersgreengard.com



**From:** beth werking <bewerking@yahoo.com>
**Sent:** Friday, August 25, 2017 8:21 AM
**To:** David Werking <omik2omik2@hotmail.com>
**Subject:** re: moving forward

As you have probably already figured out, you won't be able to move back to Smeengehaus after what happened on Thursday. Probably you don't either so now we just figure out where to go from here. If there are any personal items you need immediately, you may email me and I will arrange that you can pick it up at some place other than here.

Because I do care and am concerned about your immediate welfare, I made some phone calls yesterday about shelters. Miguel Cruz worked as a resident assistant at Harbor Hall in Grand Haven. It is run by Love, Inc. You would have to fill out an application at their main office on Ferry. There are no immediate openings, but possibly you could get in next week. Miguel has said that you may mention his name and since he knows you, that might be a good ticket. It is more than a shelter, they offer meals, counseling and job seeking assistance.

The Holland Rescue Mission is open to receive those in need for temporary housing, so you might be able to just show up. I put in a call yesterday for you, Aaron Paul is the contact. Again, Miguel worked in the building and you can use his name.

I am sure you are concerned about the bigger items, let us know when you have a permanent address and we will send them to you if it within a reasonable distance for us to manage it.