Exhibit 20
October 12, 2017 E-Mail from Plaintiff

**From:** **David Werking** dwerking34@hotmail.com
**Subject:** Fw: Hello from Grand Haven
**Date:** February 20, 2020 at 1:08 PM
**To:** mgreengard@powersgreengard.com



Sent from Outlook

**From:** David Werking
**Sent:** Thursday, October 12, 2017 10:47 AM
**To:** pmwerking@reagan.com <pmwerking@reagan.com>
**Subject:** Re: Hello from Grand Haven

Dad,
1.)You kicked me out on August 23rd, 2017.  Today is October 12th. You agreed, and I have it in writing, that you would take my belongings to me in a UHAUL. You agreed verbally as well. Mom would not allow me to return to the property to collect my belongings using PODS. My lawyer, Patrick Baghdasarian who you know, has a list of all of the items that are mine from the house. I also have pictures of my belongings on the phone that I took with me when I left. I have receipts of the things I bought that arrived at your house while I was staying there. **I want my belongings. I need my belongings.** You will return my belongings to me unharmed before the November 17th mark. If you would like I can forward the letter from Patrick when I asked him about it.
No. I don't care about the card table and chairs. All I care about is my stuff.
2.) Bring me my stuff.
3.) Bring me my stuff.
4.) It is in a grey bag at the bottom of the closet in Auntie M.'s room.
6.) The realtor gave me a crockpot. Don't need the crockpot anymore.
8.) I will pencil you in for a Christmas visit!

David Werking
dwerking34@hotmail.com


Sent from Outlook

**From:** pmwerking@reagan.com <pmwerking@reagan.com>
**Sent:** Wednesday, October 11, 2017 9:27:30 PM
**To:** David Werking
**Subject:** Re: Hello from Grand Haven

David,

I'll try to respond to as many items as I can.

1. If I brought a card table and a couple of chairs to sit on, would you make me bring them back? or could I leave them there?

2. Your right, the trailer is not big enough for all of your stuff.  I see that now.  I'll need to prioritize on this trip and

bring the rest later.  Any thoughts?

3. Regarding your art: Would you like me to hold off on bringing some of it?  Maybe I could bring the stuff that is well packaged.

4. Couldn't find the air mattress.  Will keep looking.

5. Found the suit jacket, boom box and video games.  Will bring.

6. Mom has a crockpot she can give you and I'll bring it.

7. Don't worry about the delay from the auditor.  It may take a few weeks.

8. We will be going to Phoenix for Thanksgiving.  Maybe we could get together for Christmas.  We'll see.

Hope I didn't miss anything.

Dad


-----Original Message-----
From: "David Werking" <dwerking34@hotmail.com>
Sent: Wednesday, October 11, 2017 10:22am
To: "pmwerking@reagan.com" <pmwerking@reagan.com>
Subject: Re: Hello from Grand Haven

Or there's a nice new MCL cafeteria we could go to.


Sent from Outlook<http://aka.ms/weboutlook>
_____
From: David Werking
Sent: Wednesday, October 11, 2017 9:19:52 AM
To: pmwerking@reagan.com
Subject: Re: Hello from Grand Haven


But seriously, you are not legally obligated to bring me anything other than my things. Speaking of which this reminds me: I did hang up one piece of clothing of mine in the closet with Grandpa's old stuff and the air mattress: my suit jacket. It's newer and looks newer, forget the label. My stereo boombox and ps vita games are on the dresser.

This house is not being fun right now. Spent the better part of an hour looking for the main water shut off valve. If there's a water issue I need to be able to take care of it! Outside water faucets don't work and windows are nailed shut/don't open. No screen door. Have been on the phone with Comcast 3 times this week. First they sent me the wrong things and then they sent a repair guy who was supposed to show up and never did. Outside grass is weedy and don't know where to buy some Weed N' Feed. Need a ladder to check out the gutters to make sure they aren't full of leaves. Need a stepstool to change some of these lightbulbs. Also no crockpots. Have been unable to find a cheap five dollar crock pot and I don't know why. Stuff seems expensive except for movies. PS you need to go see the new Blade Runner so we can talk about it. Did I mention I live close to the train yard?

If you're not coming to warm the new house on the 14th, are you coming for Thanksgiving/Christmas? I am not buying a turkey or a christmas tree unless I know for sure. ASK MOM!


Sent from Outlook<http://aka.ms/weboutlook>
_____
From: David Werking
Sent: Tuesday, October 10, 2017 12:51:04 PM
To: pmwerking@reagan.com
Subject: Re: Hello from Grand Haven

If YOU need/want to bring a card table/couple of chairs to sit on while I take all my stuff out of the UHAUL that's fine. I am comfortable until my bear skin rug arrives. It's a Grizzly!

90 degrees is owwie. Today it's supposed to get up to 76. Raining lots.

I think you might be underestimating the time it takes for me to unload a UHAUL....

There is an air mattress in the closet of the upstairs room (the second room of stuff you are moving) You don't want to use that?

What's all this about pulling a trailer? The trailer is full of your stuff going from Rockford to Grand Haven? I do not think all my stuff will fit in a trailer, I hope you are not thinking of using this with my things...cos hey bouncing alot is not really good for art...


Sent from Outlook<http://aka.ms/weboutlook>
_____
From: pmwerking@reagan.com <pmwerking@reagan.com>
Sent: Tuesday, October 10, 2017 10:20:15 AM
To: David Werking
Subject: Hello from Grand Haven

David,

I got to GH OK but what a trip.  I left Sunday morning at 9:00AM but didn't get to GH until after midnight.  I forgot that you can only go at 55 MPH pulling a trailer.  In fact, I probably spent more time going at 50 than I did at 55 because the trailer tends to bounce alot.  As a result, my usual 12 hour drive took over 15 hours.  What made it really bad was that it was 90 degrees all afternoon in Iowa and I couldn't use the AC because that started to overheat the engine.  Regardless, I made it here and I will be bringing your stuff to you on Saturday.  I'll probably get there early in the afternoon around 2:00PM-3:00PM.  Then I will head to Marion to spend the night at my Mom's place.  Mom wanted me to ask you if you would like to have an old card table and a couple of chairs?  It wouldn't take much room to haul and you could probably use something to sit on until you find something better.

Dad