UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:19-cv-276-PLM-RSK | |
| **Caption:** Werking v. Werking et al. | |

| **Date:**<br>August 4, 2020 | **Time:**<br>1:33 - 3:23 p.m. | **Place:**<br>Grand Rapids | **Magistrate Judge:**<br>Hon. Ray Kent |
|---|---|---|---|

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Miles Lynch Greengard | David Elliot Werking |
| **DEFENDANTS:** | Anne Marie VanderBroek | Beth Eileen Werking<br>Paul Michael Werking |

**PROCEEDINGS**

**NATURE OF HEARING:**

**SETTLEMENT CONFERENCE held by video conference.**

**The parties did not reach a settlement of the case.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | 1:33 - 1:35 p.m. | No |
| Settlement discussions between Judge and parties | 1:35 - 3:23 p.m. | No |

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter