UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| DAVID ELLIOT WERKING<br>An Indiana Resident, Plaintiff<br><br>v.<br><br>BETH EILEEN WERKING, AND<br>PAUL MICHAEL WERKING,<br>Michigan Residents, Defendants | PROOF OF SERVICE<br>Case No. 1:19-cv-276<br>Hon. Paul L. Maloney |

---

| | |
|---|---|
| POWERS & GREENGARD<br>Attorneys for Plaintiff<br>Miles L. Greengard (P76812)<br>The Carriage House<br>509 Franklin Avenue<br>Grand Haven, MI 49417<br>(616) 512-5474 (Phone)<br>(616) 607-7322 (Fax)<br>mgreengard@powersgreengard.com | VANDERBROEK LAW PLLC<br>Attorney for Defendant<br>Anne M. VanderBroek (P81541)<br>17190 Van Wagoner Rd.<br>Spring Lake, MI 49456<br>(616) 607-7522 (Phone)<br>(616) 682-6108 (Fax)<br>anne@vanderbroeklaw.com |

---

## PROOF OF SERVICE

I, Anne M. VanderBroek, being duly sworn, depose and say that I am the Attorney for Defendants, Paul Michael Werking and Beth Eileen Werking, in the above-captioned matter; and that I served Defendant's First Interrogatories and First Request for Production pursuant to Federal Rules of Civil Procedure 33 and 34 upon:

Miles L. Greengard
The Carriage House
509 Franklin Ave
Grand Haven, MI 49417

By e-mail to mgreengard@powersgreengard.com and by e-filing to the US District Court Western District of Michigan Southern Division on December 14, 2020.

Dated: December 14, 2020

_____
Anne M. VanderBroek (P81541)

Subscribed and sworn to before me this 14th day of December, 2020.

_____
Donald G. Messinger, Notary Public
Ottawa County, Michigan
My commission Expires: 07/10/2025
Acting in Ottawa County, Michigan