US DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING
An Indiana Resident, Plaintiff

v.       Case No. 1:19-cv-276
     Hon. Paul L. Maloney

BETH EILEEN WERKING, AND
PAUL MICHAEL WERKING,
Michigan Residents, Defendants

| POWERS & GREENGARD | VANDERBROEK LAW PLLC |
|---|---|
| Attorneys for Plaintiff | Attorney for Defendant |
| Miles L. Greengard (P76812) | Anne M. VanderBroek (P81541) |
| The Carriage House | 17190 Van Wagoner Rd. |
| 509 Franklin Avenue | Spring Lake, MI 49456 |
| Grand Haven, MI 49417 | (616) 607-7522 (Phone) |
| (616) 512-5474 (Phone) | (616) 682-6108 (Fax) |
| (616) 607-7322 (Fax) | anne@vanderbroeklaw.com |
| mgreengard@powersgreengard.com | |

## MOTION FOR AN EXTENSION OF TIME FOR DISCOVERY

NOW COMES the Defendants, Beth and Paul Werking, by and through undersigned counsel, pursuant to Rules 6(b) and 15(a)(3) of the Federal Rules of Civil Procedure, and move this Court for an order to extend time to complete the limited discovery into the matter of damages granted by the Opinion and Order dated November 10, 2020 (ECF No. 45) in the above-titled action.  In support hereof, Defendants show the following:

1. Defendants sent their First Interrogatories to Plaintiff and First Request for Production on December 14, 2020.

2. The time granted for completing discovery granted by the Opinion and Order dated November 10, 2020 (ECF No. 45) has not yet expired.

3. This motion is not being made for the purpose of delay, but is being made based upon current assignments and the need for time to complete discovery, including conducting depositions.

4. Counsel for Plaintiff does not oppose this motion.

THEREFORE, Defendants respectfully request the Court for an order extending time to complete limited discovery into the issue of damages until March 16, 2021 and written submissions on the issue of damages be due no later than April 15, 2021.

This the 7th of January, 2021.

                                        Respectfully submitted,

                                        VANDERBROEK LAW PLLC

                                        /s/ *Anne M. VanderBroek*

                                        Anne M. VanderBroek (P81541)
                                        Attorney for Defendants
                                        17190 Van Wagoner Rd.
                                        Spring Lake, MI 49456
                                        (616) 607-7522
                                        anne@vanderbroeklaw.com