UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING,

    Plaintiff,

v.

BETH EILEEN WERKING, et al.,

    Defendants.

_____/

Case No. 1:19-cv-276

HONORABLE PAUL L. MALONEY

### ORDER GRANTING IN PART MOTION FOR EXTENSION OF DISCOVERY

Pending before the Court is Defendants' motion for an extension of time for discovery (ECF No. 47). Defendants request a 60-day extension of the deadline to take discovery on the issue of damages that was established by this Court in a prior order (ECF No. 45). Plaintiff does not oppose the request (ECF No. 48). Upon due consideration of the motion by the Court, the Court will grant a more modest extension of the deadline than suggested by Defendants. Therefore,

**IT IS HEREBY ORDERED** that the motion for an extension of time for discovery (ECF No. 47) is GRANTED IN PART.

**IT IS FURTHER ORDERED** that the deadline to complete discovery on the issue of damages is extended to **January 29, 2021**. The parties shall file written submissions on the issue of damages no later than **March 1, 2021**.

Dated:  January 8, 2021

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge