Exhibit 3

Billing Summary of Attorney's Fees

**Powers & Greengard**

509 Franklin
Grand Haven, MI  49417 US
mgreengard@powersgreengard.com
powersgreengard.com

# Statement

**TO**
David Werking
1715 E. Princeton Ave.
Muncie, IN  47303

**STATEMENT NO.** 1090
**DATE** 03/01/2021

| DATE | ACTIVITY | AMOUNT | RECEIVED |
|---|---|---:|---:|
| 06/03/2019 | Invoice #1145 | 4,504.91 | 4,504.91 |
| 06/03/2019 | Credit Memo #1147 | -1,500.00 | -1,500.00 |
| 07/01/2019 | Invoice #1161 | 62.50 | 62.50 |
| 09/03/2019 | Invoice #1175 | 825.00 | 825.00 |
| 10/01/2019 | Invoice #1185 | 581.25 | 581.25 |
| 12/02/2019 | Invoice #1211 | 125.00 | 125.00 |
| 10/09/2020 | Invoice #1224 | 1,218.75 | 1,218.75 |
| 02/28/2021 | Invoice #1230 | 8,702.41 | 0.00 |

TOTAL AMOUNT    TOTAL RECEIVED
$14,519.82           $5,817.41