UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID ELLIOT WERKING
An Indiana Resident, Plaintiff

v.

BETH EILEEN WERKING, AND
PAUL MICHAEL WERKING,
Michigan Residents, Defendants

Case No. 1:19-cv-276
Hon. Paul L. Maloney

---

POWERS & GREENGARD
Attorneys for Plaintiff
Miles L. Greengard (P76812)
The Carriage House
509 Franklin Avenue
Grand Haven, MI 49417
(616) 512-5474 (Phone)
(616) 607-7322 (Fax)
mgreengard@powersgreengard.com

VANDERBROEK LAW PLLC
Attorney for Defendant
Anne M. VanderBroek (P81541)
17190 Van Wagoner Rd.
Spring Lake, MI 49456
(616) 607-7522 (Phone)
(616) 682-6108 (Fax)
anne@vanderbroeklaw.com

---

**WRITTEN DAMAGES SUBMISSION REQUESTING DENIAL OF TREBLE
DAMAGES AND ATTORNEY'S FEES**

---

# Table of Contents

I.   LAW AND ANALYSIS ...................................................................................................4

   1.   PLAINTIFF SHOULD BE LIMITED TO ACTUAL DAMAGES. ...........................................4

   2.   PLAINTIFF SHOULD NOT BE AWARDED TREBLE DAMAGES. ......................................6

   3.   PLAINTIFF SHOULD NOT BE AWARDED ATTORNEY'S FEES. ....................................7

   CONCLUSION..................................................................................................................8

# <u>Table of Authorities</u>

**Cases**

*Alisa A. Peskin-Shepherd, PLLC v. Blume,* 2020 Mich.App. No. 348023 *citing Alken-Ziegler*, 283 Mich.App. at 102-103 .........5

*Alken-Ziegler v. Hague*, 767 N.W.2d 668, 671 n.6 (Mich. Ct. App. 2009) ........................................................................6

*Aroma Wines & Equip., Inc. v. Columbian Distrib. Servs., Inc.,* 844 N.W.2d 727, 732 (Mich Ct. App. 2013) ........................ 6, 7

*Reed v. Reed*, 693 N.W.2d 825, 845 (Mich. Ct. App. 2005), *citing Dessart v. Burak*, 678 N.W.2d 615 (Michigan 2004) ...........7

*Thames v. Thames*, 477 N.W.2d 496, 503 (Mich. Ct. App. 1991) ...................................................................................7

**Statutes**

MCL § 600.2919a(1).................................................................................................................................................. 4, 7

MCL §600.2919a.............................................................................................................................................................7

## I.    Law and Analysis

There are three issues in regards to the damages that may be awarded to plaintiff.  The first is the actual damages that Plaintiff incurred.  The second is the potential trebling of these damages as permitted by MCL § 600.2919a(1).  The third is the potential awarding of attorney fees under MCL § 600.2919a(1).

### 1.   Plaintiff Should Be Limited To Actual Damages.

The actual damages incurred by Plaintiff are vague at best.  In his initial pleadings, Plaintiff included a list of items that he asserted were the titles of pornographic material that he had possessed and that had not been returned to him.  They were attached as Plaintiff's Exhibits 5 and 6.  These exhibits contained duplicative titles as well as titles with spelling errors and discrepancies in the labeling between the two exhibits.  These exhibits were provided to Dr. Victoria Hartmann, Director of the Exotic Heritage Museum for purposes of valuing the collection.  Dr. Hartmann has previously valued large collections of pornographic material in the course of her directorship both for display and private sale purposes, making her one of the only experts available for such valuations.  Such was the incomprehensible nature of the lists, however, that her initial report did not consider all titles.  Her report was supplemented following her deposition and the final valuation, based solely on the titles listed in the exhibits totals $30,441.54 with a margin of error of $3,000 to account for any duplicate titles that were not eliminated between the lists.

As to the veracity of the lists themselves, Plaintiff admitted in his deposition that these lists were created from memory rather than done by inventory for the purpose of listing assets in his divorce proceeding.  Even though the report from Dr. Hartmann shows a value of $30,441.54 for replacement value of the titles listed, her report was generated on a list made by plaintiff when recalling his items from memory rather than a proper itemization.  Further, some titles listed in Exhibit 5 are

listed differently in Exhibit 6 – with different spelling or using disc instead of volume or vice versa. Had Plaintiff generated this list from an inventory, these discrepancies would not exist.  Further, Plaintiff could not recall release dates, production houses, or other important information in determining the accuracy of the information, which would all have been available had the list been generated as an inventory rather than attempted recollection.  A number of the titles that Defendants submitted to the Ottawa County Sheriff's Department as potential contraband were not on the either list in Exhibit 5 or 6.  The missing information, the discrepancies in listings, the attempted recall of titles rather than methodical inventory, and the missing items makes that list suspect as to its accuracy. Further, if the list was inaccurate, the valuation done by Dr. Hartmann is also inaccurate, despite her experience and best efforts.

Regardless of the exhibits, Plaintiff only had purchase receipts to verify his ownership of 1208 titles, of which 16 were duplicates showing multiple copies of the same title – far fewer than the 2033 he claims to own on Exhibit 6 (428 VHS titles and 1605 DVD titles).  These receipts equal a total damage amount of $11,602.92.  Whether Plaintiff actually owned the remaining titles, or whether they were merely desired – a "wish list" – or had been watched without purchase of the material, is unknown.

"Black's Law Dictionary (8th ed) defines 'actual damages' as: 'An amount awarded to a complainant to compensate for proven loss; damages that repay actual losses.'  Applying this definition to MCL 600.2919a, 'actual damages' means the actual loss a complainant suffered as a result of a defendant's conduct.'"  *Alisa A. Peskin-Shepherd, PLLC v. Blume,* 2020 Mich. Ct. App. No. 348023 *citing Alken-Ziegler*, 283 Mich.App. at 102-103.  In the instant case, plaintiff can definitively prove $11,602.92 worth of damages with his receipts.

Because plaintiff cannot prove his actual losses beyond the receipts provided, which account for $11,602.92, and due to the dubious nature of the lists created by plaintiff, the award of actual

damages should be confined to the provable losses – $11,602.92.

2.  **Plaintiff Should Not Be Awarded Treble Damages**.

In Aroma Wines, the primary source of statutory conversion case law in Michigan, the Michigan Court of Appeals wrote that "MCL 600.2919a(1) provides that a person damaged under the statute '*may* recover 3 times the amount of actual damages sustained, plus costs and reasonable attorney fees.' … The term 'may is permissive and indicates discretionary activity." *Aroma Wines & Equip., Inc. v. Columbian Distrib. Servs., Inc.,* 844 N.W.2d 727, 732 (Mich Ct. App. 2013) (citation omitted).  Since the finding in the *Aroma Wines* decision, Michigan courts have followed the "permissive" rather than the "mandatory" guidelines.

While there exists a published decision requiring trebling that predates the court of appeals' finding in *Aroma Wines*, the court of appeals declined to follow its earlier opinion when they made their decision in *Aroma Wines*.  In fact, the decision in *Aroma Wines* specifically cites to that case, though for other purposes.  That case is *Alken-Ziegler v. Hague*, 767 N.W.2d 668, 671 n.6 (Mich. Ct. App. 2009).  Rather than rely on their decision regarding the trebling of damages established in the earlier *Alken-Ziegler* case, the court instead relied on two unpublished decisions for its decision that treble damages are permissive rather than mandatory, stating "whether to award treble damages is a question for the trier of fact, and we cannot simply order treble damages upon a finding of conversion.  This Court has come to this conclusion previously in its unpublished decisions." *Aroma Wines* at 732.

The fact that the court in *Aroma* used *Alken-Ziegler* while neglecting to follow the trebling of damages shows that, while they were aware of the precedent set regarding the trebling of damages in it, they specifically chose to follow the more lengthy history of Michigan courts following the 'permissive' standard of trebling.  Though *Alken-Ziegler* remains good law, the fact that the court has chosen in later cases not to follow it should be precedential and guide this Court to find that MCL

§600.2919a provides for permissive, rather than mandatory, trebling.  Accordingly, this Court should follow the court in *Aroma* by not awarding treble damages.  Plaintiff should be limited to the actual damages without trebling of <u>$11,602.92</u>.

### 3.  Plaintiff Should Not Be Awarded Attorney's Fees.

Under the "American rule," as cited by *Reed v. Reed*, "attorney fees are not recoverable as an element of costs or damages unless expressly allowed by statute, court rule, common-law exception, or contract."  *Reed v. Reed*, 693 N.W.2d 825, 845 (Mich. Ct. App. 2005), *citing Dessart v. Burak*, 678 N.W.2d 615 (Michigan 2004).  One such common-law exception is "that an award of legal fees is authorized where the party requesting payment of the fees has been forced to incur them as a result of the other party's unreasonable conduct in the course of litigation."  *Id.*

In the instant case, MCL §600.2919a provides for the permissive awarding of attorney's fees, specifically providing that "a person damaged as a result of [statutory conversion] *may* recover 3 times the amount of actual damages sustained, plus costs and reasonable attorney fees."  In the same way that treble damages are permissive under this statute, the awarding of attorney fees and costs are also permissive.

Further, Defendant's conduct was not unreasonable, merely vigorous defense of their actions.  In *Thames v. Thames*, the court defined unreasonable conduct as "unnecessarily prolonging the proceedings by making spurious claims and allegations."  *Thames v. Thames*, 477 N.W.2d 496, 503 (Mich. Ct. App. 1991).  In the instant case, no action was taken to intentionally and unnecessarily prolong the proceedings nor was any argument made in bad faith.  Though this Court ultimately decided against Defendants on the issue of statutory conversion, no action was taken without some legal basis or with the intention of delaying the proceedings.  "The mere fact that litigation has been lengthy is not by itself reason to conclude misconduct has occurred."  *Reed* at 846.  Further, if mere

good faith, diligent efforts to defend a suit give rise to the shifting of attorney fees, no defense will ever be undertaken due to fear of the risk of incurring double the attorney's costs – the defending party's plus the plaintiff's.  This would have a chilling effect on litigation at best, and would create an adverse public policy as it would encourage bad faith actors to file spurious lawsuits in order to collect settlements when defendants fear having to pay double costs should they undertake a good faith defense.

## Conclusion

Though the valuation made by Dr. Hartmann was in the ballpark of Plaintiff's original demand, that valuation was based on a list generated by Plaintiff and of dubious accuracy as to the contents of the actual collection.  Through the discovery process, Plaintiff was only able to produce and substantiate $11,602.92 of actual losses.  The amount of damages awarded to him, therefore, should be contained to those actual, provable losses.

Further, Michigan courts have historically not awarded treble damages when the award was permissive rather than mandatory, as is the case here.  In the seminal case on statutory conversion, the court failed to follow its own precedent and instead created the new precedent of *not* awarding treble damages.  For this reason, this Court should follow the standard set in *Aroma Wines* and also <u>not</u> award treble damages.

Similarly, this Court should also <u>not</u> award attorney's fees as Defendant's actions were made in a good faith attempt to defend against what they saw as lawful actions – their house, their rules.  At no time did they attempt to delay proceedings or engage in unnecessary or unreasonable conduct.  However, as is the nature of litigation, proceedings were protracted to determine the validity of the claims and reach an accurate valuation of damages.

The law permits this Court to award punitive damages of trebling and attorney's fees, but no action of the Defendants warrant the taking of punitive measures, nor does established case law

support it. This Court should not ignore the tradition of Michigan courts or the actions made by the Court of Appeals in *Aroma Wines* of ignoring their own precedent regarding trebling to establish new precedent of *not* trebling and should award Plaintiff actual damages only, for a total award of $11,602.92.

Dated: March 1, 2021          VANDERBROEK LAW PLLC

         /s/ Anne M. VanderBroek
         Anne M. VanderBroek (P81541)
         Attorney for Defendants
         17190 Van Wagoner Rd.
         Spring Lake, MI 49456
         (616) 607-7522
         anne@vanderbroeklaw.com

## List of Exhibits and Depositions

Exhibit 1        Dr. Victoria Hartmann Report on Destroyed Property
Exhibit 2        Dr. Victoria Hartmann Spreadsheet of Destroyed Property

Deposition 1   Dr. Victoria Hartmann Deposition
Deposition 2   David Werking Deposition

Exhibit 1

Dr. Victoria Hartmann Report on Destroyed Property

# Appraisal Report

Victoria Hartmann, Ph.D.

January 2nd, 2020

Self-Contained Appraisal Report for A Collection of Pornographic Film

Intended Use: Substantiate a Replacement Cost
Type of Value: Fair Market Value

Client: Paul and Beth Werking
Case #1:19-cv-00276

Appraised by: Victoria Hartmann, Ph.D.

Date of Appraisal: December 17th - 24th, 2020
Effective Date of Appraisal: December 27th, 2020

Date of Report: January 2nd, 2021
Updated: February 24th, 2021

## INTENDED USE AND USERS

The intended use of this appraisal is limited to substantiating a replacement value for a previously existing collection of adult films. The intended users of this report are limited to the plaintiff and financial and legal representatives.

## VALUE DEFINITION

The type of value used in this appraisal is fair market value.

## DEFINITION OF VALUE

Fair Market Value is the price at which property changes hands between a willing buyer and a willing seller, neither having to buy or sell, and both having reasonable knowledge of all the relevant facts.

(From IRS Publication 526 (2019), *Charitable Contributions, p. 11.*)

## APPROACH TO VALUE

The following approaches to value are commonly used in the appraisal of personal property:

**The Cost Approach to Value** concludes either reproduction for replacement cost of a

property, either new or depreciated.

**The Income Approach to Value** concludes the present worth of anticipated future benefits of

owning income-producing properties or objects.

**The Market Comparison Approach to Value** estimates value by comparison with properties

sold in the relevant market, with adjustments for all differences that affect value, such as

differences in characteristics of value, in provenance, and in time exposed to the market in

order to arrive at the opposite conclusion of value.

(From Soucy, Patricia C. and Smyth, Janella N., Eds. *The Appraisal of Personal Property:*

*Principles, Theories, and Practice Methods for the Professional Appraiser.* Washington. D.C.:

The American Society of Appraisers, 1994, p.19)

Each of these approaches was considered for this appraisal.

1. These films are mass produced for the marketplace. Mr. Werking is not required to

   re-film or re-record these films in order to replace them. As such, the Cost Approach

   to Value was not used.

2. Comparatives to other (or the same) films in the market place were applicable, as

   these films are easily found for the most part for purchase, and their value would not

   be more or less based on unique aspects of the films. Thus, the Market Comparison

   Approach was utilized here.

3. Mr. Werking did not produce these films, nor was he part of the original production. He did not purchase the original reels of these films, nor does he own exclusive distribution rights. Mr. Weking would not generate income from these films. Thus, the Income Approach to Value was not applicable in this appraisal.

NARRATIVE

According to media reports, in the lawsuit Werking v. Werking, Case #1:19-cv-00276, filed in Michigan Western District Court, David Werking said that, after a divorce, he had lived rent-free in his parents' Grand Haven home for about a year. In August 2017, he moved out "at the request of local law enforcement,"  leaving many of his possessions behind.

A few months later, his parents — Paul and Beth Werking — delivered some of the possessions he had been asking that they return. He noticed items were missing. In an email, he said, his father told him: "We counted twelve moving boxes full of pornography plus two boxes of 'sex toys' as you call them. We began that day the process of destroying them and it took quite a while to do so."

District Judge Paul Maloney granted David Werking's request for summary judgment on November 10th, 2020.

On December 15th, 2020, the law firm VanderBroek Law PLLC, representing the Defendants, contacted me for a formal appraisal of the collection.

The collection consisted of 2289 adult films from the mid 1970's until the mid 2000's.

## RESEARCH

The question of the value of pornography continues to be hotly debated both in popular culture and in academia. Does pornography have value? If so, how do we determine such a thing? Does it have intrinsic value, or do we base the value of pornography simply from a financial perspective - considering the cost of production, the cost of distribution, and the cost to the customer purchasing a film.

Michael Rea (2001), one of the few authors who has devoted an essay to the issue of defining pornography, proposes the following:

> $x$ is pornography if and only it is reasonable to believe that $x$ will be used (or treated) as pornography by most of the audience for which it was produced.

Before we explore the conditions of the proposition presented, let us a take a brief look at the history of the mainstreaming of pornography.

The mainstreaming of pornography is indebted to the success of feature-length hardcore films of the 1970's. These films were shot on 35mm, had story-esque narratives, were screened both in the USA and internationally, and for their time, had bigger budgets than prior at-home filmed sexual encounters, which were non-commercial. Films such as Deep Throat (1972), Behind the Green Door (1972), The Devil in Miss Jones (1973), The

Opening of Misty Beethoven (1976) and Debbie Does Dallas (1978). These films have since been established as classics (Buscombe 2004: 30). Porn historiography characterizes the 1970's as an era of sexual, and even artistic, exploration, unhinged by AIDS, and of adult film-making undisturbed by video technology or the economic dictates of the porn industry, as we see today. The 1970's were about the convergence of independent art film-makers and pornographers. The artistic avant-garde saw porn as a means to explicitly critique sexual mores; while pornographers saw the possibility of attracting liberal mainstream audiences through artful films (Patton 2000: 258, also Wyatt 1999).

As the porn industry has evolved and changed, so to have academic and social attempts to define pornography at each stage of it's evolution, from it's features in mainstream theaters, to it's introduction in to the privacy of viewers homes through the mediums of VHS, and later, DVD; and now it's wide availability through streaming and online sources.

Coming back to how we define the value of pornography. Arguments have been made that while art is largely valued intrinsically; a painting can be valued for its composition, regularity, harmony, uniqueness, balance, tension, diversity and complexity; pornography is primarily viewed instrumentally. Pornography is usually considered a depiction of explicit sexual subject matter meant to arouse and sexually excite the viewer.  Michael Rea (2001), specifies what it means for someone, S, to use something, $x$, as pornography. He lists 4 conditions (2001: 120):

1. $x$ is a token of some sort of communicative material

2.  S desires to be sexually aroused or gratified by the communicative content of $x$

3.  if S believes that the communicative content of $x$ is intended to foster intimacy

    between S and the subject(s) of $x$, the belief is not among S's reasons for attending to

    $x$'s content

4.  if S's desire to be sexually aroused or gratified by the communicative content of $x$

    were no longer among S's reasons for attending that content, S would have at most a

    weak desire to attend to $x$'s content.

As we see in the argument proposed by Michael Rea, the pivotal term in his definition is the term "use". The term use implies the commoditization of an "thing", or more simplistically, to put into action or service; to expend or consume; to carry our purpose or action by means of utilization.

While debates amongst scholars continue to explore the artistic and intrinsic value of pornography, in my professional opinion Michael Rea's proposed conditions are the most applicable to this case - pornography is for "use"; a commodity. As such, I have evaluated this collection based on it's current monetary value; i.e. the cost of replacement for the purpose of consumption, in today's market.

These come in two forms; DVD and online download. Preference has been given to DVD when available and dependent on each online source at the time of this report, and based on the assumption that the plaintiff purchased the original items in either VHS or DVD format, and has preference for this medium.

## METHODOLOGY

In determining the value of this collection, I considered the 4 following criteria;

- Current cost

  This criterion is divided into two parts. Is the film available in either DVD or digital (streaming) format? If so, preference was given to DVD format, as it appears the plaintiff purchased the video in either DVD or VHS format, as mentioned above.

- Current availability in the marketplace

  The second criterion determines whether or not the film is still available in the marketplace for purchase.

- Initial distribution volume

  The third criterion assesses if the initial distribution was of a mainstream nature (a "standard" release - thousands of copies distributed in adult retail chains or through mail order in the marketplace), or in a niche market (small number of copies released into the marketplace) or custom (one-of-a-kind film produced for the plaintiff alone)

- Porn industry-determined intrinsic value

  The fourth criterion considers what was relevant to the adult film industry at the time of production. Is there a performer with mainstream crossover? Did the producer/director win several awards in the industry? In the case of this valuation,

the least amount of weight has been given to this criterion.

## RESEARCH TOOLS (EXHIBIT 5)

Due to increased availability of data (studio, year of production, etc), multiple online databases / websites were used to determine the previous 4 criteria. Effort was made to eliminate any duplicates with Exhibit 6.

- www.adultdvdempire.com (predominantly mainstream releases)

- www.jeedoo.com (Foreign, mainstream and fetish releases)

- www.hightide-video.com (fetish and unusual releases)

- www.kompoz2.com (mainstream reference)

- www.xhamster.com (mainstream and camming releases)

- www.adultempire.com (mainstream and some fetish releases)

- www.adultfilmdatabase.com (mostly mainstream releases dating back to the mid 70's)

- www.adultdvdmarketplace.com (mostly mainstream releases)

- www.iafd.com (adult film database and documentary website)

- www.ebay.com (online marketplace)

- www.hotmovies.com (mainstream releases)

- www.tubepornclassic.com (classic adult film marketplace)

- www.excaliburfilms.com (misc adult film marketplace)

- [www.pornhub.com](www.pornhub.com) (tube site)

- [www.youporn.com](www.youporn.com) (tube site)

- [www.diabolikdvd.com](www.diabolikdvd.com) (misc film release marketplace)

- [www.popcorn.com](www.popcorn.com) (misc film release marketplace)

- [www.cduniverse.com](www.cduniverse.com) (mainstream adult film marketplace)

- [www.filesmonster.vip](www.filesmonster.vip) (misc film release marketplace)

- [www.imdb.com](www.imdb.com) (mainstream hollywood and film catalog website)

- [www.gamelink.com](www.gamelink.com) (streaming marketplace)

- [www.globaldatabase.ecpat.org](www.globaldatabase.ecpat.org) (reference)

- [www.aebn.com](www.aebn.com) (mainstream adult streaming marketplace)

- [www.vintage-erotic.net](www.vintage-erotic.net) (classic adult marketplace)

- [www.sugarinstant.com](www.sugarinstant.com) (streaming marketplace)

- [www.adultfilmcentral.com](www.adultfilmcentral.com) (adult film marketplace)

- [www.hentaiyes.com](www.hentaiyes.com) (manga and hentai adult marketplace)

  A differentiation in valuation has been considered, when the items were either

discontinued, not found, or were unable to be valuated, in the following five areas:

1.  Mainstream materials. When a mainstream title was found but not available for sale (discontinued), and did not have any defining features (a celebrity name, a stand alone significant value), the replacement cost was averaged among the most common replacement costs. The averages of 89.99, 69.99, 29.99, 19.95, 14.95, 9.99, 6.99, 18, 59.99, 39.99 (the most common costs for the films listed, please refer to Exhibit B - 5 spreadsheet) is 35.983, which was rounded to 36.

2.  Niche materials. Niche materials are defined by content. Beyond mainstream sexual content (in this case, heterosexual activity) niche materials are defined by; A. paraphilia aspects, such as an attention to feet, or urination, or lingerie (for example), and this may have a higher (or lower) cost. Paraphilia (previously known as sexual perversion and sexual deviation) is the experience of intense sexual arousal to atypical objects, situations, fantasies, behaviors, or individuals, and B. reduced or limited release into the marketplace. No consensus has been found for any precise border between unusual sexual interests and paraphilic ones. The averages of 89.99, 69.99, 29.99, 19.95, 14.95, 9.99, 6.99, 18, 59.99, 39.99 (the most common costs for the films listed, please refer to Exhibit B - 5 spreadsheet) is 35.983, which was rounded to 36, and applied to Niche materials.

3. Custom material. Custom materials are defined by a singular, or one-of-a-kind production, generally produced for the viewer only, and for which the performer and viewer negotiate a cost for production.

4. Non-Mainstream material. While films depicting animals and sexual activity are not defined as a prohibited form of speech (see United States vs. Stevens, 559 U.S. 460 (2010), it is beyond the scope of this appraisal to determine the value of these films.

5. Vague or undefined titles/lack of studio or production information. While all titles were searched for and cross referenced based on studio or some word combination, some were not able to be located or identified.

As a result of increased data (studio, production date, etc), a wider spectrum of costs was found.

Based on the above 5 conditions, 47 films were unable to be evaluated. Total appraisal of the remaining 689 films: $15,349.96. Please refer to the spreadsheet (Exhibit B - Spreadsheet titled "Exhibit 5") for each film's replacement cost.

RESEARCH TOOLS (EXHIBIT 6)

Due to the limited data (no studio or production date, etc), one large online database / website was used to determine the previous 4 criteria. Effort was made to eliminate any duplicates with Exhibit 5.

- www.adultdvdempire.com (predominantly mainstream releases)

  A differentiation in valuation has been considered, when the items were either discontinued, not found, or were unable to be valued, in the following five areas.

1. Mainstream materials. When a mainstream title was found but not available for sale (discontinued), and did not have any defining features (a celebrity name, a stand alone significant value), the replacement cost was averaged among the most common replacement costs. The averages of 29.99, 19.99, 14.99, 11.99, 9.99, 7.99, 5.59 (the most common costs for the films listed, please refer to Exhibit B - 6 spreadsheet) is 13.44, which was rounded to 14.

2.  Niche materials. Niche materials are defined by content. Beyond mainstream sexual content (in this case, heterosexual activity) niche materials are defined by; A. paraphilia aspects, such as an attention to feet, or urination, or lingerie (for example), and this may have a higher (or lower) cost. Paraphilia (previously known as sexual perversion and sexual deviation) is the experience of intense sexual arousal to atypical objects, situations, fantasies, behaviors, or individuals, and B. reduced or limited release into the marketplace. No consensus has been found for any precise border between unusual sexual interests and paraphilic ones. The averages of 29.99, 19.99, 14.99, 11.99, 9.99, 7.99, 5.59 (the most common costs for the films listed, please refer to Exhibit B - 6 spreadsheet) is 13.44, which was rounded to 14, and applied to Niche materials.

3.  Custom material. Custom materials are defined by a singular, or one-of-a-kind production, generally produced for the viewer only, and for which the performer and viewer negotiate a cost for production.

4.  Non-Mainstream material. While films depicting animals and sexual activity are not defined as a prohibited form of speech (see United States vs. Stevens, 559 U.S. 460 (2010), it is beyond the scope of this appraisal to determine the value of these films.

5.  Vague or undefined titles/lack of studio or production information. While all titles were searched for and cross referenced based on title or some word combination, some were not able to be located or identified, or produced multiple results.

As a result of limiting data (a lack of studio, production date, etc), a smaller spectrum of costs was found, and largely available in download format.

Based on the above 5 conditions, 60 films were unable to be valued. Total appraisal of the remaining 1493 films: $15,094.98. Please refer to the spreadsheet (Exhibit C - Spreadsheet titled "Exhibit 6") for each film's replacement cost. A preference was given to DVD media when available, but generally was available in download format as of this report.

Titles that could be valued from both Exhibit 5 and Exhibit 6 totalled $30,441.54. While there could be duplicates from either Exhibits still remaining in this total, in my professional opinion such duplicates make a difference of perhaps + or - $3000.00.

## LIMITING CONDITIONS

This appraisal report is made subject to the following limiting conditions:

1.  The opinions of value reported are valid only for the effective date of the appraisal.

2.  The appraisal is valid only for intended use, intended users, and type of value stated in the report.

3.  This appraisal is valid only in its entirety and is invalid if any part of the report is missing or incomplete.

4.  This appraisal report is confidential and intended to be used only by the client and the stated intended users. No confidential part of this report, including the value conclusions and the identity of the appraiser, shall be disseminated to the public through advertising, news, sales, public relations or other media without the prior written consent of the appraiser.

5.  Delivery of this report to the client includes testimony in the court action. Once testimony has been provided, all contractual obligations will have been met.

## CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon or reporting of the predetermined value or direction in value that favors the cause of the client, the

amount of the value opinion, the attainment of a stipulated result, or the occurrence of a

subsequent event directly related to the intended use of this appraisal.

- Research assistance for the appraisal was provided by Mircalla McNeely and David

  Shindel, but the value opinion is entirely my own.


## QUALIFICATIONS

I hold a Doctorate degree in Human Sexuality (D.H.S.)  and a Ph.D. in Human Sexuality with

an emphasis on Clinical Sexology. My research focused on (and continues to focus on)

unusual and paraphilic sexualities, in particular, paraphilic (or "extreme") pornography. I

have led research projects on pornography, including my most recent effort in assessing the

attitudes of Erotic Heritage Museum guests towards pornography. I have co-authored or

authored several papers and articles on pornography and porn use. I am also the Executive

Director of the Erotic Heritage Museum; the only Museum to include, and research,

pornography as a part of its ongoing projects and exhibits.

References

1. Patton, C., Queer Diasporas, Duke University Press, 2000

2. Rea, Michael C. (2001) "What is Pornography?"  Nous 35 (1): 118 - 45.

3. Soucy, Patricia C. and Smyth, Janella N., Eds. *The Appraisal of Personal Property: Principles, Theories, and Practice Methods for the Professional Appraiser.* Washington. D.C.: The American Society of Appraisers, 1994, p.19

4. Wyatt, R.B. The Emergence of a Digital Cinema. *Computers and the Humanities* 33, 365–381 (1999).

Exhibit 2

Dr. Victoria Hartmann Spreadsheet of Destroyed Property

| Title | Description | Plaintiff Estimate Price | Quantity | Replacement Cost | Source | Notes (listing prices vary over time due to market flex) | Unable To Determine |
|---|---|---|---|---|---|---|---|
| 1591 Awesome Assets | (1987, 4-play) | 18 | 1 | 12.74 | https://www.adultdvdempire.com/11395/awesome-assets-porn-videos.html?gn=Awesome%20assets | | |
| 1519 Amy's Pissing Phantasies Vol. 2 | | 50 | 1 | 36 | http://www.adultdvdempire.com/the-black-list.html | no online sale price listed | Piss N Fist |
| 1520 Doc Pee | | 50 | 1 | 36 | http://www.highfide... | no online sale price listed | Pissing Passion |
| 1520 Blacknail 2 | series | 9.62 | 1 | 14.95 | https://highfide... | | Lesbian |
| 1523 Switch Hitters (Butt Fucking Bi) | series | 9.62 | 1 | 14.95 | https://www.adultdvdempire.com/73203-Switch-Hitters/ | | Vintage Anal |
| 1523 Switch Hitters (My Husband Lo) | series | 9.62 | 1 | 14.95 | https://www.adultdvdempire.com/73203-Switch-Hitters/ | | Variegated Cassette |
| 1522 Switch Hitters (Suck That Cock) | series | 9.62 | 1 | 14.95 | https://www.adultdvdempire.com/download/cm_ms_73203-Switch-Hitters/ | | Amateurs |
| 1521 G-Taste | series | 9.62 | 1 | 14.95 | https://www.adultdvdempire.com/73203-Switch-Hitters/ | | Best of Penthouse 7 |
| **k304.86** | | | | | | | Ultimate Horse |
| 1524 Black Bitie | disc 1 | 75 | 1 | 36 | http://www.erotica.com/Switch-item/download/cm_ms_73203-Switch-Hitters/ | | Forced to Lactate 5 |
| 1525 Black Bitie | disc 2 | | 1 | 36 | http://www.erotica.com/ | this may be mis-titled. If so the correct title is Blaie Black | Last Condom |
| 1526 Black Bitie | disc 3 | | 1 | 36 | | | Sex Appraisals |
| 1527 Blacknail 2 | disc 1 | 44 | 1 | 18.99 | | | Trouble |
| 1528 Blacknail 2 | disc 2 | | 1 | 18.99 | http://www.naughtyfumble.com/the-blacknail-2-part-1.html | | Peeping Tom |
| 1529 G-Taste | disc 1 | 39 | 1 | 13.29 | http://www.adultempire.com/18719909g-taste-heat-wave-porn-movies.html?gn=G-Taste%20Heat%20Wave | | Animal Variety |
| 1530 G-Taste | disc 2 | | 1 | | | | Variegated Anal |
| 1531 G-Taste | disc 3 | | 1 | | | | Variegated Cassette |
| **k304.86** | | | | | | | Amateurs |
| 1532 Gorgeous Wet Georgetter | | 50 | 1 | 24.95 | https://harmonies.com/hard-core-vintage-class-hx-porno-9948150 | | Best of Penthouse 7 |
| 1533 Piss N Fist | | 50 | 1 | 11.19 | https://www.adultempire.com/18849000/piss-n-fist-porn-movies.html | | Ultimate Horse |
| 1534 Golden Swallow | | 50 | 1 | 36 | https://www.hqtube-video.com/program/golden-movie.php | custom video? | Older Women Eat Pussy |
| 1535 Pissing Passion | | 50 | 1 | 36 | https://hornypor2.com/fr/golden-swallow/ | custom video? | Muff Divers Delights |
| 1536 Lesbian | | 50 | 1 | 36 | | custom video? | Can't Get Enough Dog |
| 1537 Wicked Liquid Lust | | 50 | 1 | 36 | | custom video? | Natural Assets |
| 1538 Liquid Lust | | 50 | 1 | 11.19 | https://www.hqtube-video.com/blaublau/show-php | | Olivia |
| 1539 Phrase Piss | | 50 | 1 | 36 | | | Best of International Lesbian Affair 2 |
| 1540 Amy's Pissing Phantasies | vol. 5 | 50 | 1 | 36 | https://www.adultempire.com/2754/2and-51.9he-erotic-porn-videos.html | | Head for Lard |
| 1541 Switch Hitters (Bisexual virgins) | | 9.62 | 1 | 14.95 | https://www.adultempire.com/18886077/milf-next-door-vol-8-porn-videos.html?gn=Milf%20Next%20Door%20Vol.%208 | | LN666 |
| 1355 Older and Anal 1 | disc 1 (filmco 1995) | 104 | 1 | 19.95 | https://www.adultempire.com/84736/older-anal-porn-videos.html | | Girls Who 3C and EC 6 |
| **k866.46** | | | | | | | Young Lover |
| 1356 Older and Anal 1 | disc 2 | | 1 | 6.99 | https://www.adultempire.com/84736/older-anal-porn-videos.html | | Street Whore |
| 1357 Older and Anal 1 | disc 3 | | 1 | 6.99 | https://www.adultempire.com/84736/older-anal-porn-videos.html | | Goddesses |
| 1358 Older and Anal 1 | disc 4 | | 1 | 6.99 | https://www.adultempire.com/84736/older-anal-porn-videos.html | | Stacy Nichols Remembered |
| 1359 Older and Anal 1 | disc 5 | | 1 | 6.99 | https://www.adultempire.com/84736/older-anal-porn-videos.html | | Toilet Tarts |
| 1360 Older and Anal 1 | disc 6 | | 1 | 6.99 | https://www.adultempire.com/84736/older-anal-porn-videos.html | | Streamers |
| 1342 Milf Next Door 8 | pulse, 2009 | 32 | 1 | 16.99 | https://www.adultempire.com/18886077/milf-next-door-vol-8-porn-videos.html | | Sunset's Sizzlers |
| 1313 End of the World | vivid, 2009 | 8 | 1 | 14.95 | https://www.adultempire.com/download/cod_mx_73203-Switch-Hitters/ | | Girls Who Screw Girls |
| 1308 Endlessly | vivid, 1993 | 28 | 1 | 19.95 | https://www.adultempire.com/84736/older-anal-porn-videos.html | | Pregnant |
| 1292 XXXBiz | swank/adult, 2009 | 3 | 1 | | https://www.adultfilmdatabase.com/Television-does-not-list-this-is-there-a-label-under-subject-pictures/ http://www.adultfilmdatabase.com/ | Television does not list this is there a label under subject pictures | Hooters |
| 1246 Just Do Me | vivid, 2006 | 34 | 1 | 10.49 | https://www.adultfilmdatabase.com/18900909/just-do-me-porn-videos.html | | Chop Sex |
| 1103 Supermodel | vivid, 1994 | 26 | 1 | 14.95 | https://www.adultfilmdatabase.com/video/97732/supermodel-2-h | | Marnatters |
| **k1138.48** | | | | | | | Art of Sex |
| 1095 Forced to Lactate 5 | spunky spur, 2000 | 100 | 1 | 0 | https://www.adultfilmdatabase.com/ | Spunky Spur Studios does not have this title listed | Sin-A-Bun |
| 1011 Ready to Verge 39 | filmco, 2002 | 34 | 1 | 9.99 | https://www.adultdvdempire.com/media+23/br+ready-to+v-nog | | Digital Dreams |
| 1010 Ready to Drop 32 | filmco, 2000 | 12 | 1 | 9.99 | https://www.adultdvdempire.com/media+23/br+ready-to+v-nog | | I Shaved I'm 18 #6 |
| 1009 Ready to Drop 31 | digital sin, 2001 | 15 | 1 | 9.99 | https://www.adultdvdempire.com/media+23/br+ready-to+v-nog | | Night of The Vampires |
| 1008 My PlayThing: Gauge | digital sin, 2001 | 69 | 1 | 88.99 | https://www.adultdvdreplace.com/dvd_view_57973.html | | Spank Me |
| 1007 Dinner Party | adam & eve, 1994 | 74 | 1 | 18.99 | https://www.adultdvdempire.com/1274/dinner-party-3-cocktales-porn-movies.html | | Slurp 12 |
| 1006 Satisfactions | casdeino, 1982 | 9 | 1 | 11.19 | http://www.adultdvdempire.com/186517/satisfactions-porn-movies.html | | Tight Ass |
| 1005 Golden Touch | wicked, 1995 | 34 | 1 | 6.99 | https://www.adultdvdempire.com/54252/golden-touch-the-porn-movies.html | | |
| 1004 Madams Family | xcitement, 1991 | 14 | 1 | 14.95 | https://www.adultdvdmarketplace.com/dvd_view_59758.html | | |
| 1003 Private Teacher | casdeino, 1983 | 10 | 1 | 6.99 | https://www.adultdvdempire.com/177845/private-teacher-saver-porn-movies.html | | |
| 1002 Big Clits Big Lips 5 | channel 69, 2003 | 1 | 1 | 14.99 | https://www.adultdvdempire.com/1593/big-clits-big-lips-5-porn-movies.html | | |
| 1001 Big Clits Big Lips 2 | channel 69, 2002 | 17 | 1 | 14.99 | https://www.adultdvdempire.com/1593/big-clits-big-lips-5-porn-movies.html | | |
| 1000 Big Clits Big Lips 3 | channel 69, 2002 | 1 | 1 | 14.99 | https://www.adultdvdempire.com/1593/big-clits-big-lips-5-porn-movies.html | | |
| 999 Double Air Bags 7 | channel 69, 2002 | 34 | 1 | 14.99 | https://www.adultdvdempire.com/10307/double-airbags-7-porn-movies.html | | |

| Title | Studio, Year | Qty | 1 | Price | Link / Note |
|---|---|---|---|---|---|
| 1012 Ready to Drop 41 | filmco, 2020 | 29 | 1 | 9.99 | https://www.adultdvdempire.com/1923/audio/filmco-porn-movies.html?media=2&fs=ready-to-drop |
| 1013 Amazing Tails 3 | caballero, 1987 | 6 | 1 | 69.98 | https://www.adul... Increased repurchase costs |
| **K1517.48** | | | | | |
| 1014 Stiff Competition | caballero, 1984 | 8 | 1 | 29.95 | https://www.adul... Increased repurchase costs |
| 1015 Debbie Does Dallas 3 | vca, 1985 | 7 | 1 | 19.99 | https://www.adultdvdmarketplace.com/dvd_view_77713.html |
| 1016 Young and Innocent | vca, 1981 | 14 | 1 | 22.88 | https://www.adultdvdmarketplace.com/dvd_view_40200.html |
| 1017 Trash In The Can | las vegas video, 1993 | 24 | 1 | 36 | https://www.adul discontinued |
| 1018 Prom Girls | caballero, 1988 | 9 | 1 | 12.49 | https://www.adultdvdmarketplace.com/dvd_view_15724.html |
| **K1801.48** | | | | | |
| 1019 Last Condom | cdi, 1988 | 74 | 1 | 0 | http://www.adul CDI does not have this title listed |
| 1020 Street Angels | las vegas video, 1992 | 24 | 1 | 36 | https://www.adultdvdmarketplace.com/dvd_view_10254.html |
| 1021 Pillowman | vca, 1988 | 11 | 1 | 27.5 | https://www.adultdvdmarketplace.com/dvd_view_10154.html |
| 1022 Passages 3 | vivid, 1991 | 34 | 1 | 99.98 | https://www.adul Increased repurchase costs |
| 1023 Immortal Desire | vivid, 1993 | 32 | 1 | 33.95 | https://www.adultdvdmarketplace.com/dvd_view_39075.html |
| 1024 Hands Off | plum, 1987 | 74 | 1 | 14.95 | http://www.adul filmco does not have the title listed |
| **K2121.29** | | | | | |
| 1025 Sex Appraisal | filmco, 1990 | 24 | 1 | 0 | http://www.adul filmco does not have the title listed |
| 1026 Babes Illustrated 11 | metro, 2001 | 22,81 | 1 | 14.95 | https://www.adultdvdempire.com/1542/babes-illustrated-11-porn-movies.html |
| 1027 Pro Ball | vidco, 1991 | 11 | 1 | 9.95 | https://www.adultdvdmarketplace.com/dvd_view_100509.html |
| 1028 Dial a Nurse | vidco, 1992 | 44 | 1 | 39.98 | https://www.adultdvdmarketplace.com/dvd_view_37955.html |
| 1029 Honeydrippers | NA | 34 | 1 | 18.98 | https://www.adultdvdmarketplace.com/dvd_view_37970.html |
| 1042 Country Girls in Heat | hotwives, 2002 | 75 | 1 | 36 | https://www.adul discontinued |
| 1043 Very Young Parties 1 | vca, 2003 | 24 | 1 | 14.95 | https://www.adultdvdempire.com/downloads/out_ms_14925-Old-Grannies-Young-Parties-2/ |
| 1044 Café Flesh 3 | newave, 2002 | 24 | 9.94 | 1 | 14.39 | https://www.adultdvdmarketplace.com/dvd_view_5-zzz-movies.html |
| 1045 Miami Spice 2 | caballero, 1986 | 7 | 1 | 16.15 | https://www.adultdvdmarketplace.com/dvd_view_198438-Miami-Spice-2/ |
| 1047 New Barbarians 2 | vca, 1990 | 9.94 | 1 | 17.09 | https://www.adul The-New-Barbarians-2/ |
| 1048 Locker 1 and 2 | pleasure, 1998, 2000 | 40.43 | 1 | 20.87 | https://www.adultdvdempire.com/stream/download/out_ms_2235-Young-Nurses-in-Lust/ |
| **K2414.6** | | | | | |
| 1048 Bodyslammin' 1 and 3 | sqv, 1987, 1996 | 56 | 1 | 60.96 | https://www.adultdvdmarketplace.com/dvd_view_274101.html |
| 1050 Pretty Peaches 2 | vca, 1987 | 16 | 1 | 9.36 | https://www.adultdvdmarketplace.com/product/17002-Pretty-Peaches-2/ |
| 1051 Anal Misconduct | vidco, 1995 | 39 9.94 | 1 | 27.48 | https://www.adul 144438-The-Uranus-Experiment |
| 939 Anal Misconduct | disc 1 (private, 1999) | 26 | 1 | 39.95 | https://www.adul 144438-The-Uranus-Experiment |
| 940 Abby Writers 4 pack | disc 2 | | | 24.98 | https://www.adul 174627.html |
| 941 Abby Writers 4 pack | disc 3 | 75 | 1 | 36 | https://www.adul 174627.html |
| 942 Abby Writers 4 pack | disc 4 | 24 | 1 | 14.39 | https://www.adul 174627.html |
| 943 Your Mom Tossed my Salad | lethal hardcore, 2009 | 9 | 1 | 9.36 | https://www.adul 170079-Your-Mom-Tossed-My-Salad/ |
| 944 Uranus Experiment | disc 1 (private, 1999) | 19 | 1 | 27.48 | https://www.adul 144438-The-Uranus-Experiment |
| 945 Uranus Experiment | disc 2 (private, 1999) | | | 39.95 | https://www.adul 144438-The-Uranus-Experiment |
| 946 Uranus Experiment | disc 3 (private, 1999) | | | 16.15 | https://www.adul 144438-The-Uranus-Experiment |
| 947 Uranus Experiment | disc 4 (private, 1999) | | | 17.09 | https://www.adul 144438-The-Uranus-Experiment |
| 948 Taboo American Style 1 | vca, 1985 | 29 | 1 | 16.95 | https://www.adul prices on these are single dvd each (no 4 pack) |

**k264T.54**

| Code | Title | Detail | | Qty | Price | URL |
|---|---|---|---|---|---|---|
| 949 | Taboo American Style 2 | vca, 1985 | | 1 | 14.95 | https://www.avadoo.com/product/1932851-Taboo-American-Style-2/ |
| 950 | Taboo American Style 3 | vca, 1985 | | 1 | 35.36 | https://www.avadoo.com/product/1932852-Taboo-American-Style-3/ |

**k2T5T.54**

| Code | Title | Detail | | Qty | Price | URL |
|---|---|---|---|---|---|---|
| 951 | Taboo American Style 1 | vca, 1985 | | 1 | 16.95 | |
| 952 | Big Wet Asses 15 | elegant angel, 2009 | 14 | 1 | 13.22 | https://www.avadoo.com/product/1690238-Big-Wet-Asses-15/ |
| 953 | Asian Chunky Chicks | channel 69, 1999 | 10 | 1 | 16.95 | https://www.avadoo.com/product/1487-Asian-Chunky-Chicks/ |
| 954 | Sex City | disc 1 (private gold, 2006) | 13 | 1 | 8.71 | https://www.avadoo.com/product/2278026-Sex-City-1/ |
| 955 | Sex City | disc 2 (private gold, 2006) | | 1 | 24.11 | https://www.avadoo.com/...Sex-City-3/ |
| 956 | Cheerleaders | disc 1 (digital playground, 2008) | 18 | 1 | 15.95 | https://www.avadoo.com/...Cheerleaders/ |
| 957 | Cheerleaders | disc 2 (digital playground, 2008) | | 1 | | https://www.avadoo.com/... |
| 913 | Granny's Gone Anal | disc 1 (filmco, 2004) | | 1 | 36 | https://www.avadoo is discontinued |
| 914 | Granny's Gone Anal | disc 2 | 100 | 1 | 18 | https://www.avadoo is discontinued |
| 915 | Granny's Gone Anal | disc 3 | | 1 | 18 | https://www.adultfoxtentare.com/...Granny-Sale-Gore-Anal-2/ |
| 916 | Granny's Gone Anal | disc 4 | | 1 | 18 | |
| 917 | Granny's Gone Anal | disc 5 | | 1 | 18 | |
| 918 | Granny's Gone Anal | disc 6 | | 1 | 18 | |
| 884 | Mother Daughter Exchange Club 2 | girlfriend, 2008 | 12 | 1 | 23 | https://www.adultfoxtentare.com/...1441346/mother-daughter-exchange-club-part-2-porn-movies.html |
| 885 | DVDA | rixx, 2003 | 64 | 1 | 36 | https://www.avadoo is discontinued |
| 886 | Obsession 2 | disc set (elegrange 2006) | 24 | 1 | 20 | https://www.adultfoxtentare.com/...Obsession-2/ |
| 887 | Older Women, Younger Women 8 | coast to coast, 2007 | 13 | 1 | 16.95 | https://www.avadoo.com/...Older-Women-Younger-Women-8/ |
| 888 | Shot at Home 4 | shot at home, 2003 | 22 | 1 | 17.95 | https://www.avadoo.com/...Shot-At-Home-3/ |
| 889 | Obscene Behavior 5 | red light district, 2008 | 10 | 1 | 11.47 | https://www.avadoo.com/...Obscene-Behavior-5/ |
| 890 | Art of Kissing | vw tzmax, 2003 | 24 | 1 | 25 | https://www.avadoo.com/...The-Art-Of-Kissing/ |
| 891 | Jack's P.O.V 13 | digital playground, 2009 | 39 | 1 | 16 | https://www.avadoo.com/...Jack-Ess-P.O.V-13/ |
| 892 | Cherries 56 | homegrown, 2007 | 9 | 1 | 18 | https://www.avadoo.com/... |
| 893 | Dear Fanny | metro, 1985 | 34 | 1 | 22.99 | https://www.adultfoxtentare.com/...dear-fanny-porn-movies.html |
| 894 | Corruption | disc 1 (sex x, 2006, cineStars cut w/fisting) | 100 | 1 | 36 | https://www.avadoo is discontinued |
| 895 | Corruption | disc 2 | | 1 | | |
| 896 | Corruption | disc 3 | | 1 | | |
| 880 | Pancochitas Gorditas 1 | channel 69, 1999 | 15.34 | 1 | 16.95 | https://www.avadoo.com/...Pancochitas-Gorditas-1-Chunky-Latinas/ |
| 881 | Pancochitas Gorditas 2 | channel 69, 2000 | 15.34 | 1 | 16.95 | https://www.avadoo.com/...Pancochitas-Gorditas-1-Chunky-Latinas/ |
| 882 | Pancochitas Gorditas 3 | channel 69, 2000 | 18.18 | 1 | 16.95 | https://www.avadoo.com/...Pancochitas-Gorditas-1-Chunky-Latinas/ |
| 873 | Mask | vivid, 1993 | 21 | 1 | 24 | https://www.avadoo.com/...Mask/ |
| 870 | Fucking at 50 (4) | heatwave, 2002 | 17 | 1 | 33 | https://www.avadoo.com/product/1924979-Fuckin-At-50-4/ |
| 871 | Big Bad Grannys | metropolis, 2000 | 100 | 1 | 27 | https://www.avadoo.com/...Big-Bad-Grannys/ |
| 862 | Double Pleasures | plush, 1996 | 8 | 1 | | https://www.avadoo discontinued |
| 830 | Anal Love | plush, 1997 | 54 | 1 | 38 | https://www.avadoo.com/...Double-Pleasures/ |
| 831 | American Girl | vivid (no date) | 54 | 1 | 36 | |
| 811 | Airtight | metro, 1998 | 36 | 1 | 38 | https://www.avadoo.com/...Airtight/ |
| 745 | Xcalibur 3 | disc 1 (mini vxxx, 2007) | | 1 | 9.58 | https://www.avadoo discontinued |
| 746 | Xcalibur 3 | disc 2 (mini vxxx, 2007) | 27 | 1 | 50.9 | https://www.avadoo.com/product/1618567-Xcalibur-Episode-3-The-Lords-of-Sex/ |

**k=34I5.4**

| Code | Title | Detail | | Qty | Price | URL |
|---|---|---|---|---|---|---|
| 713 | Body Buddies in Heat 6 | channel 69, 2000 | 14 | 1 | 18 | https://www.adultfoxtentare.com/...Body-Buddies-in-Heat-6/ |
| 712 | Mature Kink Orgy 3 | xtraordinary, 2005 | 8 | 1 | 18 | https://www.adultfoxtentare.com/...Mature-Kink-Orgy-3/ |
| 711 | Strap on Milf, Fs | simpletex, 2004 | 11 | 1 | 11.99 | https://www.avadoo.com/...videos.html?q=Strap%20on%20Milf%20On%20Fs |
| 710 | Workers 2 | smptex, 2004 | 16 | 1 | 68 | https://www.adultfoxtentare.com/...Workers-2/ |
| 709 | I Want To Be Bad | metro, 1994 | 16 | 1 | 58 | https://www.avadoo (internand) |
| 708 | Never Sleep Alone | cabalero, 1994 | 39 | 1 | 9.58 | https://www.avadoo (internand) |
| 707 | Granny Anal Queens 2 | filmco, 2005 | 49 | 1 | 7.99 | https://www.adultfoxtentare.com/...videos.html?q=Granny%20Anal%20Queens%202/ |
| 706 | Wild Dallas Honey | cabalero, 1982 | 34 | 1 | 69.99 | https://www.avadoo (internand) |
| 705 | If My Mother Only Knew | cabalero, 1985 | 12 | 1 | 8 | https://www.avadoo.com/...If-My-Mother-Only-Knew/ |
| 704 | Lisa | sin city, 1997 | 14 | 1 | 18 | https://www.avadoo.com/...Lisa/ |
| 703 | Hot Spa | cabalero, 1984 | 9.94 | 1 | 18 | https://www.avadoo.com/...Hot-Spa/ |
| 702 | Bad Wives 2 | vivid, 2001 | 24.95 | 1 | 24.95 | https://www.avadoo.com/...Bad-Wives-2/ |
| 701 | Nightshift Nurses | vca, 1987 | 9.94 | 1 | 15.99 | https://www.avadoo.com/product/1227/nightshift-nurses-porn-movies/ |

| # | Title | Studio / Year | | | Price | Link / Note |
|---|-------|---------------|---|---|-------|-------------|
| 714 | Animal Variety | vol.15 | 200 | 1 | 0 | unable to evaluate |
| 715 | Animal Variety | vol.15 (disc 2) | 200 | 1 | 0 | unable to evaluate |
| 716 | Animal Variety | vol.15 (disc 2) | 200 | 1 | 0 | unable to evaluate |
| 717 | Animal Variety | vol.15 (disc 3) | 200 | 1 | 0 | unable to evaluate |
| **K3837.22** | | | | | | |
| 718 | Depraved Fantasies | zane, 1994 | 97 | 1 | 18 | https://www.adultdvdempire.com/team/download/dvd_mp_10814-Depraved-Fantasies-2/ |
| 719 | Ecstasy Girls | cabalero, 1979 | 34 | 1 | 18 | https://www.adultdvdempire.com/team/download/dvd_mp_33316-Ecstasy-Girls-2/ |
| 720 | Lady Be Good | vca, 2001 | 19 | 1 | 14.99 | https://www.adultdvdempire.com/3569/lady-be-good-porn-movies-video.html |
| 721 | Older Women and Younger Women 2 | coast to coast, 2003 | 19 | 1 | 18 | https://www.adultdvdempire.com/team/download/dvd_mp_5177-Older-Women-Older-Women-2/ |
| 722 | Older Women and Younger Women 3 | coast to coast, 2002 | 18 | 1 | 18 | https://www.adultdvdempire.com/team/download/dvd_mp_11902-Older-Women-Younger-Women-3/ |
| 723 | Older Women and Younger Women 5 | coast to coast, 2004 | 13 | 1 | 18 | https://www.adultdvdempire.com/team/download/dvd_mp_8642-Older-Women-Younger-Women-5/ |
| 724 | Euphoria | disc 1 (wicked, 2001) | 13 | 1 | 30 | https://www.adultdvdempire.com/team/download/dvd_mp_2561-Euphoria-Disc-1/ |
| 725 | Euphoria | disc 2 (wicked, 2001) | 19.99 | 1 | 30 | https://www.adultdvdempire.com/team/download/dvd_mp_2561-Euphoria-Disc-1/ |
| **K4570.85** | | | | | | |
| 726 | Debbie Does Dallas 2 | cabalero, 1981 | 9.94 | 1 | 14.99 | https://www.adultdvdempire.com/28354/debbie-does-dallas-2-porn-movies.html |
| 727 | Peek of Pandora | nutech, 2000 | 44 | 1 | 44 | https://www.adultdvdempire.com/18416.html |
| 728 | Breeders | metro, 1996 | 9.99 | 1 | 9.99 | https://www.adultdvdempire.com/2389/breeders-porn-movies.html |
| 729 | Sex World 2002 | vca, 2001 | 9.94 | 1 | 15.99 | https://www.adultdvdempire.com/4964/sex-world-2002-porn-movies.html |
| 730 | Space Nuts | disc 1 (wicked, 2003) | 9.97 | 1 | 15.99 | https://www.adultdvdempire.com/5062/space-nuts-porn-movies.html |
| 731 | Space Nuts | disc 2 (wicked, 2003) | 18.99 | 1 | 18 | https://www.adultdvdempire.com/5062/space-nuts-porn-movies.html |
| 732 | Opening of Misty Beethoven | distripix, 1975 | 28 | 1 | 11.99 | https://www.adultdvdempire.com/122388/opening-of-misty-beethoven-the-porn-videos.html?Page=Opening%20of%20Misty%20Beethoven,%20The |
| 733 | Barbara Broadcast | vca, 1977 | 13 | 1 | 14 | https://www.adultdvdempire.com/5267/barbara-broadcast-porn-videos.html?Tet=Barbara%20Broadcast |
| 734 | Babby Sox | vivid, 1996 | 44 | 1 | 15.99 | https://www.adultdvdempire.com/1425/babby-sox-porn-videos.html |
| 735 | Lesbian Mature Women 6 | channel 69, 2001 | 39 | 1 | 14.99 | https://www.adultdvdempire.com/74503/lesbian-mature-women-6-porn-videos.html |
| 736 | Bordello Blues | wicked, 200 | 22 | 1 | 14.99 | https://www.adultdvdempire.com/8714/bordello-blues-porn-videos.html |
| 737 | Caught from Behind 7 | filmco, 1987 | 8 | 1 | 8.94 | https://www.exablo.dfilms.com/Adult/0/9103337_Caught_from_Behind_7_dvd.htm |
| 738 | Caught from Behind 8 | filmco, 1988 | 74 | 1 | 8.94 | https://www.exablo.dfilms.com/Adult/0/9103438_Caught_from_Behind_8_dvd.htm |
| **K4806.69** | | | | | | |
| 739 | Sore Throat | vcx, 1985 | 14 | 1 | 14.25 | https://www.ebay.com/p/136803424 |
| 740 | Hard Rockin Babes | vidco, 1987 | 9 | 1 | 36 | https://jizzhut.com no online purchasing available only viewing |
| 741 | Moondance | video team, 1996 | 9 | 1 | 6.99 | https://www.adultdvdempire.com/1408302/moon-dance-porn-videos.html |
| 742 | Anthlng Goes | cabalero, 1993 | 9 | 1 | 30.65 | https://www.adultdvdempire.com/video/132631.html |
| 651 | Elv | vidco, 1988 | 12 | 1 | 11.99 | https://www.adultdvdempire.com/2098895/erotic-television-porn-videos.html |
| 652 | Eye Candy | vca, 1998 | 13.99 | 1 | 13.99 | https://www.af.com/dvd/eye-candy/ |
| 653 | Garage Girls | metro, 1980 | 14 | 1 | 13.99 | https://www.m.com.meilise-garage-girls/year-1987/garage-girls.htm |
| 654 | Easy | vca, 1978 | 17 | 1 | 20.99 | https://www.adultdvdempire.com/140295/easy-porn-movies.html |
| 655 | Available 2 | cabalero, 1994 | 11 | 1 | 14.95 | https://www.adultdvdempire.com/video/19073/available-2/ |
| 656 | Train My White Ass | wildlife, 2002 | 11 | 1 | 36 | https://jizzhut no online purchasing available only viewing |
| 657 | Search for the Snow Leopard | ultimate, 1998 | 16 | 1 | 35 | https://jizzhut no online purchasing available only viewing |
| 658 | Sore Throat | vcx, 1986 | 14 | 1 | 14.25 | https://www.ebay.com/c/369023424 |
| **K5071.68** | | | | | | |
| 659 | Face Fucked | wildlife, 1998 | 19 | 1 | 36 | https://hdincest no online sites available only viewing |
| 660 | Dirty Western | arrow, 1975 | 14 | 1 | 9.05 | https://www.hotmovies.com/video/1901/87/Face-Fucked/ |
| 661 | Double Air Bags 2 | channel 69, 1999 | 14 | 1 | 9.05 | https://www.hotmovies.com/video/19024/Another-Dirty-Western/?cod=221655 |
| 662 | Loose Lifestyles | cabalero, 1987 | 8 | 1 | 9.05 | https://www.hotmovies.com/video/64421/Double-Air-Bags-2/?cod=221655 |
| 663 | Open Nightly | cabalero, 1980 | 17 | 1 | 16.94 | https://www.hotmovies.com/video/10017/Loose-Lifestyles/?cod=221655 |
| 664 | Latex | vca, 1995 | 10 | 1 | 15.99 | https://www.hotmovies.com/video/1548945/Open-porn-videos.html |
| 665 | Pleasure Game | cabalero, 1987 | 1 | | 3.99 | https://www.hotmovies.com/video/1598585.html |
| 666 | Dirty Girls | vca, 1984 | 29 | 1 | 16.99 | https://www.hotmovies.com/dvd_view_164167.html |
| 667 | Centerspread Girls | cabalero, 1982 | 8 | 1 | 26.99 | https://www.hotmovies.com/dvd_view_11669.html |
| 668 | Secret Urges | vidco, 1994 (Caballero) | 8 | 1 | 14.95 | https://www.hotmovies.com/video/20157/secret-urges/ |
| 669 | Little Miss Curious | cabalero, 1991 | 9 | 1 | 9.05 | https://www.hotmovies.com/video/198885_Little-Miss-Curious/?cod=221655 |
| 670 | Mimi | cabalero, 1987 | 7 | 1 | 9.05 | https://www.hotmovies.com/video/198985_Little-Miss-Curious/?cod=221655 |
| 671 | Desperate Women | vidco, 1985 | 8 | 1 | 36 | no sites available only viewing |

**K5107.68**

| ID | Title | Studio/Year | Qty | | Price | Status | URL |
|---|---|---|---|---|---|---|---|
| 672 | Secret Passions | caballero, 1979 | 7 | 1 | 9.05 | no sales listed online | https://www.hotmovies.com/video/145692/Josefine-Mutzenbacher-Haus-Der-Geheimen-Luste-German/?herd... |
| 673 | Bi Sex | 4pack | 1 | 1 | 14.95 | | https://www.bottomsonline.com/videos?275Sex+mailride+ho+scop |
| 674 | Too Naughty to Say No | caballero, 1994 | 64 | 1 | 14.96 | | https://www.adultdvdmarketplace.com/dvd_view_72730.html |
| 675 | Neon Nights | caballero, 1981 | 19 | 1 | 33.33 | | https://www.arcticna.com/marketplace/detail.php?184074/ |
| 676 | Neon Nights | disc 2 (command, 1981) | 29 | 1 | | | |
| 677 | D: Vine Luv | disc 1 | | 1 | 36 | | https://www.pornhub.com/view_video.php?viewkey=ph56d109a6f6c1a |
| 678 | D: Vine Luv | disc 2 | | 1 | | | https://www.adultdvdmarketplace.com/dvd_view_73303.html |
| 679 | D: Vine Luv | disc 3, 4 | | 1 | | | https://www.adultdvdmarketplace.com/dvd_view_73303.html |
| 680 | Stepmother's Sin | NA | 54 | 1 | 14.96 | | https://www.adultdvdmarketplace.com/dvd_view_184074.html |
| 681 | 8 to 4 | caballero, 1981 | 9 | 1 | 9.99 | | https://www.adultdvdmarketplace.com/14914508-to-4-porn-videos.html |
| 682 | LA Fashion Girls | vcx, 1998 | 19 | 1 | 11.99 | | https://www.adultdvdmarketplace.com/l-a-fashion-girls-porn-videos.html |
| 683 | Pizza Girls | vcx, 1978 | 14 | 1 | 18.99 | | https://www.adultdvdmarketplace.com/179001818-pizza-girls-porn-videos.html |

**K5592.68**

| ID | Title | Studio/Year | Qty | | Status |
|---|---|---|---|---|---|
| 659 | Face Fucked | wildlife, 1998 | 19 | 1 | duplicate |
| 660 | Dirty Western | arrow, 1975 | 14 | 1 | duplicate |
| 661 | Air Bags 2 | channel 69, 1999 | 14 | 1 | duplicate |
| 662 | Loose Lifestyles | caballero, 1987 | 8 | 1 | duplicate |
| 663 | Open Nightly | caballero, 1980 | 17 | 1 | duplicate |
| 664 | Latex | vca, 1995 | 10 | 1 | duplicate |
| 665 | Pleasure Game | caballero, 1987 | 9 | 1 | duplicate |
| 666 | Dirty Girls | vca, 1984 | 29 | 1 | duplicate |
| 667 | Centerspread Girls | caballero, 1982 | 8 | 1 | duplicate |
| 668 | Secret Urges | vca, 1994 | 9 | 1 | duplicate |
| 669 | Little Miss Curious | caballero, 1991 | 8 | 1 | duplicate |
| 670 | Mini | caballero, 1987 | 7 | 1 | duplicate |
| 671 | Desperate Women | vidco, 1985 | 8 | 1 | duplicate |

**K5107.68**

| ID | Title | Studio/Year | Qty | | Price | URL |
|---|---|---|---|---|---|---|
| 684 | Dream Girls | vcx, 1987 | 16 | 1 | 15.99 | http://www.adultfilmdatabase.com/video/12195/dream-girls/ |
| 685 | Amanda By Night | caballero, 1981 | 14 | 1 | 22 | https://www.adultdvdmarketplace.com/dvd_view_37785.html |
| 686 | Red Vibe Diaries | metro, 1997 | 10 | 1 | 19.45 | https://www.adultdvdmarketplace.com/dvd_view_150568.html |
| 687 | Femmes On Fire | vca, 1990 | 6 | 1 | 4.24 | https://www.adultfilmdatabase.com/video/107026.html |
| 688 | Electric Sex | new sensations, 1999 | 6 | 1 | 14.95 | http://www.adultfilmdatabase.com/video/12549/electric-sex/ |
| 689 | Sexy Valentine 4 on 1 | vca | 18 | 1 | 18 | https://www.adultdvdmarketplace.com/sexy-valentine-4-on-1/ |
| 690 | Slightly Used | vidco, 1987 | 7 | 1 | 12.74 | https://www.adultdvdmarketplace.com/dvd_view_86957_Slightly-used-porn-movies.html |
| 691 | Big Game | elegant angel, 1997 | 8 | 1 | 11.99 | https://www.excido.com/1281/big-game-porn-movies.html |
| 692 | Seven Deadly Sins | vivid, 1999 | 8 | 1 | 11.24 | https://www.excido.com/13805seven-deadly-sins-porn-movies.html |
| 693 | Hell on Heels | wicked, 1999 | 8 | 1 | 30 | https://www.excido.com/stream-download/ovd_ms_17472-Hell-On-Heels/ |
| 694 | Brat | vivid, 1986 | 39 | 1 | 24 | https://www.excido.com/stream-download/ovd_ms_74058-The-Brat/ |
| 695 | Dog Walker | john leslie, 1994 | 27 | 1 | 21 | https://www.excido.com/stream-download/ovd_ms_100818-John-Leslies-Dog-Walker/ |
| 550 | Furburgers | legend, 1987 | 13 | 1 | 1.95 | https://www.excido.com/stream-download/ovd_d=53805/partner/id |

| # | Title | Label / Year | Qty | | Price | URL / Notes |
|---|---|---|---|---|---|---|
| **K6922.68** | | | | | | |
| 551 | Neo Pornographia 1 | minn worx, 2006 | 20 | 1 | 18 | https://www.xvideos.com/stream-download/doc_ms_873332-Neo-Pornographia-Volume-1/ |
| 552 | Opera | elegant angel, 2003 | 17 | 1 | 3.99 | https://www.adultdvdmarketplace.com/del_view_01875.html |
| 553 | Battle of the Giants | las vegas video, 1989 | 21 | 1 | 36 | https://www.adultdvdmarketplace.com/ n/p no longer availbl |
| 554 | Friday the 13th Nude Beginning Part 2 | voodoo, 1989 | 8 | 1 | 4.2 | https://www.adultdvdempire.com/ |
| 555 | Hello Molly | casalero, 1989 | 8 | 1 | 14.97 | https://www.adultdvdmarketplace.com/del_view_107044.html |
| 556 | Max Hardcore Extreme Schoolgirls 14 | NA | 12 | 1 | 15.99 | http://www.atfl.com/title.mz/tier=a.z.i_1.1year=1986f.e.a.i_1.htm |
| 557 | Max Hardcore Extreme Schoolgirls 16 | NA | 100 | 1 | 15.99 | http://www.atfl.com/title.mz/tier=a.z.i_1.1year=1986f.e.a.i_1.htm |
| 558 | R.E.A.L. | NA | 24 | 1 | 14.99 | http://www.atfl.com/title.mz/ |
| 559 | Trash Talkin' Co-eds | vca, 2006 | 17 | 1 | 11.99 | https://www.adultdvdmarketplace.com/ |
| 560 | High Desert Pirates | vca, 2004 | 64 | 1 | 15.99 | https://www.adultdvdmarketplace.com/ |
| 561 | Brown Eyed Blonde | vca, 1999 | 65 | 1 | 11.24 | https://www.adultdvdmarketplace.com/ |
| 562 | Absolutely Adorable | vca, 2004 | 104 | 1 | 99.98 | https://www.adultdvdmarketplace.com/ |
| **K6276.68** | | | | | | |
| 563 | Sacred Sin | disc 1 (minn worx, 2006) | 20 | 1 | 29.99 | https://www.cdigitled.com/product/sacred-sin-dvd/minnworx-nbc-region-1/ |
| 564 | Sacred Sin | disc 2 | 19 | 1 | | https://www.cdigitled.com/product/sacred-sin-dvd/minnworx-nbc-region-1/ discontinued |
| 565 | Catherine | disc 1 (pure play, 2005) | | 1 | 36 | http://www.atf1.com/ |
| 566 | Catherine | disc 2 | | 1 | | https://www.atf1.com/ discontinued |
| 567 | Much More to Love | totally tasteless, 2002 | 8 | 1 | 7.99 | https://www.adultdvdempire.com/ |
| 568 | Kashmere | vca, 1998 | 8 | 1 | 11.99 | https://www.adultdvdempire.com/ |
| 569 | Pussy Kat | minn worx, 2005 | 13 | 1 | 12.74 | https://www.adultdvdempire.com/ |
| 570 | Upload | disc 1 sexx z, 2007, directors cut w/fisting | 100 | 1 | 36 | http://www.atf1.com/upload/ |
| 571 | Upload | disc 2 | | 1 | 36 | http://www.atf1.com/upload/ discontinued |
| 572 | Upload | disc 3 | | 1 | 36 | http://www.atf1.com/upload/ |
| 573 | Upload | disc 4 | | 1 | 36 | http://www.atf1.com/upload/ |
| 574 | Hot Rackets | metro, 1979 | 38 | 1 | 36 | https://www.adultdvdempire.com/ |
| 575 | Diva 1 | vca, 1997 | 10 | 1 | 11.24 | discontinued |
| **K6266.68** | | | | | | |
| 576 | Diva 2 | vca, 1997 | 10 | 1 | 19.99 | https://www.adultdvdempire.com/ |
| 577 | Diva 3 | vca, 1997 | 23 | 1 | 15.99 | https://www.adultdvdempire.com/ |
| 578 | Diva 4 | vca, 1997 | 54 | 1 | 11.99 | https://www.adultdvdempire.com/ |
| 579 | Trophy Whores 2 | evil angels, 2006 | 14 | 1 | 22.99 | https://www.adultdvdempire.com/ |
| **580** | **Deeigami Anal** | **NA** | **14** | **1** | **0** | **Ariel Frisaur? Is this a medical video?** |
| 581 | La Virgine de Putaro | NA | 14 | 1 | 9.99 | https://www.tw.bl/ This sale price may change based on market value |
| 582 | Ass Jazz 4 | evil angel, 2006 | 10 | 1 | 17.95 | https://www.hotmovies.com/ |
| 583 | Panochisis Caliente | NA | 17 | 1 | | https://www.adultdvdempire.com/ no sales listed |
| 584 | Sunset Thomas 4 on 1 | vca | 14 | 1 | 15.99 | https://www.hotmovies.com/ |
| 585 | Unbelievable Sex 4 | jill kelly, 2003 | 21 | 1 | 36 | https://www.adultdvdempire.com/ |
| 586 | Curse of the Caveman | discontinued | 11 | 1 | 36 | https://www.adultdvdempire.com/ |
| 587 | Something About Mary | mary canny | 8 | 1 | 7.95 | https://www.adultdvdempire.com/ |
| **K6694.1** | | | | | | |
| 588 | Mondo Porno | vca, 2002 | 13.99 | 1 | 11.24 | https://www.adultdvdempire.com/ |
| 589 | Asia Carrera 4 on 1 | vca | 15.21 | 1 | 11.24 | https://www.adultdvdempire.com/ |
| 590 | Wet Rainbow | arrow, 1973 | 11 | 1 | 28.99 | https://www.adultdvdempire.com/ |
| 591 | Baby Face 2 | vca, 1986 | 11 | 1 | 12.75 | https://www.adultdvdempire.com/ |
| 592 | Wicked One | vca, 1986 | 14 | 1 | 15.99 | https://www.hotmovies.com/ |
| 593 | Strap Attack 2 | evil angel, 2005 | 21 | 1 | 22.95 | https://www.adultdvdempire.com/ |
| 594 | Lovers Lane | wicked, 2005 | 14 | 1 | 15.99 | https://www.adultdvdempire.com/ |
| 595 | Babysitters | digital playground, 2007 | 19 | 1 | 34.99 | https://www.adultdvdempire.com/ |
| 596 | Ginger Lynn 4 on 1 | vca | 15.21 | 1 | 15.21 | https://www.adultdvdempire.com/ |
| 597 | Tower of Power | vca | 11 | 1 | 9.95 | https://www.hotmovies.com/ |
| 598 | Debbie Goes to College | essex, 1986 | 9 | 1 | 9.95 | https://www.adultdvdempire.com/ |
| 421 | Pleasureland | vivid, 1996 | 44 | 1 | 59.98 | https://www.adultdvdempire.com/ no value increase |
| 31 | Dirty Secrets | wicked, 1998 | 14 | 1 | 11.99 | https://www.adultdvdempire.com/1975/dirty-secrets-porn-videos.html |

**VHS**

| # | Title | Label / Year | | Qty | Price | Notes / URL |
|---|-------|--------------|---|-----|-------|-------------|
| 32 | Mona | swv | 15 | 1 | 14.95 | http://www.adu.tl "no longer available" |
| 33 | Unreal | vca, 2001 | 13.99 | 1 | 18 | https://www.adultdvdmarketplace.com "This appears to be the correct video and production house, although it is abbreviated in the list" |
| 34 | Old Grannies Young Panties 3 | heatwave, 2004 | 10 | 1 | 18 | https://www.adultdvdmarketplace.com/...Old-Grannies-Young-Panties-3/ |

**K6681.51**

| 1 | Head Waitress | vca, 1984 | 22 | 1 | | |
| 2 | The Chameleon | vca, 1989 | 20 | 1 | 36 | https://www.adultfilmdatabase.com/...The-Chameleon/ |
| 3 | Sound of Love | caballero, 1981 | 23 | 1 | 9.95 | http://www.botmovies.com/video-25570/ |
| 4 | Riot Girls In Sin City | sin city, 1993 | 11.25 | 1 | 36 | https://www.adultfilmdatabase.com/...Riot-Girls-In-Sin-City/ |
| 5 | Zazel | metro, 1997 | 25 | 1 | 12.69 | http://www.botmovies.com/video-12607/ |
| 6 | Loud Visions | vidco, 1987 | 19 | 1 | 12.74 | http://www.botmovies.com/ |
| 7 | Taboo 12 | metro, 1994 | 4 | 1 | 4.88 | https://www.botmovies.com/ |
| 8 | Babes Illustrated 3 | metro, 1995 | 14 | 1 | 7.99 | http://www.botmovies.com/ |
| 9 | University Co-Eds 25 | clatax, 2000 | 20 | 1 | 8.99 | https://www.adultdvdmarketplace.com/dvd_view_32293.html |
| 10 | Numbered Cassette (video age 4 movies on 1 comp) | | 15 | 1 | 0 | unable to valuate |
| 11 | Passages 1 | vivid, 1991 | 17 | 1 | 59.99 | http://www.adu.tv "in demand" |
| 12 | Main Course | arrow, 1993 | 24 | 1 | 9.95 | https://www.botmovies.com |
| 13 | Amateurs | | 0 | 1 | | need more information |
| 14 | Caligula | image, 2000 | 30 | 1 | 38.88 | https://www.adultfilmdatabase.com/...Caligula/ |
| 15 | Juicy Sex Scandals | vidco, 1991 | 15.25 | 1 | 13.59 | https://www.adultfilmdatabase.com/...Juicy-Sex-Scandals/ |
| 16 | Lipps and Mccain | legend, 1992 | 74 | 1 | 9.95 | http://www.botmovies.com/ |
| 17 | Pump Fiction | video teen, 1995 | 14 | 1 | 9.95 | https://www.adultfilmdatabase.com/...Pump-Fiction/ |
| 18 | Lesbians in Tight Shorts | las vegas video, 1991 | 100 | 1 | 36 | https://www.adultfilmdatabase.com/ discontinued |
| 19 | Pussycat Galore | arrow, 1984 | 16 | 1 | 14.95 | http://www.botmovies.com/video-22156/ Pussycat-Galore |
| 20 | Models | sin city, 1997 | 17 | 1 | 14.95 | http://www.adultfilmdatabase.com/...Models/ |
| 21 | Miss Piggy | | 50 | 1 | 14.95 | https://www.adultfilmdatabase.com/ miss-piggy |
| 22 | Parted Lips | video-x-pix, 1986 | 20 | 1 | 14.95 | http://www.botmovies.com/product-info.asp?PID=1524&name=parted-lips |
| 23 | Best of Penthouse 7 | | 20 | 1 | 30.55 | https://www.adultfilmdatabase.com/ Unable to locate |

| 24 | Debbie Does Dallas | vcx, 1978 | 17 | 1 | 18.99 | http://www.columnvixx.com/coxus/info.asp?PID=1592 Debbie Does Dallas |
| 25 | Behind the Green Door | mitchell brothers, 1972 | 7 | 1 | 29.95 | http://www.columnvixx.com/coxus/product_...Behind-the-Green-Door/ |
| 26 | First Time Ever! | plush, 1995 | 21 | 1 | 18 | https://www.adultfilmdatabase.com/...First-Time-Ever/ |
| 27 | Frisky Business | vca, 1984 | 17 | 1 | 14.95 | http://www.botmovies.com/...Frisky-Business/ |
| 28 | Texas Dicks Masquerade | heatwave, 1997 | 17 | 1 | 4.89 | http://www.botmovies.com/ |
| 29 | Marriage and Other 4 Letter Words | vca, 1974 | 29 | 1 | 36 | https://www.adultfilmdatabase.com/ discontinued |
| 30 | Star Angel | command, 1986 | 23.95 | 1 | 1.29 | http://www.botmovies.com/...Star-Angel/ |
| 31 | The Fluffer pt. 2 | fat dog, 1993 | 8 | 1 | 18 | http://www.botmovies.com/...The-Fluffer-Part-2/ |

**K7651.95**

| 32 | Hollywood Hookers | vca, 1998 | 25 | 1 | 4.25 | https://www.botmovies.com/...Hollywood-Hookers/ |
| 33 | South Central Hookers 3 | heatwave, 1998 | 41 | 1 | 18.89 | https://www.adultfilmdatabase.com/...South-Central-Hookers-3/ |
| 34 | Growing Up | vcx, 1975 | 12 | 1 | 17.98 | http://www.botmovies.com/...Growing-Up-vcx |
| 35 | Great Sexpectations | vca, 1984 | 20 | 1 | 36 | https://www.adultfilmdatabase.com/...Great-Sexpectations/ |
| 36 | Alice In Wonderland | caballero, 1976 | 50 | 1 | 39.95 | http://www.botmovies.com/...Alice-In-Wonderland/ |
| 37 | Hot Blooded | caballero, 1985 | 54 | 1 | 79.95 | https://www.adultfilmdatabase.com/ |
| 38 | Devil In Miss Jones 2 | vca, 1982 | 20 | 1 | 15.99 | http://www.botmovies.com/...Devil-In-Miss-Jones-2/ |
| 39 | 1001 Erotic Nights | essex, 1983 | 20 | 1 | 14.94 | https://www.adultfilmdatabase.com/...1001-erotic-nights.htm |
| 40 | Seduction of Jill Kelly | video team, 1997 | 9.95 | 1 | 6.99 | https://www.adultfilmdatabase.com/...Jill-Kelly.htm |
| 41 | Bubblegum | vca, 1983 | 100 | 1 | 36 | http://www.adu.tl discontinued |
| 42 | Ultimate Horse | N/A | 0 | 1 | | unable to valuate |
| 43 | Flip of A Coin | wet, 1997 | 100 | 1 | 36 | https://www.adu.tl no online sales |
| 44 | Strassefilm | Magma 1994 | 50 | 1 | 19.95 | https://www.adultfilmdatabase.com/...strassefilm-1.htm |
| 45 | Body Magic | essex, 1982 | 23 | 1 | 49.95 | https://www.adu.tl/...body-magic.htm |

**K7620.90**

| 46 | Twins Cheeks 4 | | 74 | 1 | 36 | http://www.adu.tl no online sales |
| 47 | Older Blondes Eat Pussy | cal, 1992 | 100 | 5 | 5 | no more details |
| 48 | Designs on Women | metro, 1994 | 100 | 1 | 36 | https://www.adu.tl no online sales |

k=8856.9

k8210.85

| # | Title | Label | Date | | | Price | URL / Notes |
|---|-------|-------|------|---|---|-------|-------------|
| 49 | Goin Deep | NA | | 29 | 1 | 14.99 | https://www.a1d.com/title-madison-goin-deep?year=1999/goin-deep.htm |
| 50 | Muff Divers Delights | NA | | 100 | 1 | 0 | need more details |
| 51 | Elegant Bargain | fat dogs, 1995 | | 18 | 1 | 18 | https://www.a1d.com/title-elegant-bargain?year=1995/elegant-bargain.htm |
| 52 | Nineteen 27 | dane, 1999 | | 64 | 1 | 14.24 | https://www.adultdvdmarketplace.com/2619053/nineteen-twenty-video-magazine-27.htm |
| 53 | Nine Lives | erotic light 2001 | | 34 | 1 | 14.24 | https://www.adultdvdmarketplace.com/28195/nine-lives-video-magazine-27.htm |
| 54 | Sex Merchants | mainland, 2001 | | 34 | 1 | 29.95 | https://www.a1d.com/title-sex-merchants.htm |
| 55 | Lover's Trance | legend, 1990 | | 18 | 1 | 20 | https://www.adultdvdmarketplace.com/videos/love-s-trance-year=1990/love-s-trance.htm |
| 56 | Magic Touch | cal vista 1985 | | 13 | 1 | 18 | https://www.hotmovies.com/video/154271/The-Magic-Touch.htm |
| 57 | Roadside Sluts 7 | coast to coast, 2001 | | 100 | 1 | 36 | http://www.a1d.com There are compilations. Unable to find #7, but series will likely be similar in price/discontinued |
| 58 | Up The Wahzoo | | | 12 | 1 | 7.99 | https://www.a1d.com/title-up-the-wahzoo-1.htm |
| 59 | D&H Comp | not enough information | | 100 | 1 | 0 | not enough information |
| 60 | Killer Looks | vivid, 1991 | | 28 | 1 | 19.95 | https://www.adultempire.com/1921/killer-looks.htm |
| 61 | Frisky the 13th A Nude Beginning | vidco, 1987 | | 10 | 1 | 14.95 | https://www.adultdvdmarketplace.com/video/10984/Frisky-The-13th-A-Nude-Beginning.htm |
| 62 | Lea Interdits | coli, 1992 | | 50 | 1 | 36 | https://frisnmofit.ycsite-interdits-du-cinema? |
| 63 | Good Girls of Godiva High | vcx, 1997 | | 12.95 | 1 | 14.95 | https://www.hotmovies.com/video/154277/The-Good-Girls-Of-Godiva-High/ |
| 64 | Possessions (Blake) | studio a, 1997 | | 18 | 1 | 26.24 | https://www.popporn.com/popporn/8281870/possessions-porn-dvd.htm?partner_id=54938723&utm_source=AFF&utm_medium=xcovesutm_campaign |
| 65 | Black Silk Stockings | select a tape, 1979 | | 18 | 1 | 22.99 | https://www.a1d.com/ |
| 66 | Can't Get Enough Dog | | | 100 | 1 | 0 | unable to valuate |
| 67 | Lonesome Ladies 1 | marlowe sales, 1987 | | 17 | 1 | 20 | http://www.a1d.com/title-lonesome-ladies-1.htm?year=1987/lonesome-ladies-1.htm |
| 68 | Tracy Love You | caballero, 1987 | | 17 | 1 | 36 | https://www.a1d.com/title-tracy-love-you.htm no online sales |
| 69 | Hot Nights and Dirty Days | caballero, 1985 | | 10 | 1 | 36 | https://www.a1d.com/ no online sales |
| 70 | Forbidden Farrah | dreamland/x-betech, 2000 | | 19 | 1 | 25 | https://www.adultdvdmarketplace.com/ no online sales |
| 71 | Bashful Blonde | NA | | 11 | 1 | 39.98 | https://www.popporn.com/popporn/8261870/bashful-blonde-from-beautiful-bendover.year=1993-bashful-blonde-from-beautiful-bendover.htm |
| 72 | Tight Places | NA | | 20 | 1 | 15.99 | https://www.a1d.com/title-tight-places.year=2000/tight-places.htm |
| 73 | Reds | punn, 1997 | | 20 | 1 | 25 | https://www.adultdvdmarketplace.com/excel/adult_c_view.php?adult_dvd_de=37250&utm=null |
| 74 | Natural Assets | vivid, 1994 | | 20 | 1 | 0 | need more details |
| 75 | Shame | | | 100 | 1 | 24 | https://www.erotic2001.com/cast/vivid_ms_1351725.Shame/ |
| 76 | Class | si city, 1988 | | 20 | 1 | 74 | need more details |
| 77 | California Cocksuckers | blue demon, 2006 | | 74 | 1 | 74 | http://www.adultcinemasource.com/dvd_view_108559.htm |
| 78 | Knocked Up Nymphos | | | 7 | 1 | 19.97 | https://www.adultdvdmarketplace.com/dvd_view_112413.htm |
| 79 | Hot Nights and Dirty Days | NA | | 25 | 1 | 12.98 | https://www.a1d.com/title/hot-nights-dirty-days-porn-movies.html?partner_id=54938723&utm_source=AFF&utm_medium=xcovesutm |
| 80 | Fuck My Ass Please 8 | NA | | 100 | 1 | 20 | http://www.a1d.com There are compilations and each title will likely be similar in value in a series / discontinued |
| 81 | Between Her Thighs | coli, 1992 | | 100 | 1 | 59.98 | https://www.hotmovies.com/video/3a27a1-sweetshopyear=2001/shay&apos;s-sweet-shop.htm |
| 82 | Sorority Sex Kittens 1 | vca, 1993 | | 24 | 1 | 20 | https://www.adultdvdmarketplace.com/3a-centerfold/year=1992/operation-centerfold.htm |
| 83 | Hills Have Thighs | coli, 1992 | | 20 | 1 | 11.19 | https://www.hotmovies.com/video/1124/sorority-sex-kittens-1-porn-dvd.htm?partner_id=54938723&utm_source=AFF&utm_medium=xcovesutm |
| 84 | Big Bad Grannys | midnight, 1992 | | 100 | 1 | 14.99 | https://www.adultdvdmarketplace.com/ |
| 85 | Only With A Married Woman | legend, 1990 | | 100 | 1 | 20 | https://www.a1d.com/title-only-with-married-women-year=1990/only-with-married-women.htm |
| 86 | Route 69 | erotic angel, 1998 | | 10 | 1 | 10 | https://www.a1d.com/title-route-69?year=1998/route-69.htm |
| 87 | Phoenix 2 | vivid, 1992 | | 30 | 1 | 14.99 | https://www.a1d.com/title-phoenix-2-funny-dancing.htm |
| 88 | Bedeviled | dreamland, 2000 | | 5 | 1 | 18.94 | https://www.a1d.com/title/bedeviled?year=2000/bedeviled.htm |
| 89 | Pleasure Seekers | dreamland, 2002 | | 14 | 1 | 14.99 | https://www.a1d.com/title-pleasure-seekers.year=2002/pleasure-seekers.htm |
| 90 | All of Me | NA | | 100 | 1 | 19.99 | https://www.a1d.com/title-all-of-me?year=2007/all-of-me.htm |
| 91 | Shay's Sweet Shop | dreamland, 2001 | | 24 | 1 | 59.98 | https://www.hotmovies.com/video/3a27a1-sweetshopyear=2001/shay&apos;s-sweet-shop.htm |
| 92 | Operation: Centerfold | notorious, 1999 | | 100 | 1 | 20 | https://www.adultdvdmarketplace.com/3a-centerfold/year=1992/operation-centerfold.htm |
| 93 | Dumb Blonde | vivid, 2002 | | 20 | 1 | 14.99 | https://www.a1d.com/title-dumb-blonde-year=2002/dumb-blonde.htm |
| 94 | Couch Therapy | dreamland | | 19 | 1 | 10.79 | https://www.a1d.com/title-couch-Therapy.htm |
| 95 | Best of Alicia Monet 1 | wet, 2002 | | 9 | 1 | 36 | https://www.a1d.com/ discontinued |
| 96 | Best of International Lezzies After 2 | | | 100 | 1 | 0 | list dog does not have this title listed. Could it be Girls After? |
| 97 | Sex and The Single Girl | CDI | | 20 | 1 | 20 | https://www.a1d.com/title-sex-and-the-single-girl.htm |
| 98 | Hard for Lexi | NA | | 16 | 1 | 1 | need production house or year |
| 99 | Mummy 3 | las vegas video, 1992 | | 13 | 1 | 15 | https://www.a1d.com/title-mummy-returns?year=3-part-1992/mummy-cleared-3-1.htm |
| 100 | Miss Orgasma | k-betech, 2001 | | 44 | 1 | 15 | https://www.a1d.com/title-miss-orgasma.htm |
| 101 | Lunar Lust | filmco, 1990 | | 10 | 1 | 20 | https://www.a1d.com/title-lunar-lust-year=1990/lunar-lust.htm |
| 102 | Hard to Thrill | coli, 1991 | | 11 | 1 | 20 | https://www.a1d.com/title-hard-to-thrill.htm |
| 103 | hocus 69 | meno, 1997 | | 13 | 1 | 14.99 | https://www.a1d.com/ |
| 104 | Nineteen 22 | dane, 1999 | | 10 | 1 | 14.99 | https://www.adultdvdmarketplace.com/video/2283/nineteen-video-magazine-22/ |

| # | Title | Studio, Year | | Qty | Price | Link |
|---|-------|--------------|---|-----|-------|------|
| 105 | Fuck Em All 2 | All Good 1999 | | 100 | 1 | http://www.adultfilmdatabase.com/video/35723/fuck-em-all-2/ |
| 106 | Sisters | zone, 1993 | | 74 | 1 | http://www.adul discontinued |
| **k=1101085** | | | | | | |
| 107 | Anal Maniacs 5 | wicked, 1997 | | 14 | 1 | 24.95 http://www.adul discontinued |
| 108 | Thrust Fault | vca, 1998 | | 18 | 1 | 36 http://www.adul discontinued |
| 109 | Secret Lives | sin city, 1994 | | 25 | 1 | 36 http://www.adul discontinued |
| 110 | LN666 | hustler corp | | 100 | 1 | 0 need more info |
| 111 | Centerfold | sin city, 1995 | | 25 | 1 | 14.95 http://www.adultfilmdatabase.com/video/3117/centerfold/ |
| 112 | Gorgeous | caballero, 1990 | | 13 | 1 | 36 http://www.adul discontinued |
| 113 | Blue Dahlia | metro, 1997 | | 7 | 1 | 14.95 http://www.adultfilmdatabase.com/video/16125/gorgeous/ |
| 114 | Lethal Woman | cdi, 1991 | | 74 | 1 | 18.88 http://www.adul discontinued |
| 115 | Shooting Star | xcitement, 1993 | | 74 | 1 | 14.95 http://www.adul discontinued |
| 116 | Shining Dirty On Me 13 | dreamland, 2000 | | 20 | 1 | 36 http://www.adul discontinued |
| 117 | California Cocksuckers 2 | sin city, 1998 | | 15 | 1 | 7.99 http://www.adul discontinued |
| 118 | Andrew Blake's Girls | caballero, 1992 | | 10 | 1 | 16.99 http://www.adul discontinued |
| 119 | Carnal Coed Confessions 4 | jill multimedia, 2001 | | 10 | 1 | 14.95 http://www.adul discontinued |
| 120 | Simcoonce | pepper productions, 1995 | | 24 | 1 | 89.95 http://www.adultfilmdatabase.com/video/27213/carnal-coed-confessions-4/ |
| **k9276.85** | | | | | | |
| 121 | Becoming Wet | vca, 2000 | | 18 | 1 | 14.95 http://www.adultfilmdatabase.com/video/5037/becoming-wet.htm |
| 122 | Gourmet Sex 2 | video team, 1996 | | 100 | 1 | 36 discontinued |
| 123 | X Factor | filmco, 1984 | | 14 | 1 | 21 https://www.adultfilmdatabase.com/video/full_credit_view.php?adult_dvd_id=34275&partnerID |
| 124 | Oriental Taboo 1 | | | 24 | 1 | 36 http://www.adul discontinued |
| 125 | Roledxx | cdi, 1987 | | 18 | 9.94 | 14.95 http://www.adultfilmdatabase.com/video/year=1987/rolodex.htm |
| 126 | Muffy The Vampire Layer | las vegas video, 1992 | | 10.94 | 1 | 14.95 http://www.adultfilmdatabase.com/video/year=1992/muffy-the-vampire-layer.htm |
| 127 | Hot Chicks Do L.A | erotic video network, 1994 | | 15 | 1 | 14.95 http://www.adul discontinued |
| 128 | Nothing to Hide Part 3 | | | 15 | 1 | 36 http://www.adul discontinued |
| 129 | Love Couch | metro, 1999 | | 100 | 1 | 18.99 http://www.adul discontinued |
| 130 | Raising Kane | metro, 1977 | | 100 | 1 | 36 http://www.adultfilmdatabase.com/video/year=1993/raising-kane.htm |
| 131 | Europe A Poppin | | | 100 | 1 | 49.98 euro nudes a poppimag not have same value of nudes a poppin franchise |
| 132 | Old Wave Hookers | pleasure, 1995 | 1999 | 100 | 1 | 36 https://www.adultfilmdatabase.com/video/3156/old-wave-hookers-1.htm |
| 133 | Fetish | cdi, 1997 | | 17 | 1 | 19.95 http://www.adul discontinued |
| 134 | Babysitter | gourmet, 1983 | | 7 | 1 | 14.95 http://www.adultfilmdatabase.com/video/babysitter-year=1983/babysitter.htm |
| 135 | Satyr | wicked, 1997 | | 10 | 1 | 14.95 http://www.adultfilmdatabase.com/video/year=1997/satyr.htm |
| 136 | Taboo | standard, 1980 | | 15 | 1 | 14.95 http://www.adul discontinued |
| 137 | Taboo 2 | standard, 1982 | | 17 | 1 | 14.95 http://www.adultfilmdatabase.com/video/8032/taboo/ |
| 138 | Psychosexuals 1 | evil angel, 1997 | | 13 | 1 | 39 http://www.adultfilmdatabase.com/video/psycho-sexuals-1/year=1997/psycho-sexuals-1.htm |
| 139 | Ferds Im Bed | filmco, 1993 | | 13 | 1 | 14.95 http://www.adul discontinued |
| 140 | Kid's Who... Up Ass 11 | NA | | 15 | 1 | 36 https://www.adul like in the sequence generally in not similarity |
| 141 | V The Hot One | metro, 1977 | | 15 | 1 | 14.95 http://www.adultfilmdatabase.com/video/v-the-hot-one/ |
| 142 | Things Change: My First Time | metro, 1993 | | 12.95 | 1 | 36 http://www.adul no online sales/ only viewing |
| 143 | Daisy May | vca, 1979 | | 25 | 1 | 36 http://www.adul discontinued |
| 144 | Cheatin' | fat dog, 1994 | | 1 | 1 | 36 http://www.adul discontinued |
| 145 | Made in Germany | fantasy, 1987 | | 10.94 | 1 | 36 http://www.adul discontinued |
| **k9735.62** | | | | | | |
| 146 | The Box | Legend | | 17 | 1 | 14.95 http://www.adultfilmdatabase.com/video/7720/box/ |
| 147 | Seduced By the Flames | coast to coast, 2000 | | 17 | 1 | 14.95 http://www.adul seduced-by-the-flames/ |
| 148 | Girl Scout | erotic angel, 2001 | | 74 | 1 | 19.99 http://www.adul discontinued |
| 149 | Channel 69 part 2 | coast to coast, 1996 | | 25 | 1 | 14.95 http://www.adul discontinued |
| 150 | Blazing Boners | midnight, 1992 | | 1 | 1 | 36 http://www.adultfilmdatabase.com/video/9180/channel-69-2/ |
| 151 | Ass Attack | NA | | 29 | 1 | 14.95 http://www.adultfilmdatabase.com/video/3170/channel-69-2/ |
| 152 | Live Bait 4 | pleasure, 2000 | | 8 | 1 | 14.99 http://www.adul discontinued |
| 153 | Win-A-Date | dreamland, 2001 | | 8 | 1 | 14.99 http://www.adultfilmdatabase.com/video/49709/live-bait-4/ |
| 154 | Gang Bang Fury | rosebud, 1992 | | 7 | 1 | 36 http://www.adul discontinued |
| 155 | Sexy Euro Girls | platinum x, 2004 | | 15 | 1 | 14.95 http://www.adultfilmdatabase.com/video/15086/gang-bang-fury-1/ |
| 156 | Sex Titie | erotic angels-basech, 2002 | | 24 | 1 | 14.95 http://www.adultfilmdatabase.com/video/5541/sexy-euro-girls/ |

| # | Title | Studio / Year | Count | | Price | URL |
|---|-------|---------------|-------|---|-------|-----|
| **k-12,386.62** | | | | | | |
| 157 | Anal Woman 2 | pleasure, 1993 | 74 | 1 | 36 | http://www.a4u/ discontinued |
| 156 | Living Doll | CDI | 30 | 1 | 36 | http://www.a4u/ discontinued |
| 155 | Up R Class | 3rd degree, 2004 | 10 | 1 | 19.95 | https://www.a4u/ |
| 160 | Girls and Guns | midnight, 1993 | 10 | 1 | 36 | http://www.a4u/ discontinued |
| 161 | Looks Like A Million | las vegas video, 1992 | 100 | 1 | 25 | https://www.adultdvdempire.com/...like-a-million.htm |
| 162 | Carribean Vacation | dreamland, 2001 | 12 | 1 | 36 | http://www.a4u/ discontinued |
| 163 | Crybaby | NA | 7 | 1 | 36 | https://www.a4u/ could be clip |
| 164 | Capri Mongo's Porno Playhouse | vca, 2001 | 7 | 1 | 14.95 | https://www.adultdvdempire.com/...capri-mongos-porno-playhouse/ |
| 165 | Radioactive Infected Sluts From Hell | erotic angel/thomas paine | 74 | 1 | 36 | http://www.a4u/ discontinued |
| 166 | Casual Lies | cabellero, 1992 | 74 | 1 | 36 | http://www.a4u/ discontinued |
| 167 | Absent of a Woman | dreamland, 1993 | 100 | 1 | 36 | https://www.adultdvdempire.com/...absent-of-a-woman/ |
| 168 | Buda tape 1 | NA | 1 | 1 | 24.95 | http://www.a4u/ discontinued |
| 169 | Invisible Lover | evil angel, 1997 | 9 | 1 | 24.95 | https://www.adultdvdempire.com/...invisible-lover/ |
| 170 | Black Coat Girls | vca, 2001 | 34 | 1 | 36 | http://www.a4u/ discontinued |
| **k10220.62** | | | | | | |
| 171 | White Hot | vivid, 2003 | 12 | 1 | 16.99 | https://www.adultdvdempire.com/...white-hot.htm |
| 172 | Fuck Frenzy 7 | NA | 13 | 1 | 24.95 | http://www.adultdvdempire.com/video/3538x2/feeding-frenzy-7/ |
| 173 | Debbie For President | coast to coast, 1988 | 24 | 1 | 14.99 | https://www.adultdvdempire.com/...debbie-for-president |
| 174 | Hey, My Grandma Is A Whore 3 | metropolis, 2001 | 44 | 1 | 31.77 | https://www.adultdvdempire.com/...hey-my-grandma-is-a-whore-3.htm |
| 175 | Eye of the Tigress | vca, 1998 | 14 | 1 | 6.99 | https://www.adultdvdempire.com/...eye-of-the-tigress/ |
| 176 | Big Busti Babes 28 | atric, 1995 | 14 | 1 | 36 | http://www.a4u/ discontinued |
| 177 | Un-Natural Sex 12 | diabolic, 2004 | 10 | 1 | 14.95 | https://www.adultdvdempire.com/...un-natural-sex-12/ |
| 178 | Working Girl | wicked, 2000 | 10 | 1 | 14.95 | https://www.adultdvdempire.com/video/719230/working-girl/ |
| 179 | Chasin' The 50's | wicked, 1995 | 20 | 1 | 24.95 | https://www.adultdvdempire.com/video/9220/chasin-the-fifties/ |
| 180 | Aseman 19 | anabolic, 2001 | 6 | 1 | 14.95 | https://www.adultdvdempire.com/...aseman-19 |
| 181 | Perverted POV 2 | diabolic, 2001 | 5 | 1 | 9.99 | https://www.adultdvdempire.com/...perverted-pov-2.htm |
| **k-15121.62** | | | | | | |
| 182 | Booty Talk 34 | west coast productions, 2002 | 10 | 1 | 16.99 | https://www.adultempire.com/...19/booty-talk-34-porn-movies.html |
| 183 | Club Kink | jill kelly, 2001 | 21 | 1 | 45 | https://www.adultdvdempire.com/... |
| 184 | G Strings and Booby Socks | erotic angel, 2001 | 13 | 1 | 14.99 | https://www.adultdvdempire.com/...33363.html |
| 185 | Liaison of Lust | erotic angel, 2001 | 100 | 1 | 6.99 | https://www.adultdvdempire.com/...liaisons-of-lust-porn-movies.html |
| 186 | Cheeks 2: The Bitter End | coast to coast, 1989 | 10 | 1 | 14.99 | https://www.adultdvdempire.com/... |
| 187 | Sweet Hitch Hiker | dreamland, 2001 | 19 | 1 | 14.99 | https://www.adultdvdempire.com/... |
| 188 | Finger Licking Good 4 | 3rd degree, 2007 | 6 | 1 | 14.99 | http://www.hotmovies.com/... |
| 189 | Masquerade | NA | 100 | 1 | 14.99 | https://www.adultdvdempire.com/... |
| 190 | The Sixty 2 | fitrool, 2007 | 14 | 1 | 48.85 | https://www.adultdvdempire.com/... |
| 191 | Nineteen 29 | diane, 1999 | 24 | 1 | 35 | https://www.adultdvdempire.com/... |
| 192 | Sorority Babes | k-beech, 2000 | 10 | 1 | 6 | https://www.adultdvdempire.com/... |
| 193 | Senior Squirters 4 | kleechrites/midnight, 2002 | 13 | 1 | 14.88 | https://www.adultdvdempire.com/... |
| 194 | Grandma's In Woodyland 2 | coast to coast, 2000 | 14 | 1 | 14.99 | https://www.adultdvdempire.com/... |
| 195 | Sweet Encounters | gentlemen's video | 15 | 1 | 17.95 | https://www.adultdvdempire.com/... |
| **k10603.62** | | | | | | |
| 196 | Flesh Hunter 4 | jules jordan, 2003 | 10 | 1 | 29.95 | https://www.pornwife.com/... |
| 197 | Grumpy Old Women | hearteave | 25 | 1 | 36 | https://www.a4u/ out of print |
| 198 | Jailhouse Sadie | midnight, 1998 | 1 | 1 | 34.99 | https://www.adultdvdempire.com/... |
| 199 | Shear Sextasy | NA | 100 | 1 | 36 | https://www.a4u/ out of print |
| 200 | New Girls 2 | evil angel, 2002 | 7 | 1 | 22.99 | https://www.adultdvdempire.com/... |
| 201 | Wet Dream On Elm Street | fantasty, 1988 | 64 | 1 | 69.89 | https://www.popporn.com/... |
| 202 | Eighteen 5 | red light district | 15 | 1 | 15.99 | https://www.popporn.com/...818.html |
| 203 | Circus of Sex 1 | Pure Filth Productions | 24 | 1 | 15.99 | https://www.popporn.com/...circus-porn-streaming-videos.html |
| 204 | ADM 2 | anabolic, 2003 | 13 | 1 | 30.55 | https://www.adultdvdempire.com/... |

| 269 | Girls Who SC and EC 8 | NA | 100 | 1 | 0 | http://... unable to determine |
| 268 | Young Lover | NA | 10 | 1 | 1 | ... unable to determine genre, title no studio or actor info |

**k=13873.62**

| # | Title | Studio/Year | Qty | | Price | Note |
|---|---|---|---|---|---|---|
| 207 | Bedroom Eyes: Private Eye | erotic angel, 2001, legend | 16 | 1 | 39 | https://www.adultdvdempire.com/dvd_view_33373.html |
| 208 | Wildheart | metro, 1989 | 24 | 1 | 36 | |
| 209 | North Pole 7 | new sensations, 1999 | 53 | 1 | 19.87 | value reduction |
| 210 | Tailspin 2 | video team, 1991 | 44 | 1 | 36 | out of print |
| 211 | Sexhibition 2 | sunshine, 1996 | 12 | 1 | 36 | no sale offers |
| 212 | China Cat | caballero, 1978 | 11 | 1 | 36 | value increase |
| 213 | Beautiful Girls 11 | evil angel, 2003 | 18 | 1 | 11.89 | no sale offers |
| 214 | Secrets | caballero, 1990 | 11 | 1 | 30.49 | |
| 215 | Extremely Bad Things | coast to coast, 2000 | 20 | 1 | 16.99 | |
| 216 | Princess of Thieves | | 19 | 1 | 36 | value reduction |
| 217 | Wet Weekend | sin city, 1994 | 100 | 1 | 34.99 | |
| 218 | My Oral Obsession | dreamland, 2001 | 22 | 1 | 24.99 | value increase |
| 219 | Whore 7 | evil angel, 1998 | 7 | 1 | 12.99 | |
| 220 | Family Heat | atom, 1985 | 12 | 1 | 30.29 | value increase |

**k11091.62**

| # | Title | Studio/Year | Qty | | Price | Note |
|---|---|---|---|---|---|---|
| 221 | Babes Illustrated 7 | metro, 1998 | 11 | 1 | 9.99 | |
| 222 | Heartfelt 2 | adam & eve, 1998 | 25 | 1 | 5 | value decrease |
| 223 | Shell Where | full | 100 | 1 | 36 | unable to determine |
| 224 | Stuffin Young Muffins | new sensations, 2004 | 21 | 1 | 29.98 | |
| 225 | | NA | 14 | 1 | 36 | unable to determine; generic title; no studio or actor info |

**k14610.62**

| # | Title | Studio/Year | Qty | | Price | Note |
|---|---|---|---|---|---|---|
| 226 | Deep Inside Farrah 2 | k-beech, 2000 | 20 | 1 | 9.31 | value decrease |
| 227 | Please 10 | evil angel, 2000 | 10 | 1 | 24.99 | out of print |
| 228 | Cold Feet | vca, 2000 | 25 | 1 | 49.98 | value increase |
| 229 | Mission Erotica | vivid, 1997 | 29 | 1 | 39.85 | value increase |
| 230 | Red | vivid, 1998 | 20 | 1 | 9.99 | |
| 231 | Runaway Butts 7 | evil angel, 2003 | 15 | 1 | 29.09 | |
| 232 | Naked City | sin city, 1998 | 100 | 1 | 16.99 | |
| 233 | Runway | k-beech, 1997 | 15 | 1 | 36 | |
| 234 | Sex Shooter | erotic angel, 2001 | 26 | 1 | 21 | |
| 235 | Porn Again | metro, 1997 | 25 | 1 | 36 | only title found/custom clip 2012 |
| 236 | The Promise | NA | 100 | 1 | 2.99 | |
| 237 | No Man's Land 27 | video team, 1999 | 25 | 1 | 9.99 | |
| 238 | Sweat Shop 2 | flat dog, 1998 | 20 | 1 | 36 | |
| 239 | Sexual Compulsion | red light district, 2004 | 7 | 1 | 13.98 | discontinued |
| 240 | My Mama 5 | heatwave, 2001 | 54 | 1 | 23.99 | |
| 241 | Laura | legend, 1998 | 100 | 1 | 14.95 | |
| 242 | Slant Eye For The Straight Guy | 3rd degree, 2005 | 11 | 1 | 9.99 | |
| 243 | Priceless | wicked, 2001 | 25 | 1 | 15.99 | |
| 244 | Mouthing Off | vivid, 1998 | 25 | 1 | 17.99 | |

**k=15,557.62**

| # | Title | Studio/Year | Qty | | Price | Note |
|---|---|---|---|---|---|---|
| 245 | Stacy Nichols Remembered | NA | 100 | 1 | 0 | unable to locate |
| 246 | Voyeur 20 | evil angel, 2001 | 10 | 1 | 22.99 | |
| 247 | Arcade | vivid, 1999 | 15 | 1 | 15.99 | |
| 248 | Naturally Perfect | new sensations, 2003 | 23 | 1 | 15.99 | |
| 249 | Cheerleader Nurses | vca, 1993 | 14 | 1 | 15.99 | |
| 250 | More Precious Than Gold | vca, 1998 | 74 | 1 | 36 | |
| 251 | Affair Dujour | legend, 1999 | 74 | 1 | 14.95 | |
| 252 | Rain Woman 15 | coast to coast, 2001 | 11 | 1 | 14.95 | |
| 253 | Asylum | legend, 1998 | 25 | 1 | 14.95 | |
| 254 | Voyeur 27 | evil angel, 2004 | 29 | 1 | 14.95 | |
| 255 | Eve's Gift | evil angel, 2004 | 10 | 1 | 16.95 | |
| 256 | Sexy Dots | vivid, 2000 | 10 | 1 | 16.95 | |
| 257 | Sweet Loads 5 | new sensations/ digital sin, 2002 | 21 | 1 | 24.99 | |

**k=15,557.62**

| # | Title | Studio/Year | Qty | | Price | Note |
|---|---|---|---|---|---|---|
| 257 | Sweet Loads 5 | NA | 10 | 1 | 36 | discontinued |

| # | Title | Studio, year | | Qty | Price | Link |
|---|---|---|---|---|---|---|
| 258 | Sweet Loads 7 | NA | 20 | 1 | 36 | http://www.afdb.com/title |
| 259 | Busted | NA | 74 | 1 | 14.95 | discontinued |
| 260 | Forever Night | vca, 1998 | 97 | 1 | 44.85 | http://www.afdb.com/title/forever-night/year=1998/forever-night.htm |
| 261 | Jenna Loves Rocco | vca, 1996 | 10 | 1 | 19.95 | http://www.afdb.com/title/jenna-loves-rocco |
| 262 | Naked Hollywood 5 | vivid, 1993 | 74 | 1 | 36 | http://www.afdb.com/title/discontinued |
| 263 | Scenes From A Bar | vivid, 1995 | 36 | 1 | 15.99 | http://www.afdb.com/title/scenes-from-a-bar/year=1995/scenes-from-a-bar.htm |
| 264 | No Regrets | adam & eve, 1999 | 14 | 1 | 15.99 | http://www.afdb.com/title/no-regrets/ |
| 265 | Nurse Shanna | midnight, 1998 | 14 | 1 | 14 | http://www.afdb.com/title/nurse-shanna/year=1998/nurse-shanna.htm |
| 266 | Cab Rides 5 | nan, 1998 | 20 | 1 | 9.99 | http://www.afdb.com/title/cab-rides-5/ |
| 267 | Bawdy and Soul | vca, 1998 | 20 | 1 | 15.99 | http://www.afdb.com/title/bawdy-and-soul/year=1998/bawdy-and-soul.htm |
| 268 | 69th Sense | vca, 2000 | 29 | 1 | 15.99 | http://www.afdb.com/title/69th-sense/year=2000/69th-sense.htm |
| **k+16,t12,t2** | | | | | | |
| **269** | **Toilet Tarts** | **NA** | **20** | **1** | **0** | **custom video?** |
| 270 | Snatched To The Future | elegant angel, 1991 | 100 | 1 | 36 | http://www.afdb.com/title |
| 271 | Anal Encounters 5 | vca, 1992 | 100 | 1 | 9.99 | http://www.afdb.com/title/anal-encounters-5/ |
| 272 | Pushover | vca, 1999 | 23 | 1 | 9.99 | http://www.afdb.com/title/pushover |
| 273 | Wet | touched, 1999 | 11 | 1 | 14.95 | http://www.afdb.com/title/wet |
| 274 | Cycle Slut | coast to coast, 1992 | 10 | 1 | 15.99 | http://www.afdb.com/title/cycle-slut.htm |
| 275 | Where The Boys Aren't 14 | vivid, 1993 | 25 | 1 | 19.95 | http://www.afdb.com/title/where-the-boys-arent-14 |
| 276 | Cherry Truckers | vcx, 1976 | 10 | 1 | 14.95 | http://www.afdb.com/title/cherry-truckers/ |
| 277 | Blue Girl From Planet XXX | k-beech, 2001 | 100 | 1 | 36 | discontinued |
| 278 | Lesbian Piss Party | seduction, 2000 | 8 | 1 | 36 | semi-custom |
| 279 | Inside Asia | babylon, 2000 | 8 | 1 | 36 | not available online |
| 280 | Pussycat Galore | arrow, 1984 | 16 | 1 | 14.95 | http://www.afdb.com/title/pussycat-galore |
| 281 | My Saint Lady | moonlight, 1989 | 40 | 1 | 15.99 | http://www.afdb.com/title/my-saint-lady |
| 282 | Larory's Secret | video team, 2002 | 8 | 1 | 8.99 | http://www.afdb.com/title/larorys-secret.htm |
| **k12,t73,t2** | | | | | | |
| 283 | Skin Flicks | avc, 1978 | 24 | 1 | 28.39 | http://www.afdb.com/title/skin-flicks/year=1978/skin-flicks.htm |
| 284 | Hotel California | vca, 1992 | 21 | 1 | 13.99 | http://www.afdb.com/title/hotel-california/year=1992/hotel-california.htm |
| 285 | Girls In Heat | Zane | 7 | 1 | 15.99 | http://www.afdb.com/title/girls-in-heat.htm |
| 286 | Chaser Pink | vivid, 1998 | 25 | 1 | 18.95 | http://www.afdb.com/title |
| **292** | **Sunset's Sizzlers** | **NA** | **10** | **1** | **0** | **custom?** |
| 292 | Sunset's Sizzlers | sunset themes | 19 | 1 | 36 | custom video? |
| 293 | Hotel Lovejoy | vivid, 1998 | 19 | 1 | 36 | discontinued |
| 288 | Deep Inside Asia Carrera | dane, 2005 | 30 | 1 | 20.15 | http://www.afdb.com/title/deep-inside-asia-carrera |
| 289 | Deep Inside Asia Carrera | NA | 25 | 1 | 15 | http://www.afdb.com/title/deep-inside-asia-carrera.htm |
| 290 | Bankable | vivid, 2002 | 14 | 1 | 14.97 | http://www.afdb.com/title/bankable.htm |
| 291 | FA B's 3 | zero tolerance, 2004 | 10 | 1 | 19.99 | http://www.afdb.com/title/fa-bs-3/ |
| 297 | Anal Plaything 2 | rosebud, 1995 | 34 | 1 | 14.95 | http://www.afdb.com/title/anal-plaything-2/year=1995/anal-plaything-2.htm |
| 298 | Dirty Weekend | plum, 1997 | 9 | 1 | 9.99 | http://www.afdb.com/title/dirty-weekend/year=1997/dirty-weekend.htm |
| **299** | **Girls Who Screw Girls** | **NA** | **100** | **1** | **0** | **need more information** |
| 300 | Gothic Night Shift 3 | NA | 100 | 1 | 36 | discontinued |
| 301 | French Kiss | wicked, 2003 | 9 | 1 | 14.95 | http://www.afdb.com/title/french-kiss/ |
| 302 | Club Erotica | metro, 1995 | 11 | 1 | 36 | http://www.afdb.com/title |
| 303 | Star Trek 1 | midnight | 29 | 1 | 39.98 | http://www.afdb.com/title/star-trek-1--the-next-penetration/ |
| 304 | Trampie | midnight, 1996 | 18 | 1 | 36 | discontinued |
| 305 | Barely Nineteen 2 | NA | 100 | 1 | 15.99 | could be a mix up in the title |
| 306 | Telephone Exploee | vca, 1996 | 14 | 1 | 36 | http://www.afdb.com/title |
| 307 | Cum Swapping Sluts 2 | red light district, 2002 | 11.5 | 1 | 15.99 | http://www.afdb.com/title/cum-swapping-sluts-2/cum-swapping-sluts-2.htm |
| **k+t7,t80,t12** | | | | | | |
| 308 | Oriental Taboo 3 | NA | 24 | 1 | 36 | discontinued |
| 309 | Nicole Stanton Story pt. 2 | caballero, 1988 | 14 | 1 | 14.95 | discontinued |
| 310 | Baby Thick Hole 9 | digital playground, 2004 | 17 | 1 | 14.95 | http://www.afdb.com/title |
| 311 | Blue Movie | wicked, 1996 | 7 | 1 | 15.99 | http://www.afdb.com/title/blue-movie.htm |

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 312 | Sleaze | sterling, 1997 | 74 | 1 | 39.99 | https://www. art.com/title.me/titles/sleaze?year=1997/sleaze.htm |
| 313 | Ripe 4 | forbidden films, 1999 | 20 | 1 | 17.99 | https://www.art.com/title.me/titles/ripe-4-1year=1999/ripe-4.htm |
| 314 | Sweet and Low | k-beech, 2001 | 34 | 1 | 29.95 | https://www.art.com/title.me/titles/sweet-and-low?year=2001/sweet-and-low.htm |
| 315 | Spread the Wealth | dreamland, 1994 | 74 | 1 | 14.95 | https://www.art.com/title.me/titles/spread-the-wealth.htm |
| 316 | Young and Lighting | erotic angel, 2001 | 19 | 1 | 9.95 | https://www.art.com/Josefine/young-production-house-listed - can be revised |
| 317 | Thunder and Lighting | midnight, 1996 | 74 | 1 | 36 | https://www.art.com/title.me/titles/thunder-and-lighting.htm |
| 318 | Slinky 1 | sin city, 1996 | 24 | 1 | 8.95 | https://www.art.com/title.me/titles/rainbow-1?year=1996/slinky-1.htm |
| 319 | Young Stuff 6 | sin city, 2002 | 11 | 1 | 15.99 | https://www.art.com/title.me/titles/young-stuff-6?year=2002/young-stuff-6.htm |
| 320 | Klimaxx | sin city, 1997 | 5 | 1 | 15.99 | https://www.art.com/title.me/titles/klimaxx?year=1997/klimaxx.htm |
| 321 | Unashamed | fat dog, 1993 | 100 | 1 | 36 | https://www.art.com/ discontinued |

**k13216.12**

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 322 | Intrigue | sin city, 1988 | 25 | 1 | 36 | https://www.art.com/ no listing available online |
| 323 | Oriental Taboo 4 | NA | 24 | 1 | 36 | https://www.art.com/ discontinued |
| 324 | XXXanadu | heatwave, 1995 | 74 | 1 | 36 | https://www.art.com/ not value decrease |
| 325 | Intimate Strangers | plum, 1998 | 8 | 1 | 10.79 | https://www.art.com/ not value decrease |
| 326 | Pregnant | NA | 90 | 1 | 0 | not enough information to evaluate |

**k=16,407.12**

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 327 | Ebony Does Ivory 9 | sin city | 100 | 1 | 15.99 | https://www.art/ studio is Western Visuals |
| 328 | Hustlers | midnight | 25 | 1 | 0 | not enough information to evaluate |
| 329 | Tatiana 1 | private, 1997 | 36 | 1 | 69.98 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 330 | Powerbone | vca, 1976 | 7 | 1 | 7.95 | https://www.art/ also known as (euperman) https://www.art.com/title.me/titles/superman?year=1976/powerbone.htm |
| 331 | Drop Sex | evil angel, 1997 | 24 | 1 | 6.49 | https://www.art.com/ not value decrease |
| 332 | Other Side of Julie | metro, 1978 | 64 | 1 | 28.4 | https://www.art.com/ not value decrease |

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 333 | Time Machine | wicked, 1996 | 64 | 1 | 28.65 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 334 | Hollywood Vice | video, 1985 | 25 | 1 | 19.88 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id value increase |
| 335 | Taped College Confessions 5 | rain, 1999 | 36 | 1 | 29.98 | https://www.art.com/ not value decrease |
| 336 | 40 Something and Still Hot | NA, 1985 | 100 | 1 | 36 | https://www.art.com/ no online distribution |
| 337 | Bad Wives | vivid, 1992 | 14 | 1 | 25.88 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id value increase |
| 338 | On The Come Line | midnight, 1993 | 23 | 1 | 36 | https://www.art.com/ not available online |
| 339 | Sewed | vivid, 1996 | 14 | 1 | 59.99 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 340 | Picture Perfect | filmco, 1983 | 9.94 | 1 | 16.99 | http://vintage-erotic-DVDs-Store.com/1993 |

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 339 | Masturbators | NA | 9.94 | 1 | 9.94 | http://vintage-erotic-DVDs-Store.com/1993 |
| 340 | Art of Sex | NA | 14 | 1 | 0 | not enough information to evaluate |
| 330 | Sin-A-Bun | NA | 100 | 1 | 0 | not enough information to evaluate |

**k13783.06**

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 341 | Girls Club | vca, 1990 | 20 | 1 | 46.45 | https://www.universe.com/product/do.asp?PID=12550748&club=9&mark_aid&com |
| 342 | Black Chill | wet, 1986 | 14 | 1 | 29.95 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 343 | 31 Girl Pick Up | hustler/vivid | 100 | 1 | 29.98 | https://www.art.com/ no longer in distribution |
| 344 | On Trial 4 | vivid, 1982 | 14 | 1 | 36 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 345 | On The Come Line | midnight, 1993 | 23 | 1 | 36 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 346 | Picture Perfect | vivid, 1996 | 14 | 1 | 16.99 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 347 | Maxine | excalibur films, 1998 | 9.95 | 1 | 36 | https://www.art.com/ no longer availbe online |
| 348 | Golden Touch | wicked, 1995 | 24 | 1 | 39.19 | https://www.universe.com/product/do.asp?PID=54717&club=9&mark_aid |
| 349 | Perverse Desires | leisure time | 6 | 1 | 3.88 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 350 | Sin-A-Bun | NA | 1 | 1 | 0 | not enough information to evaluate |

**k=19,377.95**

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 351 | Older Wiser Sexier | odyssey, 2002 | 100 | 1 | 36 | https://www.art.com/ discontinued |
| 352 | Thre Perfect Pair | dreamland, 2001 | 20 | 1 | 19.75 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 353 | Asians Over 40 | samurai, 2000 | 22 | 1 | 29.99 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 354 | Little Shop of Whores | vivid, 1987 | 9.94 | 1 | 36 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id value increase |
| 355 | Hustlers | midnight, 1994 | 16 | 1 | 59.98 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 356 | Wild Things 2 | metro, 1996 | 1 | 1 | 20.99 | https://www.universe.com/product/do.asp?PID=45727&69&club=9&mark_aid |
| 357 | Oriental Taboo 2 | cinderella | 24 | 1 | 36 | https://www.art.com/ discontinued |

| # | Title | Studio, Year | Qty | | Price | URL / Note |
|---|---|---|---|---|---|---|
| 358 | Vals Gals | in hand, 1990 | 18 | 1 | 36 | https://www.art.com/ discontinued |
| 359 | Extreme Pleasures | erotic angel, 2001 | 18 | 1 | 39.99 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 360 | Size of The Flesh | heatwave, 1998 | 34 | 1 | 44.99 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |
| 361 | Spinsters 2 | wicked, 1996 | 24 | 1 | 34.99 | https://www.art.com/marketplace.com/cart/adult_dvd/dvd_view.php?dvd_id=... &partner=&id |

| ID | Title | Studio, Year | | | Price | Note / URL |
|---|---|---|---|---|---|---|
| 363 | Like Mother Like Daughter | vca, 1973 | 9 | 1 | 22.99 | https://www.aif value not listed |
| 364 | Best Regine Barlot | filmco, 1986 | 22 | 1 | 36 | https://www.aif no sales listed |
| 365 | Temple of Poon | plush, 1996 | 14 | 1 | 36 | https://www.aif discontinued |
| 366 | Oriental Taboo 12 | cinderella | 24 | 1 | 12.23 | https://www.aif discontinued |
| 367 | Flash 1976 | | 19 | 1 | 9.99 | https://www.aif discontinued |
| 368 | Jane Bond vs. Thundernighs | vca, 1988 | 11 | 1 | 12.23 | https://www.aif discontinued |
| 369 | Smooth Ride | wicked, 1996 | 8 | 1 | 15 | https://www.aif discontinued |
| **370** | **Lingerie Gallery** | **NA** | **20** | **1** | **36** | https://www.aif not available online |
| 371 | Layovers | erotic angel, 2002 | 29 | 1 | 36 | https://www.aif value increase |
| 372 | Night Dreams | vca, 1981 | 9 | 1 | 11.89 | https://www.aif discontinued |
| **k=14281.95** | | | | | | |
| 373 | Society Affairs | caballero, 1982 | 16 | 1 | 23 | https://www.aif value increase |
| 374 | Delicious | video-x-pix, 2004 | 1 | | 9.51 | https://www.aif value increase |
| 375 | Euro Nymphs | midnight, 2001 | 59 | 1 | 99 | https://www.aif value increase |
| 376 | Bust A Nut in Grandma's Butt | totally tasteless, 1999 | 100 | 1 | 14.95 | https://www.aif discontinued |
| 377 | Flash Flood 4 | coast to coast | 30 | 1 | 7.19 | https://www.aif value decrease |
| 378 | University Coeds 24 | diane, 2000 | 24 | 1 | 16.99 | https://www.aif value increase |
| 379 | Heart and Soul | wicked, 1997 | 25 | 1 | 11.89 | https://www.aif discontinued |
| 380 | Competent People | fat dog, 1995 | 25 | 1 | 36 | https://www.aif discontinued |
| 381 | 3 AM | metro, 1975 | 34 | 1 | 9.95 | https://www.aif discontinued |
| **382** | **Spread 'Em 18.85** | **NA** | **18** | **1** | **9.95** | https://www.aif value decrease |
| **k=19975.95** | | | | | | |
| 383 | Dirty Little Perverts | dreamland, 2000 | 6 | 1 | 4.99 | https://www.aif value decrease |
| 384 | Golden Lotus | hustler, 1972 | 12 | 1 | 44.78 | https://www.aif value increase |
| 385 | Café Flesh 2 | vca, 1997 | 25 | 1 | 15.99 | https://www.aif discontinued |
| 386 | Erotic Penetration | filmco, 1986 | 100 | 1 | | https://www.aif value increase |
| **387** | **Night of The Vampires** | **NA** | | | **0** | not enough information to evaluate |
| 388 | Fatties | vca, 1972 | 6 | 1 | 21.99 | https://www.aif value increase |
| 389 | Beach Blondies | NA | 100 | 1 | 36 | https://www.aif could be title labeled, no other title found |
| 390 | Wild Cats | wicked, 2003 | 25 | 1 | 11.51 | https://www.aif value increase |
| 391 | Hollywood Hustle | venus 99, 1990 | 10 | 1 | 36 | https://www.aif discontinued |
| 392 | Fat Beach Patrol | metropolis, 2000 | 19 | 1 | 5.03 | https://www.aif value decrease |
| **393** | **Spank Me** | **NA** | **100** | **1** | **0** | not enough information to evaluate |
| 394 | The Watcher | vivid, 1999 | 18 | 1 | 49.99 | https://www.aif value increase |
| 395 | Nobody's Lookin' | vca, 1993 | 74 | 1 | 36 | http://www.aful discontinued |
| 396 | American Bukkake 11 | jm productions, 2000 | 11 | 1 | 16.99 | https://www.aif value increase |
| 397 | 18 Young and Tight 5 | dreamland, 2000 | 34 | 1 | 14.99 | https://www.aif discontinued |
| **k=14807.95** | | | | | | |
| 398 | Nice Girls Do Anal Too | NA | 15 | 1 | 14.95 | https://www.aif value increase |
| 399 | Pyromaniac | sochi, 1990 | 74 | 1 | 36 | http://www.aful discontinued |
| 400 | Heatseekers | plush, 1996 | 14 | 1 | 15.99 | https://www.aif discontinued |
| 401 | Sorority Sex Kittens 2 | vca, 1992 | 9 | 1 | 36 | https://www.aif discontinued |
| 402 | Missionary Position Impossible 2 | dreamland, 2000 | 22 | 1 | 69.98 | https://www.aif value increase |
| 403 | Deep Cheeks 11 | rosebud | 9 | 1 | 10.49 | https://www.aif value increase |
| 404 | Rocket Girls | vca, 1993 | 23 | 1 | 34.95 | http://www.aful discontinued |
| 405 | Exposed | new machine, 2002 | 29 | 1 | 14.95 | https://www.aif value increase |
| 406 | Blow Dry | vivid, 1997 | 100 | 1 | 12.99 | https://www.aif discontinued |
| 407 | University Coeds 23 | diane, 1997 | 18 | 1 | 11.89 | https://www.aif value increase |
| 408 | The Show | vivid, 1996 | 14 | 1 | 36 | http://www.aful discontinued |
| **k=20,919.95** | | | | | | |
| 409 | Best of I Ready to Drop | filmco | 100 | 1 | 12.99 | https://www.aif discontinued |
| 410 | Real Tickets 1 | vca | 74 | 1 | 9.95 | https://www.aif discontinued |
| 411 | Pornocopia 7 | vca | 100 | 1 | 9.05 | https://www.aif discontinued |
| 412 | Girlfriends | vca, 1983 | 17 | 1 | 4.24 | https://www.aif value decrease |

| # | Title | Studio, Year | | | | Link / Notes |
|---|-------|--------------|---|---|---|------|
| 413 | Anal Rama 2 | metro, 2009 | 54 | 1 | 29.99 | https://www.adultvideomarketplace.com/dvd_view_199590.html |
| 414 | Slurp!2 | NA | 100 | 1 | 0 | There are two production houses that produced his series. Need studio info |
| 415 | Czech Perfect | dreamland, 2001 | 100 | 1 | 36 | http://www.adul discontinued |
| 416 | Wicked Temptress | wicked, 1999 | 7 | 1 | 10.99 | https://www.popcorn.com/popcorn/894043/Wicked-temptress-the-porn-dvd.html?partner_id=9438723&m_source=dvd_medium=product&utm_can |
| 417 | Sex Secrets of A Mistress | vivid, 1996 | 10 | 1 | 36 | https://www.adul discontinued |
| 418 | Passages 4 | vivid, 1991 | 17 | 1 | 36 | http://www.adul discontinued |
| 419 | Nothing to Hide part 4 | metro, 2000 | 18 | 1 | 19.99 | https://www.adultvideomarketplace.com/dvd_view_28277.html |
| 420 | Buda tape 2 | evil angel, 1997 | 25 | 1 | 27.99 | https://www.adultvideomarketplace.com/x0851/buda-porn-movies.html |
| 421 | Jane Bond Vs. Goldenrod | catableon, 1997 | 7 | 1 | 36 | https://www.adul discontinued |
| 422 | Fast Forward | wicked, 2002 | 9 | 1 | 23.95 | https://www.adultvideomarketplace.com/goods/info.asp?PID=61162734&service&fm=kX5Fatfd.com |
| **k15369.95** | | | | | | |
| 423 | Candy Stripers 2 | arrow, 1985 | 14 | 1 | 15.99 | https://www.columetres.com/product/dvd.asp?PID=42673424&service&fm=kX5Fatfd.com |
| 424 | (II) Hightide | DVD's | 300 | 6 | 300 | https://www.are/h demand |
| 425 | Corporate Assets 2 | adam & eve, 1997 | 27 | 1 | 29.99 | https://www.adultvideomarketplace.com/cartland_dvd/dvd_view.php?adult_dvd_id=384906&partner=id |
| 426 | Sex (1 & 2) | vca, 1994, 1995 | 26 | 2 | 2.99 | http://www.adul/film/database.com/video/22254/sex_1 |
| 427 | The Show pt. 2 | vivid, 1997 | 74 | 1 | 36 | http://www.adul discontinued |
| **k22142.95** | | | | | | |
| 428 | Tight Ass | amazing, 1997 | 5 | 1 | 0 | http://www.adu Amazing does not list the title |
| 429 | On Trial 1 | vivid, 1991 | 100 | 1 | 59.98 | https://www.adultvideomarketplace.com/cartland_dvd/dvd_view.php?adult_dvd_id=392758&partner=id |
| 430 | On Trial 2 | vivid, 1992 | 84 | 1 | 9.95 | https://www.hotmovies.com/video/71873/On-Trial-2-Oral-Arguments/?rewrite_title=On-Trial-2---Oral-Arguments |
| 431 | Channel 69 pt.1 | coast to coast, 1996 | 9 | 1 | 7.99 | https://www.popcorn.com/popcorn/545118/channel-69-1-porn-dvd.html?partner_id=9438723&m_source=dvd_medium=product&utm_can |

k15640.95 k22142.95





Deposition 1

Dr. Victoria Hartmann Deposition

```
 1                 UNITED STATES DISTRICT COURT
 2                WESTERN DISTRICT OF MICHIGAN
                        SOUTHERN DIVISION
 3

 4   DAVID ELLIOT WERKING,
     an Indiana Resident,
 5
                    Plaintiff,
 6                                        Case No. 1:19-cv-276
     vs.
 7                                        HON. PAUL L. MALONEY

 8   BETH EILEEN WERKING AND
     PAUL MICHAEL WERKING,
 9   Michigan Residents,

10                  Defendants.
                                    /
11

12             REMOTE ZOOM DEPOSITION OF

13              VICTORIA HARTMANN, Ph.D.

14   Taken on Thursday, January 28, 2021, commencing at 1:30 p.m.,

15   pursuant to Notice.

16   APPEARANCES:

17   FOR THE PLAINTIFF:      POWERS & GREENGARD
                             Mr. Miles L. Greengard  (P76812)
18                           The Carriage House
                             509 Franklin Avenue
19                           Grand Haven, Michigan   49417
                             PH:  (616) 512-5474
20                           mgreengard@powersgreengard.com

21   FOR THE DEFENDANTS:     VANDERBROEK LAW PLLC
                             Ms. Anne M. VanderBroek  (P81541)
22                           17190 Van Wagoner Road
                             Spring Lake, Michigan   49456
23                           PH:  (616) 607-7522
                             anne@vanderbroeklaw.com
24
     REPORTED BY:            MS. ARLENE M. WRIGHT, CSR-34, RPR, FCRR
25                           Licensed in MI, GA, and FL
```

---

**Page 2**

```
 1          T A B L E   O F   C O N T E N T S
 2
 3   WITNESS:                        PAGE:
 4
     VICTORIA HARTMANN, Ph.D.
 5
 6   Examination by Ms. VanderBroek         3
 7   Examination by Mr. Greengard          16
 8
 9
        VICTORIA HARTMANN, Ph.D., DEPOSITION EXHIBITS
10
11   (Original exhibits were scanned and provided to both counsel,
     sealed with the original transcript.)
12
13   EXHIBIT:                        PAGE:
14
     Exhibit 1   Document titled Receipts of Property     8
15               Document titled List of Missing Items
16   Exhibit 2   Hartmann Catalog - Erotic Film Collection   12
                 Hartmann Appraisal Report
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1           (Whereupon, counsel stipulated to this reporter
 2   remotely administering the oath to the witness and remotely
 3   reporting this deposition.)
 4           THE REPORTER:  Dr. Hartmann, will you raise your
 5   right hand, please?
 6       Do you solemnly swear or affirm that the testimony
 7   you will give in this cause will be the truth, the whole
 8   truth, and nothing but the truth under penalty of law?
 9           THE WITNESS:  I do.
10           THE REPORTER:  I thank you.
11                  EXAMINATION
12   BY MS. VANDERBROEK:
13   Q.  Dr. Hartmann, welcome.  Thank you for being here today.  You
14   are a doctor, correct?
15   A.  I hold a Doctor of Philosophy and a Doctor of Human
16   Sexuality.
17   Q.  Okay, what was the training involved in getting those
18   degrees?
19   A.  With regard to the DHS, which is the Doctor of Human
20   Sexuality, it was 60 hours of study of various human
21   sexuality principles and practices including anthropology,
22   biology, sexology, counseling, training, etc., and a DHS
23   dissertation at the end of that which in this case was
24   statistical.
25   Q.  And what do you do with that degree?
```

---

**Page 4**

```
 1   A.  Well, I followed it up with a Ph.D. which is a slightly
 2   different degree.  The sexology degree is more of a, an
 3   applicable degree to providing counseling and sexological
 4   services, talk therapy, etc., and it's an adjunct to, say, a
 5   Masters in counseling or social work.  The Ph.D. is more of
 6   an academic degree, and for that I did a dissertation on a
 7   phenomenology of users in online extreme pornography
 8   communities.  And that is more used for academic pursuits,
 9   and that's what I base my current and ongoing academic
10   pursuits on such as further research, writing journal
11   articles, etc.
12   Q.  And have you written a number of journal articles?
13   A.  I've written about five.  One is under revision; the other
14   four are like it happens in academia, were rejected.  That's
15   the fun of writing journal papers.  You get many, many years
16   to refine your work.
17   Q.  And what do you do for a living?
18   A.  I'm the executive director of the Erotica Heritage Museum in
19   Las Vegas.
20   Q.  And what do you do in that position?
21   A.  I'm the administrator of all of the operations of the museum;
22   so I not only handle budgeting, I oversee the curating staff,
23   the valuations of the curating staff, the implementation of
24   exhibits, um, marketing, events.  So I have oversight of all
25   of the operations of the museum.
```

5

1  My primary function, though, is budgeting and more
2  administrative oversight.
3  Q.  And do you have any particular experience in any of the
4  different areas that you mentioned?
5  A.  **I centered my academic work on examining the nature of**
6  pornography, its effects on people and the market of
7  pornography.
8  Q.  By "market," you mean?
9  A.  **The business, the business of pornography, I am sorry.  Let**
10  me clarify.
11  Q.  And you mention you oversee the valuations.  Do you do
12  valuations or do you hire an expert to come in and do
13  valuations?
14  A.  **It depends on what the collection is.  For instance, if it's**
15  a collection that the museum is going to acquire, we
16  generally do those valuations in-house and I have various
17  people that assist with that.  My curating supervisor, she
18  has more of an expertise in literary and arts valuations.
19  She's pursuing her Masters degree in Library Sciences and so
20  that's where her expertise comes in.  I generally do the
21  pornography simply because that's my area of expertise.
22  If there's a piece of art or artifact that's
23  outside the scope of what we are able to valuate, then we'll
24  bring in an expert.  The issue there is that in terms of
25  erotic art, pornography, etc., there are limited folks who

6

1  have expertise in that simply because it's a field that's
2  looked down upon by most valuations societies.
3  Q.  Have you done any additional work in valuations outside of
4  your work in the Erotica Museum?
5  A.  **Beyond what I did in my doctoral work, no.**
6  Q.  No T.V. shows or anything like that that --
7  A.  **Oh, have I done media, yes.  I've done media talking about**
8  pornography, the market of pornography, how it affects people
9  for -- my most recent article was just last week, was it last
10  week?  For GQ Magazine with regard to the Armie Hammer
11  situation in Hollywood.  I was asked by GQ Magazine to
12  comment on extreme pornography.  And I've also done articles
13  for Las Vegas Weekly, you know, review journals, to
14  interviews by Comedy Central, John Stuart Show, etc., so I've
15  done several appearances both radio and television, yes.
16  Q.  And you were asked to value this particular set of items,
17  correct?
18  A.  **Correct.**
19  Q.  You were paid for that service?
20  A.  **That is correct.**
21  Q.  Were you paid to render any particular opinion?
22  A.  **No.  I was paid to render an opinion but not any opinion in**
23  any particular direction, no.
24  Q.  You were given a list of items, correct?
25  A.  **That is correct.**

7

1  Q.  Those items would be what we are showing as, let me see if I
2  can share my screen.  You should be seeing an Adobe list.
3  Does this appear to be the list you were given?
4  A.  **That is correct.**
5  Q.  And this would be the other part of that list.  Based on that
6  list, did you have sufficient facts to be able to value the
7  items?
8  A.  **In most cases, yes.**
9  Q.  And when you are valuing is there a set of principles or
10  methods that you use to value the items?
11  A.  **Yes, however, my screen froze so I can't access that.**
12  Q.  There it goes.
13  A.  **Okay, here.  Here we go.  Could you restate the question,**
14  please?  I got lost in the freeze of the screen.
15  Q.  Yes.  When you are valuing something is there a set of
16  principles or methods that you use to value those items?
17  A.  **Yes, so what I, the approach that I used was fair market**
18  value valuation, and what that is defined as is the price at
19  which property changes hands between a willing buyer and a
20  willing seller and both the buyer and seller having
21  reasonable knowledge in facts.
22  And the approach that I use, there are three
23  commonly used appraisal processes to determine value:  The
24  cost approach value includes either reproduction or
25  replacement cost of the property, either new or depreciated.

8

1  And how that is applied is if the individual has to recreate
2  the material through another production or assembling the
3  same folks together to film that, or an artist, or so forth.
4  The second one was income approach to value, which
5  is the individual who is in possession of this material going
6  to make money from it.  In other words, is there an
7  anticipated future benefit of income.
8  And then the market comparison approach to value is
9  what are the materials currently available for, valued at,
10  etc.  And that was the approach that I utilized was the
11  market comparison.
12  (At 1:36 p.m., Hartmann, Ph.D., Deposition Exhibit
13  No. 1 was marked.)
14  Q.  And there was sufficient information in that exhibit which
15  we're marking as Defense Hartmann Depo Exhibit 1 to apply
16  those principles and methods to that item list?
17  A.  **In most cases there is a list on Exhibit B, I believe it's**
18  Exhibit B, the spreadsheet.  There were some titles that we
19  were unable to determine.  I would say a good 85 to 90
20  percent we were able to determine or make an assessment on
21  comparable values in the marketplace, yes.
22  Q.  Is this the, I don't know if you can see the Excel
23  spreadsheet.  Is this the spreadsheet you were talking about?
24  A.  **That is not the spreadsheet that's on my screen.  I'm seeing**
25  the report.

9

1    I now have the Excel sheet pulled up. Yeah.
2    That's the one.
3 Q. And this was generated as part of the report that you
4    created, correct?
5    MR. GREENGARD: My internet cut out, so the last
6    thing I heard was introducing what I believe you've marked as
7    Exhibits 1 and 2. Those were 5 and 6 of the original
8    Complaint so I was hoping we could get a quick rundown of the
9    past 45 seconds or so that I missed.
10   MS. VANDERBROEK: Those two exhibits, I'm combining
11   those into one exhibit.
12   MR. GREENGARD: And then what else happened.
13   MS. VANDERBROEK: I had Dr. Hartmann explain
14   whether, what the principles and methods are for valuation
15   and whether the list and whether Defense Hartmann Depo
16   Exhibit 1 was sufficient for her to be able to apply those
17   principles and methods to that list. She said she generated
18   a report based on that and a spreadsheet. This is the
19   spreadsheet she created. She just verified that and that she
20   created a report that went along with that and I'm now ready
21   to talk about that report.
22   MR. GREENGARD: I ask that you re-ask the
23   principles and methods question just so that I don't have to
24   do it when we're done so I can hear the answer.
25   MS. VANDERBROEK: Okay.

10

1    MR. GREENGARD: I apologize. I switched to a
2    different network so hopefully that won't happen again.
3    MS. VANDERBROEK: Okay, so let me back up then.
4 BY MS. VANDERBROEK:
5 Q. Dr. Hartmann, you were given a list of items that we are
6    marking Defense Hartmann Deposition Exhibit 1. These are
7    that list, correct?
8 A. **Correct.**
9 Q. And from that, when you value something do you use any
10   particular principles or methods by which you value those
11   items?
12 A. **In this case I used the appraisal based on fair market value.**
13   The definition of that is the price when property changes
14   hands between a willing buyer, a willing seller, neither
15   having to buy or sell, both having reasonable knowledge to
16   relevant facts.
17   There are three approaches that can be used toward
18   valuing items of this nature of personal property:
19   One is the cost approach value, which includes
20   either reproduction or replacement cost of property and that
21   applies to whether or not the individual, in this case the
22   plaintiff, would have to reproduce the material through
23   either a new production, hiring the performers, or otherwise
24   having to replace it through the production of the item
25   itself.

11

1    The income approach to value is another option that
2    can be used which is whether or not the individual, in this
3    case the plaintiff, would be able to generate income or
4    revenue from the material such as if he was a production
5    house that was producing that materials. That didn't apply
6    here either.
7    And then the market comparison approach to value,
8    which estimates the value by comparison with properties in
9    the relevant market, and that was the approach that I chose
10   to utilize in this particular valuation.
11 Q. And the lists that were provided to you give you sufficient
12   facts to apply those principles and methods to that list?
13 A. **In most cases, yes. There were of course some titles I was**
14   unable to determine, but I would say 85 to 90 percent of the
15   materials that were listed I was able to determine the value
16   of.
17 Q. And did you generate a report showing that valuation?
18 A. **I did in the form of a spreadsheet which was then summarized**
19   in the valuation report -- the appraisal report, I am sorry.
20   The appraisal report.
21 Q. And is this the spreadsheet that you generated?
22 A. **That's correct.**
23 Q. And does this appear to be the report that you generated?
24 A. **That is the appraisal report, yes.**
25   MS. VANDERBROEK: If we could mark those two items

12

1    together as Defense Hartmann Deposition Exhibit 2.
2    (At 1:42 p.m., Hartmann, Ph.D., Deposition Exhibit
3    No. 2 was marked.)
4 Q. What valuation total did you come to?
5 A. **One moment. The total appraisal came to $15,446.06.**
6 Q. And what assumptions were made in coming to that number?
7 A. **There were -- well, one moment.**
8 Q. I guess let me clarify. Did you assume that they were
9    originals or of a certain media format or purchased versus
10   copied, etc.?
11 A. **I based the appraisal on the assumptions that the materials**
12   had been purchased originally by the claimant -- I am sorry,
13   the plaintiff, that they were largely purchased in either VHS
14   or disc format at the time of production or close to the time
15   of production and that they were purchased in either an
16   online or an in-person store. In-person purchase.
17 Q. Would the values be different if the items were purchased off
18   the internet streaming as a streaming format and then later
19   burned to disc versus originally being sold in disc or VHS
20   format?
21 A. **Considering the timeline of the purchases, streaming was much**
22   less available in the marketplace at the time. So when it
23   was available, I defaulted to a disc form or a DVD form, as
24   VHS is largely unavailable in the marketplace these days and
25   streaming is much more common.

13

1 However, at the time that these items were
2 purchased, streaming was less common and thus I defaulted to
3 a tangible, physical item first and then if those weren't
4 available I went to streaming.
5 Q. And you said at the time purchased. What did you assume for
6 the time purchased? Did you assume it was purchased in the
7 last 10 years, 15 years, two years?
8 A. **Considering that most of the items were purchased in a**
9 tangible, physical format, roughly in the last 15 to 20
10 years.
11 Q. Would the valuation be different if they were copied or
12 reproduced as opposed to being in an original format?
13 A. **Can you state the question again, please?**
14 Q. Would the valuation amounts be different if the content were
15 copied or reproduced rather than the original purchase
16 format? For example --
17 A. **How do you -- the way I'm understanding the question is**
18 you're implying that the material could have been downloaded
19 illegally and copied to a disc?
20 Q. Potentially, or borrowed from a friend and copied or from a
21 library and copied sort of thing.
22 A. **That was not considered in the valuation.**
23 Q. Would that change that valuation if it had been considered?
24 A. **Yes, because then there wouldn't have been any out-of-pocket**
25 costs to replace.

14

1 Q. So the number would have been lower then rather than higher,
2 or higher rather than lower?
3 A. **Lower rather than higher.**
4 Q. Alright, you mentioned some items were unable to be valued.
5 Why?
6 A. **Either they were, despite our best efforts to find them, they**
7 were completely unavailable, not found on any database or on
8 any kind of resource website, or their titles were too vague
9 and could not be even located down to say a production house.
10 And that was one of the methods that I used was going to
11 production houses and seeing if there were similar titles of
12 that nature. Or they were outside of the scope of the
13 valuation simply because they either were custom, appeared to
14 be custom materials that might have been commissioned, at
15 least the title could imply that, or they were materials that
16 were simply outside of my scope of valuation such as You
17 Can't Get Enough Dog.
18 Q. Let me unpack that a little. When you say custom video or
19 custom commission, what do you mean by that?
20 A. **So there's a difference in -- I can't scroll this document**
21 that is up on my screen. There are four different types of
22 materials, or five I should say. Let me restate that.
23 There are five different kinds of materials. There
24 are mainstream materials which are commonly found in the
25 marketplace. They are done by well known or semi well known

15

1 production companies, and those are generally the ones that
2 can be valued or appraised the easiest because they either
3 are still on the market, can be found in terms of similar
4 titles or they have a mainstream sexual content that can be
5 found. Niche materials are a little bit harder to find.
6 They have aspects of paraphilic behaviorism such as
7 urination, feces, etc.
8 But considering that fetishized materials can also
9 be found on the marketplace nowadays a little bit easier,
10 those are still within the realm of valuing or appraising
11 with relative ease.
12 Custom materials are materials where say the
13 plaintiff contacted a model that could be contacted on social
14 media or in, you know, by mail or usually by e-mail and in
15 that case through a website. They then negotiate that custom
16 material. So the model will say "Okay, for this particular
17 one-of-a-kind film that I am going to do for you where I'm
18 dressed a certain way or I perform a certain act, I charge
19 this much." And then there is a negotiation between the
20 purchaser and the model to produce that material, so that's
21 what's defined as custom material.
22 Q. And when you talk about something outside of the scope of
23 your valuation or expertise, what kind of things are you
24 talking about there?
25 A. **Titles that appear to be, the titles that appear to be -- I'm**

16

1 looking at the titles here. Titles that have words in them
2 such as Animal Variety, Ultimate Horse, Can't Get Enough Dog.
3 While those materials are not films that could be depicting
4 animals in sexual activities, they are not defined prohibited
5 forms of speech, but I'm not, I don't have any experience in
6 valuing materials of those nature, so it's just outside the
7 scope of what I was able to do in this particular valuation.
8 I don't have the expertise to value those materials.
9 MS. VANDERBROEK: Okay. Thank you. I think that's
10 all my questions.
11 MR. GREENGARD: Dr. Hartmann, I have a few
12 questions for you and we'll get you on your way.
13 EXAMINATION
14 BY MR. GREENGARD:
15 Q. You said extreme pornographic communities is where you have
16 your expertise. The adjective "extreme," does that mean by
17 fetish, or is it, does it mean something else? And, if so,
18 what does it mean?
19 A. **That's a very good question.**
20 Q. Thank you.
21 A. **What I mean by extreme are those types of paraphilias, at**
22 least in my expertise, that pertain to things like
23 necrophilia and the various sub-types of necrophilia
24 fetishes, so that's what I mean by "extreme." Those would be
25 probably the most extreme. Other than child pornography,

**17**

1  necrophilic pornography is considered the same.
2  Q.  So fetishes for senior citizens, or bondage, or things like
3     that, that would not be defined as extreme?
4  **A.  No.**
5  Q.  And I want to circle back to the last question.  You stated
6     that given some of the titles, it was possible that some of
7     the destroyed property could have depicted animals, correct?
8  **A.  Based on the titles, could have.  I can't verify that since I**
9     **haven't seen the title.**
10  Q.  But it could be something like Reservoir Dogs, that's not
11     actually about dogs at all.  Is that fair?
12  **A.  I would say that's reaching simply because when we are**
13     talking about these titles in a sexual context, in a
14     pornographic collection it's more likely that they depict
15     animals or include an animal.  And I want to make sure that I
16     clarify that and that I'm implicit in that I stated in
17     my report depicting animals in sexual activity, it doesn't
18     mean that it could depict the animals are engaged in sexual
19     activity, just that there is sexual activity and seemingly
20     from the title, animals could be in the film.  I don't have,
21     I didn't see the titles.  I can't verify that sexual activity
22     was done with the animals or not.
23  Q.  So it would be possible that for Can't Get Enough Dogs that
24     it's two consenting adults with a golden retriever in the
25     background?

**18**

1  **A.  That's possible.**
2  Q.  Okay, you stated that there is a field of customer commission
3     property, is that correct?
4  **A.  That's correct.**
5  Q.  What's the price range on those.
6  **A.  It varies widely, simply because each performer has, you**
7     know, much like sex work, a performer could do a title,
8     perform a title for a longtime customer that's at a deep
9     discount because they know they are going to have future
10     work.  So a custom production could be 30- to $50 for
11     something short like smoking and could be 3- or $400 for
12     eight, 10 hours of performing, you know, explicit sex acts.
13     So it varies by performer to performer, act to act, and film
14     to film.  It's very difficult to determine what an average
15     range is because there really isn't one.
16  Q.  That's fair.  What's the most you've ever heard of on a
17     commission piece?
18  **A.  The most I've heard of -- well, okay, that's another question**
19     with a lot of variables.  If you're talking about, I'm trying
20     to think of her name.  There's a Disney performer who has now
21     gone into, Annabella, I am sorry, I can't think of her name
22     right at the moment.  She does, she charges $30 for her
23     "Gamer Girl" bath water.  And she makes $1.2 million a month
24     on Only Fans doing non-hardcore, implied nudity-type stuff.
25     So I don't know that there is a top range or a

**19**

1  bottom range because it also depends on how well the
2  performer is known, if she's a cross-over celebrity say like
3  the Kardashians?  I don't know what that top limit is simply
4  because of the nature of the industry and the fact that large
5  or big celebrities that have mainstream appeal are now in the
6  pornography industry.
7  Q.  Is there a general trend line towards commission pieces being
8     more expensive for the more niche field that it is?
9  **A.  It depends on the niche field.  It also depends on whether or**
10     not that field has mainstreamed itself.  You know, in the
11     case of, let's say, let's go back to materials that depict
12     horror types of themes.  They used to cost 3- to $5,000 for a
13     custom film and they can be gotten now for 50.  So it depends
14     on the individual niche, whether or not it's gone mainstream.
15        As you see in pornography with incest materials,
16     those have gone completely mainstream and can be gotten for a
17     dollar 99.  So it depends on the niche, its popularity, the
18     timing of when it's done, and the performer that's doing it.
19     It's very difficult to determine value in these cases because
20     the goal posts continue to move.
21  Q.  You stated that most of the replacement values were disc just
22     because VHS is relatively uncommon.  Is that a fair
23     characterization?
24  **A.  Let me, let me clarify that.  I stated that I defaulted to**
25     disc when it was available simply because VHS is less and

**20**

1  less available.  I don't think we even found a VHS in the
2  search.
3  Q.  Would a VHS, the same title, would a VHS given its rarity
4     potentially have more value in the way that some vinyl albums
5     are worth more on the original vinyl than a CD?
6  **A.  That's another good question.  I haven't seen evidence of**
7     that.  VHS, unlike vinyl, doesn't have a nostalgia
8     perspective to it insofar as vinyl does.  Vinyl has gone to
9     sort of this type of hip collector type of perspective or
10     people collecting them consider them hip and radical, and so
11     forth.  I haven't, not to my knowledge has VHS taken on that
12     kind of social appreciation.  They are seen as antiquated.
13     And especially because tape deteriorates over time, if anyone
14     was utilizing VHS or kept their VHS, it's more likely they
15     would have converted those or tried to transfer those when
16     you could do that and still have the machinery or the
17     companies that would transfer VHS to disc.  I don't know that
18     it has the same kind of appeal long term simply because of
19     the nature of its deterioration.
20  Q.  Are there, so first pressing, the books have, have more
21     value.  First editions have more value.  Within the
22     pornographic community is there that type of delineation?
23     Let me rephrase it.  Can there be that type of delineation?
24  **A.  There can be if the performers are well known enough, say,**
25     like Jenna Jameson when she was at the height of her success

21

1   and they were signed by the individual performers that were
2   famous at the time.
3   Q.   So like anything:  If the artist signs it, it sky rockets in
4   value.
5   A.   **Yes.  Even in pornography, yeah.**
6   Q.   But the same title that the 1990 VHS versus a 2005 DVD, there
7   shouldn't be no difference in value, all things being equal.
8   A.   **It depends on, so when VHS was first coming out, especially**
9   as it was in the era that it was most consumed, the
10  production companies in the mainstream productions when they
11  would sell these titles for 5- to $10 because they were mass
12  produced and the stores would mark them up to between 50 and
13  $75.  So the markup on the part of the retail companies was
14  very high.  That started to diminish even in spite of DVD
15  releases simply because the streaming world became more and
16  more common and consumers could find material online for, you
17  know, a dollar 99 a minute.  Or, or, you know, 12.99, whereas
18  they would pay a much higher rate in the store.
19       So I would have to say that the VHS at the time
20  would cost more simply because of the way the market was and
21  I don't know that the DVDs would be as, they would cost as
22  much simply because of the rise of online streaming.  Are
23  there exceptions to that?  Possibly.  But I think the nature
24  of the online streaming diminished even DVD sales.
25  Q.   Were any of your replacement values based on streaming and

22

1   not physical media?
2   A.   **When we were, when I wasn't able to find a tangible, physical**
3   item to replace a title with, I defaulted to the next
4   available streaming product which I took it it was, you know,
5   say if I could find a DVD for 1999 and I found the same film
6   for streaming for 14.99 or 12.99, I would default to that.
7   Q.   You would default to the streaming in situations where you
8   found both the DVD and the streaming, correct?
9   A.   **No, when I couldn't find the DVD.**
10  Q.   Okay, so your process of valuation, it would be DVD, then
11  streaming, then VHS?
12  A.   **VHS wasn't found.**
13  Q.   Okay, so if not DVD, then streaming.  If not streaming, a
14  zero dollar value.  Is that fair?
15  A.   **Not in all cases, no.**
16  Q.   In what cases would it be different and why.
17  A.   **Well, if you look at the Excel sheet and at the report, there**
18  were titles that, let's see.  One moment.  Let me find an
19  example.  I am sorry, my dog is whining in the background.  I
20  apologize.
21  Q.   We're not hearing it so no need to apologize.
22  A.   **There were titles where the, the item itself was found.  In**
23  other words, the title.  So Sisters, uh, uh, let me go here.
24  Find the... One moment.  On the sheet, K8210.85, No. 106 in line, lane,
25  line, lane, sorry, 498.

23

1   Q.   You are a going a little bit fast.  I want to get a chance to
2   scroll there.  This would be 106, Sisters, zane, 1993?
3   A.   **That's correct.**
4   Q.   Okay.
5   A.   **So while the title itself was found to have existed, it was**
6   discontinued and, therefore, I applied the average value that
7   I cited in the report as $36 because I could find the title;
8   it simply wasn't available anymore but it had value because,
9       in my opinion, it was still able to be appraised simply
10  because it was still noted online as having been in
11  production and having been previously available.
12  Q.   So this would be, if we are going to use Sisters as an
13      example, this was shot and the company either went out of
14  business or burnt down, or whatever, and all of the original
15  copies were lost and it's functionally a lost film.  Is that
16  fair?
17  A.   **Yeah, um-hum.**
18  Q.   So those were given a default of $36.  Correct?
19  A.   **When they could be found, they are given an average of $36 in**
20  value, yes.
21  Q.   Now do you have an example where you were unable to find the
22  DVD but you were able to find streaming prices?
23  A.   **Let me look.  I really am sorry.**
24  Q.   No, no, you're doing great.
25  A.   **She's just like trying to take the door down here.**

24

1   Q.   We can take a break if she needs to go outside or --.
2   A.   **No, she was just out.  So if you look at Taboo 12.  Line 387.**
3   No. 7, Taboo 12.
4   Q.   I've got that.
5   A.   **Okay.  So in this case, we couldn't find the DVD and**
6   therefore, we used the price that was available at the time.
7   Now like I said at the top of this, that market fluctuations,
8   anything can change, right?  I lost my place.
9   Q.   387.
10  A.   **Yeah, 387.  That we defaulted to the streaming price which**
11  was available at that time which was $4.88.
12  Q.   Does the streaming price change based on search popularity,
13      or every time someone buys it, it goes up like the stock
14  market?  Or is streaming price relatively static?
15  A.   **Streaming prices flux.**
16  Q.   Based upon what?
17  A.   **In this particular case, the market will charge more for more**
18  popular downloads and charge less for less popular downloads,
19  so they are more attractive to consumers with an older title
20  on them.
21  Q.   If we look at 387 as just an example, we have it at 4.88 but
22      the film is almost 20 years old.  Is that price likely to
23  change or if we log on today it might be an $8.00 download
24  instead of $4.00?
25  A.   **I think the change would be small.  For instance, you know, I**

25

1  listed 4.88.  It's being listed at $5.00 and then another
2  source it's $8.00 so I think the change, if it would occur,
3  would probably be minimal.
4  Q.  Okay, and do you know how many streaming titles, not DVD
5  titles were valued out of the approximately 900 titles,
6  closer to 850 titles that you listed?
7  A.  **I don't have that number off the top of my head.**
8  Q.  Would that be easy to find or would that be 15 minutes of us
9  all looking at our watches?
10 A.  **I think it would be longer than 15 minutes, yeah.  Probably a**
11 **couple of hours.**
12 Q.  Is it going to be easy for you to do or is it going through
13 and you counting and tallying.
14 A.  **(No response).**
15 Q.  Did my question go through or am I muted?
16      MS. VANDERBROEK:  Are you asking me a question?
17 Q.  No, I'm sorry, Dr. Hartmann, would that be an easy total to
18 come up with or would that be exhausting to come up with.
19 A.  **I'd have to spend at least a couple of hours going back to**
20 the database and reviewing the links to make sure that, you
21 know, I could do an accounting of DVD versus streaming.
22 Q.  Can you give a ballpark?  Is it, you know, one, ten, a
23 hundred, just a ballpark.  And no one is going to hold you to
24 that number.
25 A.  **I don't even have a ballpark, I apologize.**

26

1  Q.  The streaming titles were these closer to clips or were these
2  closer to film length?
3  A.  **It appeared as though they were closer to film length so they**
4  were making that available by film.  If you see a clip,
5  that's usually in the $1.99 range.  But if you see a film,
6  that can change anywhere from 5 to $15.00.
7  Q.  So there would be a significant amount of band width to
8  replace all of these films that were streaming to download
9  them?
10 A.  **How are you defining band width?**
11 Q.  The actual person logging onto the computer going to, you
12 know, what I'm looking at 397 -- I've lost it.  But, you
13 know, going to adultfilmcentral.com and downloading a clip,
14 it's going to use a significant amount of a person's internet
15 to download a bunch of these films.  Is that fair?
16 A.  **I think it depends on the type of internet connection they**
17 have.  If they use it on their phone, they will use up their
18 data.  But if they are on an internet range package of 50- to
19 $70 a month, I don't know that it would constitute a high
20 amount of band width within those types of packages because
21 cable companies don't really charge by band width anymore.
22 They charge by, you know, how open your pipe is or not.
23 So, like I said, I'm troubled with the language
24 because a lot of companies don't charge by band width
25 insomuch as they do in the openness of the pipe that you're

27

1  buying.  You're either buying T1 or you're buying something
2  you do social media with and it costs you $24.95 a month with
3  cable.
4  Q.  Well, let me rephrase it then:  Given the speed of the
5  download, what would be the approximate film size of a
6  75-minute film?
7  A.  **Depends on the compression rate.  If you have, you know,**
8  something that's 1040P or 4K, the size is gonna be much
9  larger than if you have something that's compressed down to
10 say, you know, 256 or a, you know, something that's other
11 than 16 by 9.  It really depends on the compression rate of
12 the video so I, I can't really assess.  It would, like I
13 said, it depends on in what format the video is being
14 downloaded.  4K?  Or old school on the average low resolution
15 website.
16 Q.  Let me try asking this question a different way.  Dr.
17 Hartmann, I think you and I are approximately the same age,
18 so --
19 A.  **No, I think you're much younger than I am.  I'm 51.**
20 Q.  Well, that is a most surprising answer.  I had you in your
21 mid to late 30's.  This experience will be even more
22 appreciated by you.  You must remember in the early days, the
23 days of the mid to late '90s taking overnight to download a
24 four-minute MP3 and now it takes about two seconds to
25 download a four-minute MP3.

28

1      Based on your expertise and having gone through
2  this list which I haven't and I doubt Ms. VanderBroek has
3  clicked on each one of these links, how long would each of
4  these videos take?  Would it be something that on an average
5  person's internet connection they are able to download the
6  film in a few minutes or am I going to be running my computer
7  for weeks downloading all of these films?
8  A.  **I would, and me not being a network, an IT person, I want to**
9  preface it with that not being an IT person, I'm hesitant to
10 even give a kind of a ballpark because I don't really know.
11 An hour long video, well, let me use regular video as an
12 example.  If you're streaming something, it's instantaneous
13 so you click on the link and it plays.  If you are
14 downloading it, depending on your internet connection,
15 depending on the server that it's on, it can take five
16 minutes or it can take an hour.  There's a lot of variables
17 here.
18 Q.  Okay, if you click on any of these so I'm looking at line
19 852, Pyromaniac.  It's discontinued, but I'll just use that
20 as an example.  If I click through that and it was a
21 streaming one, is it going to say this is a 5 gigabyte file?
22 Or is that not information that's generally contained within
23 the block of text about the film?
24 A.  **Right.  That's also a good question.  It depends on the**
25 website.  On websites that are geared towards download, which

29

1    less and less sites are because of copyright issues, they

2    will have a list or they will have probably some kind of

3    listing of the, the size of the file.  Streaming sites are

4    less likely to do that simply because they have, you know,

5    methods in place to prevent download because of copyright

6    issues and, you know, things of that nature.  So it depends

7    on the website.

8  Q.  So it sounds like most of the titles for which you were

9    unable to find DVD prices, they would be of the streaming

10    versus the download a clip variety.  Is that fair?  If I

11    understand the, the difference?

12  **A.  Well, let me go to one and find out.**

13  Q.  I'm not trying to get lost in the details.  I'll let you know

14    where I'm going as soon as you answer this question.

15  **A.  I would say the more expensive the title or the higher the**

16    **appraisal, the more likely it's downloadable; the lower the**

17    **cost the more likely it is streaming.**

18  Q.  And if it's streaming, it's only available to be viewed on

19    the computer versus if the plaintiff had purchased it on VHS

20    or DVD where he could pop it into any T.V. that's set up for

21    that format to play.  Is that correct?

22  **A.  Well, that depends on if he has some kind of like a computer**

23    **program, say as an example, Wondershare UniConverter, you can**

24    **put, and others of that nature, you can put the URL into**

25    **converters of that nature and download materials that are**

30

1    streaming.  I'm not saying that's, you know, a fast way to do

2    it but you can do that.  Or people have sometimes done that

3    where they can download it through a converter.

4  Q.  And then the downloading eventually to replicate it to --

5    strike that.  Let me rephrase and start over.

6    Theoretically, if the plaintiff purchased a title

7    Film X on DVD and it was lost and you were unable to find a

8    DVD replacement but you were able to find a digital, there

9    would be additional costs after downloading the film to put

10    it back into that original state with terms of burning it

11    onto a DVD.  Is that correct?

12  **A.  Well, it seems to me that you would have to pay for a**

13    converter once so I don't know that that would be considered

14    ongoing costs.  It would be one cost for all in that sense

15    because you buy the program once and they average $50 and

16    then if you wanted to burn onto another DVD or disc, then it

17    would be the cost of the discs which I don't know what they

18    cost.  Maybe a dollar apiece, $.50 apiece?  I don't know.

19  Q.  So it would be fair to say that there are marginal additional

20    costs to convert the digital copies into a physical media

21    copy.  Is that correct?

22  **A.  I'd say minimal cost.**

23  Q.  Is there value in the box art or the physical storage device

24    within the pornographic community?

25  **A.  Considering that a lot of that box art isn't available online**

31

1    with the type of vendors that sell this material, again I

2    come back to if it's signed by a particular famous performer

3    at the time, it has value.  But because it's available in

4    digital format along with the video itself, not likely.

5  Q.  Okay.  I asked this question about the number of streaming

6    and you said it would be a little bit of leg work; do you

7    know how many were given the value of $36?

8  **A.  Off the top of my head, I don't have that number.**

9  Q.  Okay.  Was it a lot or -- I am sorry, I didn't hear what you

10    said; we talked over each other.

11  **A.  I said -- I lost my place here again.  Spreadsheets and I**

12    aren't good friends.  I don't think there were too many.  It

13    wasn't a significant amount.  There are a few but it wasn't

14    significant.

15  Q.  But it's entirely possible that the clips for which you know

16    it existed but were lost, the $36 placeholder value could be

17    significantly lower than the actual market rate, given the

18    limited supply.

19  **A.  Well, that's, you know, largely why I took an average of I**

20    think nine or 10 of the most common prices.

21  Q.  Are there the, the VHS -- strike that.  Let me try again.

22    The DVDs that were produced by the porn industry,

23    did those have protections against copies on them the way

24    that if I bought a DVD today that I couldn't just stick it

25    into a DVD burner because there's protections on it?

32

1  **A.  I would have to say that depends on who's producing the**

2    material.  If you have someone that's a smaller player, they

3    might not have had the resources to put some kind of

4    copyright protections on them.  Some of the bigger players

5    may have, so I think that's variable.

6  Q.  In your experience with the production companies on

7    plaintiff's lists, were those smaller, larger, or spread

8    throughout?

9  **A.  They seemed spread throughout.  Predominantly, well, they**

10    seemed spread throughout because at the time you had three

11    big players which were Wicked, Vivid, and Caballero; then you

12    had smaller ones, VCA, and so forth.  So it varied.

13  Q.  And I'm almost positive --

14  **A.  And not to interrupt, but I, I don't have the kind of**

15    background in really knowing when copyright protections were

16    placed on DVDs, so I don't have expertise in that area.

17  Q.  I am referencing what has previously been marked as Hartmann

18    Exhibit 1.  This is also Plaintiff's Motion in Opposition to

19    the Summary Judgment, Exhibits 5 and 6, of which one was

20    called Receipts of Property and one was called List of

21    Missing Items.  Do you have those, Dr. Hartmann, or do you

22    want me to share my screen with you?

23  **A.  I have them.  Let me go back to that file.  Okay.**

24  Q.  I'm just scrolling through.  It looks like there was about

25    1500 titles between the two, on each of the two exhibits or

33

1  on each of the two separate .pdf's that we've combined for

2  purposes of this deposition to one.  Correct?

3  A.  **It appeared to be that way initially, yes.**

4  Q.  And are those 1500 titles, are they the same between the two

5  lists?

6  A.  **They were duplicates.**

7  Q.  Were they mostly duplicative or were there just a handful of

8  duplicates?

9  A.  **Upon inspection, it seemed as though they were mostly**

10  duplicates.

11  Q.  Okay, so we can use, so we can say so there were at least

12  1500 unique titles.

13  A.  **I think we came up with the total of 600, let's see, 700,**

14  seemed to be 700, roughly 750 because of the duplicate nature

15  of the two documents.

16  Q.  So I'm looking at page 2 of what I had marked as Exhibit 5

17  and that starts with Item No. 1591, Awesome Assets, (1987 4

18  play), which plaintiff had marked at $18.  Are you looking at

19  that?

20  A.  **Yup.**

21  Q.  So if we scroll down a few, he has Bible Black, disc 1; Bible

22  Black, disc 2; Bible Black, disc 3.  Now I know you weren't

23  able to find Bible Black but I'll use it as an example.

24  He has it list ed as three separate items, but when

25  you did the valuation those would be one item, correct?

34

1  A.  **No, those were three so I listed them individually and Black**

2  Bible, Bible Black were each valued separately.

3  Q.  Then I'm confused how we went from 1500 in each of these two

4  lists to the 750 on your spreadsheet.  It seems like we lost

5  750 titles somewhere.

6  A.  **It seems upon inspection that the items that bear Exhibit 5**

7  was the list of items.  And Exhibit 6 were what was, whether

8  or not it had a receipt, but they were the same.

9  Q.  But there's still -- on either Exhibit 5 or Exhibit 6 there's

10  about 1500 items, correct?

11  A.  **According to the accounting, we listed, I listed them all and**

12  there were 750.

13  Q.  I'm not doubting your numbers; I'm just scrolling through and

14  I'm confused because as I look through Exhibit 6, I'm

15  scrolling down and I see 1 through 1500 -- 1 through 1605,

16  and I guess I'm just looking for an example of, and if you

17  have one, that's great and if not, so be it, where you

18  condensed multiple items on the Plaintiff's submitted list

19  onto one item on the valuation sheet.

20  A.  **We listed what, I listed what was on Exhibit 5.**

21  Q.  Okay.

22  MS. VANDERBROEK:  If I could interject?  Miles, if

23  you are looking at the first page of what you marked as

24  Exhibit 5?  So 1591 and then 1519.  And then there is some in

25  the 1500's.  And then it skips 1400's entirely and goes to

35

1  1355.  And then it does a few of the 1300's and then it goes

2  to the 1200's.  So it's not a, the numerical list is not a

3  sequential numerical list.

4  BY MR. GREENGARD:

5  Q.  So as I scroll through Exhibit 5, I don't see anything listed

6  in the 1100's and I'm scrolling through it a handful of times

7  now making sure I'm not going to have to eat my words on

8  this.  I see 1000; I see 1300, and I see 1500.

9  So if I scroll into the 1100's on Exhibit 6, I'm at

10  the bottom of Page 31 of Exhibit 6:

11  1209:  Over the Counter.

12  1208:  Oriental Blue.

13  1207:  My Play Thing.

14  1206:  Girls Craving Girls.

15  None of those four were on your valuation sheet.

16  Is that correct, Dr. Hartmann?

17  A.  **I would have to look at the valuation sheet.  I went by**

18  Exhibit 5.

19  Q.  And why didn't you look at Exhibit 6?

20  A.  **Well, I did look at Exhibit 6 and it seems as though they**

21  were duplicates and so it wasn't referenced.

22  Q.  So I just took Girls Craving Girls as an example, and I

23  searched for it in the catalogue and I'm not finding it.

24  But, you know, I didn't build this so it's entirely possible

25  that I'm wrong but...

36

1  A.  **I would have to go through the list again and see if I can**

2  find it.  I'm not, I'm not, spreadsheets are a challenge for

3  me, so I'd have to, you know, I can list stuff but searching

4  is a little bit difficult so I would have to scroll through

5  and do that.

6  Q.  Okay.

7  A.  **And because they are not listed in, in alphabetical order, it**

8  would take a little bit of time.

9  Q.  One second.  How long did it take you to actually find all of

10  these titles?

11  A.  **About 50 hours.**

12  Q.  Five zero.

13  A.  **Um-hum.**

14  Q.  And, and do you think it would take a committed user of

15  pornography approximately that long to go through and find

16  all these titles again and download it and restock the

17  collection?

18  A.  **It would depend on the devotion of the individual who was**

19  going to download them.  If they could devote all their time

20  to it, possibly, but I don't know.

21  Q.  Okay, and the, did your prices include shipping costs for the

22  physical media?

23  A.  **It did not.**

24  Q.  And what's the shipping cost if, if someone were to go out

25  and buy, you know, one of these DVDs?  Is this something like

37

1   as seen on T.V. where they really get you on the shipping or
2   is it going to be closer to Amazon where it's, you know,
3   $2.00 or whatever?
4   A.   It depends on the vendor; I would say that they could offer
5   anything from free shipping, to whatever ZIP code they are
6   shipping it to they would charge based on USPS or even UPS
7   fees.  Depends on the vendor.
8   Q.   So shipping could significantly add to the price of replacing
9   the collection?
10  A.   For shipping?  Possibly.
11  Q.   Okay.  Are the, this is, the to, to harp on the shipping, is
12  this similar to an Amazon experience where if I buy a book, a
13  movie, and a set of copper plates it's all coming from one
14  Amazon warehouse and it's all gonna come in one box, or is it
15  more similar to E-Bay where if I'm buying three items it's
16  coming from three separate places so I might have to pay
17  shipping on each of those three items rather than, than one
18  boxful of items?  Does that make sense or shall I can
19  rephrase it?
20  A.   It makes sense.  It makes sense.  The logistics of shipping
21  with respect to vendors of pornography or online
22  marketplaces, I don't have experience in the logistics.  I
23  can tell you what it used to be back in the '90s but that
24  wouldn't be applicable here.
25  Q.   So when you were going through and spending your time

38

1   compiling this list, you didn't see something that it's like,
2   you know, buy as many DVDs as you want and pay one flat rate
3   shipping, or it's like pay plus $4.99 for shipping and
4   handling for each of these DVDs.  You just have no knowledge
5   either way.
6   A.   It wasn't something I was looking at.
7   Q.   Okay.  That's fair.  Are the physical media, are those used
8   or are they new?
9   A.   I don't know the logistics of the companies.  I would assume
10  that they got like a parcel or a pallet of printed or
11  recorded materials that came from the distributor or the
12  production house if the production house is still
13  distributing it.  They buy them in bulk basically.
14  Q.   Does pornography have a, is, is it like a car where it
15  doesn't matter if you've driven it one mile, it plummets in
16  value once it's been used?  Or regardless whether it's new or
17  used, does it hold relatively the same value?
18  A.   It plummets.  Unless it has something unique to it such as a
19  particular performer, or signature, or what have you,
20  anything that makes it stand out significantly.  But
21  generally, it plummets.
22  A caveat to that if, like I said before in my
23  testimony, if it's a popular download, sometimes the online
24  distributors will increase the price because it's more
25  popular.  The market flux is based on demand.

39

1   Q.   I have one standard question that I want to circle back to.
2   What other cases have you served as an expert on or you've
3   tried other pieces of litigation that you have provided your
4   expert opinion on?
5   A.   I have not.
6   Q.   So I want to look at exhibit -- I'm just going to call it
7   Exhibit 5 and Exhibit 6 so everyone has a clear reference.
8   And Exhibit 5 was the, it's titled Receipts of Property and
9   it has values of or suggested values or alleged values of the
10  property.
11  And then Exhibit 6 is a list of items that
12  plaintiff claims are missing.  Would you agree that that's a
13  fair characterization of the two lists?
14  A.   Are you asking me?
15  Q.   Yes.
16  A.   Okay, as I understood the exhibits to be that Exhibit 5 was
17  the complete list of the exhibits.  And the List of Missing
18  Items defined whether or not there were receipts for those
19  items based on the definition of P-R-O-O-F-L-L or the lack
20  thereof.
21  Q.   So if something on Exhibit 6 said, you know, that the title,
22  you know, Girls Gone Wild and then it said "Proof but no
23  receipt," you would not have valued that, correct?
24  A.   Exhibit 6 was, as I understood it, was either had receipts or
25  didn't.  So I based my valuation on, on Exhibit 5.

40

1   Q.   So if something didn't have a receipt, you wouldn't have
2   valued it, correct?
3   A.   I would have valued it, yes.
4   Q.   If it did not have a receipt.
5   A.   Yes.  I would have valued it.
6   Q.   And what if it did have a receipt?
7   A.   I would also have valued it.  The methodology would have
8   remained the same.  Any of the titles, whether they had
9   receipts or not because there were some prices that were
10  listed or assumed on the part of the Plaintiff, I would
11  valuate the list regardless of whether or not it had a
12  receipt.
13  Q.   So if something is -- when would you not have valued
14  something that was in Exhibit 6?
15  A.   Well, like I said, Exhibit 6 appeared to be a duplicate list
16  so I based my appraisal on Exhibit 5.
17  Q.   So if something was in Exhibit 6, it should have been valued.
18  Is that a fair assessment?
19  A.   If it wasn't a duplicate, that's correct.
20  Q.   Okay.  So if you bring up Exhibit 6, and I am going to share
21  my screen so that we can all see what I'm looking at.
22  Theoretically, I did this correctly, I'm on Exhibit
23  6 and I'm at the end of the 1100's.  I'm at the beginning of
24  the 1200's.  Can you see that, Dr. Hartmann?
25  A.   I'm scrolling.  One moment.  You're where now?

41

1   Q.   I'm on Page 31 of Exhibit 6.  I also have it on my screen.
2        Anne, are you there, too, so I can proceed?
3             MS. VANDERBROEK:  I'm here.
4   BY MR. GREENGARD:
5   Q.   You see where it says Screw My Husband Please, 1 through 5.
6        We would all agree that that's there?
7   A.   **What number is that?**
8   Q.   1199 through 1203 that's on Exhibit 6, page 31.
9   A.   **1199.  Okay.**
10  Q.   Do we all see that?  So Screw My Husband Please, 1 through 5,
11       those should have been valued if they were on Exhibit 5.
12       Correct?
13  A.   **That's correct.**
14  Q.   And what if they weren't on Exhibit 5?  They wouldn't have
15       been valued.  Is that correct?
16  A.   **They would not be in this list, no.**
17  Q.   And they would have value, correct?
18  A.   **That's correct.**
19  Q.   Okay.  So if Screw My Husband Please, 1 through 5, are not on
20       this Exhibit 5, they're not going to be on your valuation
21       sheet.  Correct?
22  A.   **That's correct.**
23  Q.   Okay.  So when I hit Control F and I searched "screw,"
24       there's only one title with "screw" in Exhibit 5 and it's
25       Girls Who Screw Girls.

42

1             Would you agree with that, Dr. Hartmann?
2   A.   **I'm not at that place on the spreadsheet.**
3   Q.   Well, I'm just flipping through between Exhibit 5 and 6.  And
4        Exhibit 5 only has Girls Who Screw Girls with the title word
5        "Screw" in it.  Would you agree with that?
6   A.   **Oh, hold on.  Let me go back to that.  I see that.**
7   Q.   And there's, there's no other "screw," so it's not going to
8        have what we saw as Screw My Husband Please, 1 through 5.
9        Would you agree with that?
10  A.   **Yes, it would appear as that, yes.**
11  Q.   Okay.  So we could say if Screw My Husband Please, 1 through
12       5, was not on Exhibit 5, then it's probably not on your
13       valuation sheet.  Is that correct?
14  A.   **That would be likely.**
15  Q.   Okay.  And just so that we can double-check this, I've got in
16       the search feature up here "screw," and we see Girls Who
17       Screw Girls which we just saw on Exhibit 5.  And we see Girls
18       Who Screw Girls there, but we don't see Screw My Husband
19       Please, 1 through 5.
20            Would you agree with that?
21  A.   **That appears to be missing.**
22  Q.   So there could be potentially, you know, we saw just five
23       titles right now that weren't on the valuation sheet, but
24       there could potentially be many more that were listed on
25       Exhibit 6 but weren't listed on Exhibit 5.  Is that correct?

43

1   A.   **The valuation would be the same.  That would be correct.**
2   Q.   Okay, but the valuation sheet, the Excel sheet that I have up
3        right now is missing whatever would be in Exhibit 6 but not
4        in Exhibit 5.  Is that correct?
5   A.   **Potentially, yes.**
6             MR. GREENGARD:  Okay.  No further questions.  Anne,
7        do you have anything?
8             MS. VANDERBROEK:  I don't think so.
9             MR. GREENGARD:  Then I'm fine going off the record
10       if you are.
11            MS. VANDERBROEK:  Yes.
12            (At 3:00 p.m., the deposition concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

44

1                    CERTIFICATE
2
3
4        I certify that this transcript, consisting of 44
5   pages, is a complete, true, and correct record of the
6   testimony of VICTORIA HARTMANN, Ph.D., held in this case
7   on Thursday, January 28, 2021.
8        I also certify that prior to taking this deposition,
9   VICTORIA HARTMANN, Ph.D., was duly sworn to tell the
10  truth.
11
12
13
14                    _____
15                    ARLENE M. WRIGHT, CSR-0034, RPR, FCRR
                      Notary Public, Kent County, Michigan
16                    My commission expires:  2-18-26
                      Dated this 1st day of February, 2021
17
18
19
20
21
22
23
24
25

Deposition 2

David Werking Deposition

1

```
 1              U.S. DISTRICT COURT
 2          WESTERN DISTRICT OF MICHIGAN
 3               SOUTHERN DIVISION
 4    _____
 5   DAVID ELLIOT WERKING,
 6   An Indiana Resident,          Case No. 1:19-cv-276
 7        Plaintiff,               Hon. Paul L. Maloney
 8   v
 9   BETH EILEEN WERKING, and
10   PAUL MICHAEL WERKING,
11   Michigan Residents,
12        Defendants.
13    _____
14
15        ZOOM DEPOSITION OF:  DAVID ELLIOT WERKING
16
17
18   DATE:      January 29, 2021
19   TIME:      10:05 a.m.
20   LOCATION:  1715 East Princeton Avenue
21              Muncie, Indiana
22   REPORTER:  Lori J. Cope, RPR, CSR-4113
23              Appearing remotely from Newaygo County, Michigan
24
25
```

3

1                I N D E X
2  WITNESS:                         PAGE
3    DAVID ELLIOT WERKING
4  Examination by Ms. VanderBroek          5
5  Examination by Mr. Greengard           17
6  Re-Examination by Ms. VanderBroek      28
7
8              E X H I B I T S
9  NO. PG.  IDENTIFICATION
10  1    1-1-18 Email String Re Dream
11  2    1-1-18 Email String Re Dream with Attachments
12  3    12-30-17 Email String Re Dream
13  4    1-1-18 Email String Re Dream
14  5    List
15  (Exhibits 1 through 5 were marked digitally after the
16  deposition)
17
18  (Plaintiff's Exhibit 5 and Exhibit 6 to the Motion in
19  Opposition were referenced and attached)
20
21
22
23
24
25

2

1  REMOTE APPEARANCES:
2
3  POWERS & GREENGARD LAW, PLLC
4  BY:  Miles L. Greengard (P76812)
5      The Carriage House
6      509 Franklin Avenue
7      Grand Haven, MI  49417-1400
8      (616) 350-8760
9      mgreengard@powersgreengard.com
10          Appearing on behalf of the Plaintiff
11
12  VANDERBROEK LAW PLLC
13  BY:  Anne M. VanderBroek (P81541)
14      17190 Van Wagoner Road
15      Spring Lake, MI  49456
16      (616) 607-7522
17      anne@vanderbroeklaw.com
18          Appearing on behalf of the Defendants
19
20
21
22
23
24
25

4

1                    January 29, 2021
2                    Muncie, Indiana
3                    10:05 a.m.
4                    ***
5          THE REPORTER:  My name is Lori Cope, certified
6  stenographic reporter and notary public in the State of
7  Michigan.  This deposition is being held via videoconferencing
8  equipment.
9          The witness and reporter are not in the same room.
10          The parties and their counsel consent to this
11  arrangement and waive any objections to this manner of
12  reporting.  Please indicate your agreement by stating your
13  name and your agreement on the record and please announce
14  anyone else in the room with you.
15          MR. GREENGARD:  Attorney Miles Greengard, and I am
16  fine with that.  No one else in the room.
17          MS. VANDERBROEK:  Attorney Anne VanderBroek.  No one
18  else in the room.  I'm fine with that.
19          THE REPORTER:  Mr. Werking, do you have anyone in
20  the room with you?
21          MR. WERKING:  No, I have no one in the room, and I
22  agree with that.
23          DAVID ELLIOT WERKING,
24          after having been remotely sworn,
25          was examined and testified as follows:

5

EXAMINATION

BY MS. VANDERBROEK:

Q.   Okay.  Mr. Werking, thank you for being with us here today.  I
      can start with kind of summarizing where we -- how we got
      here.  Now, you lived with your parents in Michigan until a
      domestic dispute made you leave.  Correct?

A.   **I lived with my parents off and on.  I moved in the -- I did a**
      short stint with them at the beginning of the divorce, that
      would have been about -- from February until about -- I'm
      going to say around June I left, and then I came back after
      the divorce to live with them.

Q.   Okay.  When you left after the divorce, the most recent time
      that you have lived with them, when you left that time, it was
      because of a domestic dispute.  Correct?

A.   **Yes, there was a -- there was a -- there was an altercation, a**
      physical altercation, and I was requested by the police
      officers to leave --

Q.   Okay.

A.   **-- for three days.**

Q.   And when you left that last time, you left the state, you
      moved to Indiana, and you left all of your stuff with your
      parents.  Correct?

A.   **Well, after the three days I tried to get it back, but they**
      wouldn't let me on the premises with my PODS or anything else,
      so I left the state, yes, after that.

6

Q.   Now, at that time, because you left it with your parents, it
      was property that was being held by somebody else for you at
      that time.  Now, do you currently have any property that is
      being held by anybody else for your benefit?

A.   **I have no property that is being held by anybody else for my**
      benefit right now.

           MR. GREENGARD:  I'm not sure if the court reporter
      picked it up, but I am going to object to that on the basis of
      relevance.

BY MS. VANDERBROEK:

Q.   Okay.  Had you been warned about bringing pornography into the
      house before you moved in with your parents the last time?

A.   **I -- when I was under the age of 18 I remember borrowing a**
      porn VHS from my friend Brent down the street, and they
      destroyed it, and they said a lot of things.

Q.   Okay.

A.   **I'm not sure if that was one of them, but when I came back I**
      made sure to have a verbal contract that my belongings would
      not be destroyed.

Q.   I'm going to share my screen with proposed Exhibit 1.  Can you
      see this?  It's an Adobe document that looks like an email.

A.   **Uh-huh.**

Q.   Do you recognize that you sent emails to your father back and
      forth?

A.   **Yes, I sent -- I sent emails to my father.**

7

Q.   Okay.

           MR. GREENGARD:  Can we go off the record for a
      second?  I want to chat with Anne about something.

           THE WITNESS:  Okay.

           (Off the record 10:10 to 10:11 a.m.)

BY MS. VANDERBROEK:

Q.   So this, this particular email, was a chain with your father
      as you can see.  Hold on a second.  How do I move this thing?
      You can see his email addressed to you on January
      1st.  Is that correct?

A.   **That's what it says.  I'm not sure that that's right, but I**
      have -- I'm not going to go check it right now.

Q.   Okay.  What I'm particularly looking at is this section where
      your father is talking about your past history with selling
      pornography, with him destroying that pornography that you
      talked about from high school.  Do you recall those events?

A.   **Yes.**

Q.   And did you sell pornography in the past?

A.   **No.**

Q.   Why would your parents believe you had?

           MR. GREENGARD:  Objection, calls for speculation,
      and objection on relevance.

           But you can still answer that, David.

A.   **Could you repeat the question?**

BY MS. VANDERBROEK:

8

Q.   In your opinion, why would you think that your parents
      believed you to be selling pornography?

A.   **Because they are trying to get away with stealing my**
      possessions.

Q.   This is back in high school that I'm talking about in
      particular.  They are talking about you had a past of selling
      pornography when you were in high school.

A.   **I never sold pornography in high school.  I bought a Playboy**
      from a friend, but I didn't sell pornography.

Q.   Okay.  In these emails with your father your email address, I
      can find it here, is showing as omik2omik2@hotmail.com.  Is
      that correct?

A.   **Yes.**

Q.   Is that your email address now?

A.   **That is my email address now.**

Q.   Would you say that is a fairly unique email address, or is
      that a fairly common email address?

           MR. GREENGARD:  Objection, calls for speculation.

BY MS. VANDERBROEK:

Q.   Have you seen any other email addresses that are similar to
      your email address?

A.   **I -- I don't know.**

Q.   Where did you come up with the idea for that email address?

           MR. GREENGARD:  Objection, relevance.

BY MS. VANDERBROEK:

9

1   Q.   In your interrogatories you were asked whether you had any
2       knowledge of the site Hornbunny.  Do you recall that?
3   A.   Yes.
4   Q.   And you answered that you had no such knowledge.  Is that
5       correct?
6   A.   That is correct.
7   Q.   Okay.  When we did a Google search of your email address it
8       came up with a site Hornbunny for that email address.  Do you
9       have any idea why that would be?
10   A.   I have no idea.
11           MR. GREENGARD:  Calls for relevance -- excuse me,
12       calls for speculation.  My apologies.
13   BY MS. VANDERBROEK:
14   Q.   Do you have a relationship with the website Hornbunny?
15   A.   I have never heard of them before.
16   Q.   What about the websites that you reference in Exhibit 3 I'm
17       showing now, YouPorn or xHamster, do you have a relationship
18       with either of those sites?
19   A.   I know they exist.
20   Q.   Do you buy or sell pornography on those sites?
21   A.   No.
22   Q.   Moving on to Exhibit 2, again, an email between you and your
23       father January 1st.  In this one you are talking about the
24       items that were destroyed.  Do you recall emails around that
25       subject?  Do you recall this particular email where you said

10

1       there is -- you gave him a general list of the movies and the
2       albums and said that there were about 500 filled DVRs [sic]
3       and CD-Rs in there?
4   A.   I remember that, yes.  That is incorrect though.
5   Q.   How so?
6   A.   At the time my wife, she had this thing, it's called Amazon
7       Prime, and when you have Amazon Prime you can get free CDs and
8       movies on it.  And I -- I would take the CDs and the DVDs and
9       I would put them on a disc so that I could watch them on the
10       TV.  I wanted to watch it on the big screen TV.
11   Q.   So you would pirate them?
12   A.   I didn't think of it as pirating it.  I thought of as moving
13       it from one place to another without a -- without a cable.
14   Q.   Had you purchased the rights to those movies and --
15   A.   Well, Amazon does, and I had a bunch of -- I had a bunch of
16       these (indicating).  These are -- these are free minutes, and
17       you get them when you buy DVDs and VHSes, and you go to the
18       website and they give you the free minutes, and then you go
19       and -- get the movies to download.
20   Q.   So you buy the rights to the movies at that time?
21   A.   Well, I would assume if they are a company that is selling the
22       movies that they are also giving you the rights to the -- just
23       like Amazon, I mean.
24   Q.   Well --
25   A.   That's what I thought.

11

1   Q.   What does the R designation in CD-R and DVD-R mean?
2   A.   Recordable.
3   Q.   Okay.  So that means you can take content from one medium,
4       say, streaming, and download it onto these discs.  Correct?
5   A.   All -- so it wasn't -- some of those discs were free
6       compilations, people would send me compilations also when I
7       made purchases, but I wasn't -- I wasn't streaming it.  I
8       would go to the websites and I would click the down- -- I
9       would use the minutes to buy it to download it.
10   Q.   So you were actually buying the titles, to clarify --
11   A.   Yeah.
12   Q.   -- or you were paying to access them via streaming?
13   A.   Well, there was only one way to do it, you know.  It wasn't --
14       I don't think they would sell it streaming if you could
15       download the stream.  I'm not a tech person.
16   Q.   I'm not familiar with the pornographic world.  Do these cards
17       give you access via streaming where you can watch, or do they
18       give you the rights to own the content?
19   A.   They -- you use them and then they send you the link to the
20       movie, and then you put the movie on the disc using the
21       software that I got for free on the internet.
22   Q.   So you're essentially getting content you didn't pay for.
23       Correct?
24   A.   No, but -- but --
25           MR. GREENGARD:  Objection.

12

1   A.   Promotionals.  They gave it to me.  They said you have these
2       minutes for free.
3   BY MS. VANDERBROEK:
4   Q.   You have got 500 discs.  It is a significant number of discs.
5       Is that a typical -- I mean, 500 discs --
6   A.   I only burned about 100 of them.  The 400, they were all
7       compilations of like we want you to buy this, we are going to
8       send you a bunch of scenes from movies.
9   Q.   Moving on, you were requested to produce all of your receipts
10       for your purchases in the production request.  Do you recall
11       that?
12   A.   I sent all the -- yes, I recall that.
13   Q.   You sent a few bank statements as -- in lieu of receipts.
14       Correct?
15   A.   Well, they said they wanted all of the receipts, so I sent
16       them every single piece of information I could.
17   Q.   Okay.  Exhibit 4 I believe -- no, that is 3, that is 4 --
18       talks about a single receipt for upwards of $11,000.  Do you
19       recall this?
20   A.   Yeah.
21   Q.   Where is this receipt?
22   A.   That receipt is in D. Werking evidence.  It's a big folder and
23       it has -- oh, you mean on the -- I didn't -- I didn't buy that
24       with Chase.  Chase is my new bank.
25   Q.   These are the responses to the production request you gave me.

**13**

1  A.  Right, but there was a big file that I sent to the police
2  officers that had all of the -- I can resend it to you if you
3  need it.
4  Q.  You were asked to produce all receipts.  You did not produce
5  all receipts, so I am asking where they are.
6  A.  I gave D. Werking evidence to Miles.
7       MS. VANDERBROEK:  Miles?
8       MR. GREENGARD:  We can go off the record here and we
9  can chat about this.
10      (Off the record 10:22 to 10:26 a.m.)
11 BY MS. VANDERBROEK:
12 Q.  I will skip my next question then, which is about the
13      remainder of the receipts from Exhibit 6 that was in the
14      initial pleading.
15          In the interrogatories you were asked the name -- to
16      produce the names of publishers, producers, et cetera of the
17      titles so that Dr. Hartmann could better appraise them, and
18      you did not produce those.  There was an objection on those.
19      I don't care about the ones that were able to be appraised,
20      but for the titles that were unable to be determined,
21      particularly because they were vague, I would like those.  Do
22      you have the producer, title, actors, et cetera, for those
23      items?
24 A.  All I have is my memory.  We are -- we are years away from me
25      being able to do that.

**14**

1  Q.  So, for example, the title -- VHS title Amateurs, there is no
2  producer listed, there is no year listed, there is no further
3  information than Amateurs, which was not --
4  A.  That -- that's what was written on the disc, on the VHS copy.
5  That -- so I wrote down the title of the movie as it was
6  written on the VHS itself.
7  Q.  Okay.  Why did you create these lists?
8  A.  I -- as someone with adult attention deficit disorder, I am
9  always making lists of -- because I never know -- you know, I
10 want to be cognizant of the world around me.  I have
11 distractibility issues.  I forget, I know I forget things, and
12 it's a coping mechanism for me.
13 Q.  I'm not sure if Miles told you this, but when we talked to
14 Dr. Hartmann yesterday she spoke of custom-commissioned films
15 and that those were difficult to evaluate because of their
16 unique nature.  Were there any custom-commissioned films in
17 your collection to your recollection?
18 A.  No, I didn't make any -- I didn't have any custom films
19 done.
20 Q.  Okay.
21 A.  I saw that one was semi custom.  I just bought it.  It was in
22 a box.
23 Q.  Okay.  Are the lists that you created that Miles filed as
24 Plaintiff's Exhibits 5 and 6, receipt of property and list of
25 missing items, these are from the initial pleading, are those

**15**

1  exhaustive lists?  Do those create every title in your
2  collection?
3  A.  Those, I wrote down everything I could remember.  I'm sure
4  there is more movies.  And, as I told Miles, there is more
5  stuff in the house that they destroyed, but I just can't
6  remember it.  I didn't write it down.  I -- I don't have that
7  evidence.
8  Q.  Well, you spoke of your divorce attorney having some of these
9  lists.  When were these lists originally created, before or
10 after the destruction?
11 A.  Oh, before.  They were -- these lists were created during.
12 When you get divorced you make a list of assets and debts, and
13 they really want to know what's in your house.  So I had just
14 got kicked out, and they wanted it, it was fresh in my
15 memory.
16 Q.  And so you made this, these lists, by going through your
17 items, here is a video, here is the title, here is the video,
18 here is the title, et cetera?
19 A.  I -- I was -- my -- my wife, she was nice, she gave me my
20 journal back when I asked for my journal (indicating), because
21 I keep my journal around to write down my memories and stuff,
22 and it was already in there.
23 Q.  Okay.  So there were a number of titles that were turned over
24 to the Ottawa County Sheriff's Department this past -- a year
25 ago fall, 2019 fall.  A number of those titles were not

**16**

1  included in this Exhibit 5 and 6, specifically Mother Daughter
2  Exchange Club films, Naughty Amateur Home Videos, Mother Son
3  Secrets, Brother And Sister, Unnatural Sex, She Is Turning 18,
4  Violation of Trina Mitchell -- or Michaels, Turning Up
5  Teeners, Teen Babysitters.  Would there be a reason that these
6  titles were not included in your Exhibits 5 and 6?
7  A.  Some of those were compilations.  I didn't pay attention to
8  the compilations that people would send me.  The porn
9  companies, they would make these compilations.  I didn't pay
10 attention to the titles of that.  You know, compilations, I
11 know you are not a porn person, but compilations get passed
12 around all of the time.  There are really cheap to make.  Lots
13 of people get annoyed by them.  So the -- there were a few
14 that I had not remembered, and so I put those on the list then
15 when -- when they reminded me.  Again, it's like -- for me,
16 memory is like if I touch it, I remember it, I can remember a
17 lot about it.  But when I'm away from it, when it's not, you
18 know, in my everyday life, it's like, ooh, you know.  I do,
19 you know, so that I really -- I really rely on the lists a
20 lot.
21 Q.  So if you rely on these lists, if these lists are as complete
22 as you can make them, yet these items were left off of them,
23 how do we know other stuff wasn't left off of them, or if
24 things are not added where maybe you wanted them but didn't
25 have them yet?

17

1  A.  I just did the best job I could.

2  Q.  Would you have put items that you -- that were your, quote,

3  unquote, wish list on these, amongst these titles?

4  A.  No.

5  Q.  So it's your sworn testimony that every title on here you

6  owned?

7  A.  Yes.

8       MS. VANDERBROEK:  Okay.  That's all I have got for

9  right now.

10       You are muted, Miles.

11       MR. GREENGARD:  Thank you, Anne.

12            EXAMINATION

13  BY MR. GREENGARD:

14  Q.  David, so I want to ask a few questions, you said something

15  was semi custom.  What is semi custom?

16  A.  That's what the lady who was doing the appraisal said about

17  Lesbian Piss Party.  She said it was semi custom.  And I don't

18  know what it means, because I -- buying custom videos are

19  not -- are not a thing in my world.  That's -- that's new

20  weird stuff.  I am just buying the regular -- if it's $30 and

21  it has got a box, a big box, and it has got a lady with a

22  weird perm and nails and -- you know, and it looks like it's

23  kind of cool, then I'm buying it.

24  Q.  Excuse me.  Okay.  Were you buying the pornography because you

25  enjoyed watching it for its sexual nature, or did you buy the

18

1  pornography because you enjoyed the set design and the corny

2  dialogue and, you know, the makeup, or was it a combination

3  thereof?  In the same way that some people enjoy watching bad

4  movies, not because they think the movie is good, but because

5  it's fun to watch bad movies?

6       MS. VANDERBROEK:  I am going to object on

7  relevance.

8  BY MR. GREENGARD:

9  Q.  Are you --

10  A.  Yeah.  Well, yeah, I think I bought it for a couple reasons.

11  I -- I enjoy cheese.  I don't think of it as cheese.  I think

12  cheese as an art form.  Cheese is something you are doing

13  deliberately to draw humor into a situation, but nothing is --

14  when -- when somebody is doing something -- hello --

15  Q.  I hear you.  You are good.

16  A.  Okay.  When people are having an intimate expression of

17  themselves, sometimes I feel like there is -- there is an

18  honesty there that I find lacking in almost any kind of movie,

19  and I find honesty lacking a lot in the world.  And so I

20  value -- I really value honesty, and I really value being able

21  to be completely intimate and be completely -- you know, you

22  baring it all to the world.  I mean, that's a powerful

23  statement.  Now, I would watch these things maybe once and

24  then I would put them away because some day I know that a

25  censor is coming to take it away.

19

1  Q.  So you did not just enjoy -- you did not -- sorry.  Let me

2  rephrase that.

3       You did not only purchase the majority of

4  pornographic material for arousal purposes, you also viewed it

5  as art.  Is that correct?

6  A.  Yes.

7  Q.  Okay.  So there was a -- there was a question about a VHS in

8  particular that the only information you had was Amateurs.  Do

9  you remember that question?

10  A.  Yes, I do.

11  Q.  Approximately how many of the videos; videos, DVDs -- the

12  titles, we will use that term.  Approximately how many of the

13  titles were you less than confident in the name of?

14  A.  I was always very confident in the name of the titles.

15  Q.  So Amateurs is the exception, not the rule, that you were --

16  A.  Right.

17  Q.  Okay.  Can you ballpark how many you weren't, you know,

18  incredibly confident of the name?

19  A.  I was very -- I am very confident of all of the names that I

20  put down.

21  Q.  Okay.  There was discussion about the veracity of the lists

22  that you added, and I want to -- I believe Ms. VanderBroek

23  asked this, but I want to make sure that we get it down for

24  the record.  The exhibits, and I am going to share my screen,

25  and this is always a

20

1  hold-your-breath-and-make-sure-I-don't-screw-it-up moment.

2  This is Exhibit 6, a list of missing items, which have 500 VHS

3  titles and about 1,500 DVD titles.  And Exhibit 5, receipts of

4  property, which has about 1,500.  You are familiar with both

5  of these exhibits.  Is that correct?

6  A.  Yes.

7  Q.  You made these lists.  Correct?

8  A.  Yes.

9  Q.  And is there anything on those two lists that you did not

10  buy?

11  A.  No, I bought everything.

12  Q.  Is there anything on those two lists that you did not pay

13  for?

14  A.  Well, I already listed the things as -- that were given to me

15  as gifts.

16  Q.  Okay.  And those, those were in responses to Ms. VanderBroek's

17  interrogatories.  Correct?

18  A.  Yeah.

19  Q.  Were there anything on there -- was there anything on there

20  that you downloaded without paying for?

21  A.  Well, I already talked about the -- I mean, downloading

22  without paying for?

23  Q.  Let me rephrase the question.  Is there anything on there that

24  you did not believe you had a legal right to obtain?

25  A.  No, I had legal rights.  I believed that I had legal rights to

21

1    obtain everything on that list.

2  Q.   Did you go to any torrenting sites like BitTorrent or The

3       Pirate Bay to download any of those titles?

4  A.   **No, I didn't.  I didn't go to torrent sites at all.  I like**

5       paying artists to do the job that they have been tasked by God

6       with.

7  Q.   And did you go to any peer-to-peer sites like Limewire, Kaaza,

8       Napster in its heyday?  Did you go to anything like that to

9       download those materials?

10 A.   **No.  No, sir.**

11 Q.   So the only things on those lists that you didn't pay for you

12      were given -- you were comped them because you had purchased

13      other things through the production house.  Is that correct?

14 A.   **That's correct.**

15 Q.   Okay.  There was some discussion yesterday, and I realize you

16      weren't here, about titles involving animals.  Were there any

17      titles involving animals in your collection?

18 A.   **Yeah, I bought some titles involving animals --**

19 Q.   Was --

20 A.   **-- just to see what it was about.**

21 Q.   Approximately how many titles was that?

22 A.   **Eight or ten.**

23 Q.   So it was a very small portion of the collection?

24 A.   **Yes.**

25 Q.   And how did you purchase those?

22

1  A.   **I bought -- I had a punk magazine and it was in the -- in the**

2       back of one my punk magazines.  There was an ad for Goosebumps

3       Graphix, and it was -- I -- and I wrote to them.  This would

4       be in the olden days.  You write letters and you get catalogs.

5       So I wrote a letter, I got a catalog there, and then, later

6       on, I used a credit card on some website.

7  Q.   Okay.  And you previously testified that you created Exhibit

8       5.  This is Exhibit 5, what I have on my screen -- and let me

9       see if I can move this -- Exhibit 5 and Exhibit 6.  You

10      created these two lists.  Correct?

11 A.   **Yes.**

12 Q.   And what's the difference?  What would you put in Exhibit 5

13      versus Exhibit 6?  What is the difference between the two

14      lists?

15 A.   **Scroll back to Exhibit 5, please.  Receipts of property.  And**

16      Exhibit 6 would be what?  List of missing items.  So the

17      difference is list of missing items and receipts.

18 Q.   So let --

19 A.   **There are some things I -- I know I don't have.  The receipt**

20      would be the letter to my lawyer, and this, knowing that I

21      have it.  I had -- I kept all of the receipts, but those

22      receipts got destroyed by the defendants.

23 Q.   So if something is listed in Exhibit 5, it is also listed in

24      Exhibit 6.  Is that correct?

25 A.   **Yeah.**

23

1  Q.   But if it's listed in Exhibit 6, it's not necessarily listed

2       in Exhibit 5.  Is that correct?

3  A.   **Right.**

4  Q.   So, and this is confusing, and Ms. VanderBroek and I had a

5       tough time working through this with the expert yesterday, so

6       I just want to say this again, and I realized that I just

7       asked it, but I want to make sure we get it down because we

8       are all on the same page because you are the one that created

9       these lists.  Everything on Exhibit 5 is on Exhibit 6, but not

10      everything on Exhibit 6 is in Exhibit 5.  So Exhibit 5 is a

11      smaller subset of Exhibit 6.  Is that correct?

12 A.   **Yes.**

13 Q.   Okay.  And did you purchase everything on Exhibit 6?

14 A.   **I purchased it?  Yes, I purchased everything on Exhibit 6.**

15 Q.   And there is about 500 VHSes.  Is that correct?  I'm sorry,

16      there is about 400 -- 428 VHSes on Exhibit 6.  Does that feel

17      about correct, about how big your collection was?

18 A.   **Yeah.**

19 Q.   And you paid for all 428 of those, those VHSes.  Correct?

20 A.   **Right.**

21 Q.   And there are I think is 1,602 -- 1,605 -- 1,605 DVDs on

22      Exhibit 6.  Did you pay for all 1,605 of those DVDs?

23 A.   **Yes, I paid for all of those.**

24 Q.   So that is just over 2,000 items all together, and you paid

25      for all 2,000 items?

24

1  A.   **Uh-huh, yes.**

2  Q.   And Ms. VanderBroek showed you --

3            MR. GREENGARD:  And, Anne, if you want to point me

4       to which exhibit it was, it was about 500 DVDs and --

5            MS. VANDERBROEK:  Yeah, that would have been Exhibit

6       2.

7  BY MR. GREENGARD:

8  Q.   Let me bring that up.  I stopped sharing my screen so you guys

9       don't see emails to other clients.  An attorney did that on a

10      trial I was in, so I learned my lesson there.

11           Exhibit 2.  Okay.  David, I am showing you what

12      Ms. VanderBroek has previously marked as Exhibit 2.  This was

13      an email to your father on January 1st of 2018.  Do you

14      recognize this email?

15 A.   **Yes, I do.**

16 Q.   Okay.  You talked about that a few minutes ago.  And you

17      stated there were also about 500 -- excuse me, 500 filled

18      DVD-Rs and CD-Rs in there.  And you typed that.  Correct?

19 A.   **Yeah.**

20 Q.   Now, those 500 filled DVD-Rs and CD-Rs, are they listed in

21      Exhibit 6?

22 A.   **I listed them down at the bottom under miscellaneous.  I was**

23      thinking of it as miscellaneous stuff.  I didn't want to

24      charge my parents for anything that -- because these

25      compilations they give you, they are really, really cheap, and

25

1    they are really -- you know, boy, they -- they sweat a lot,
2    you know, making those. They don't. I am just kidding. You
3    know, it's very silly, but they don't work very hard in making
4    them. Most of the time they don't work at all. But, you
5    know, I just -- I didn't want to charge them for it, but I
6    knew that, you know, if they sold them, they are worth
7    something, so I just said okay, well, let's charge them the
8    price for CD-Rs and DVD-Rs.
9  Q.  So those 500 filled CD-Rs and DVD-Rs do not make up any of the
10    2,000 VHSes and --
11  A.  **That's correct.**
12  Q.  Okay. And were any of the 2,000 VHSes or DVDs, so that 2,000
13    and change, were any of those recordable copies, or were they
14    all received from a production house?
15  A.  **Any -- any -- any DVD-Rs I bought were official DVD-Rs from**
16    the company. This is where it gets kind of tricky, because
17    Filmco at the time was going through, I know, a really bad
18    situation, and sometimes they would put things on DVD-Rs.
19    Now, that's not the way you should do things, but that's the
20    way that the company did things. So they would be officially
21    a DVD-R copy, but they are selling it as if it was a regular
22    DVD.
23  Q.  Okay.
24  A.  **So everything I bought was official and had the rights to it,**
25    just maybe not all on the right -- I mean, okay, to make -- to

26

1    print a regular DVD costs about $140. To make a DVD-R, not
2    very much money. So, again, companies are going out of
3    business. They were trying to make whatever buck they can. I
4    am just trying to keep you alive.
5  Q.  I'm sorry, I cut you off. You can keep answering that.
6  A.  **That's fine. I am kind of -- I'm kind of zoning out, but**
7    that's all right. That's me. It's -- it's the morning.
8  Q.  Well, I'm rounding third, so we are almost done. On the DVDs
9    that I am looking at, did most of these have copyright
10    protections on them such that you can't just throw it in a DVD
11    burner, or did most of these -- was it like buying a CD in
12    1995, that no one thought of that and you could put it in a
13    burner?
14  A.  **I never thought of that. I didn't have a DVD -- I mean, I**
15    didn't have a -- I mean, I had a DVD burner on my laptop then,
16    but I didn't think about burning actual DVDs and seeing if
17    they would translate onto a DVD-R. I already had the DVD
18    copy. I wasn't trying to make copies of anything. And I
19    just -- I didn't need it, so I didn't try to figure it out.
20  Q.  And were any of the 2,000 titles on Exhibit 6, were any of
21    those burned from a friend or a family member, or did you
22    purchase all 2,000 of those?
23  A.  **I purchased all of the movies, yeah.**
24  Q.  And then you testified that you would download things from
25    Amazon Prime or whatnot and then put them on -- burn them onto

27

1    a DVD so you could watch them on a TV. Is that correct?
2  A.  Yeah.
3  Q.  Did you ever sell those copies?
4  A.  **No, I just -- I just -- I never sold them. I just wanted to**
5    watch them on the TV. I figured I -- you know, eventually,
6    you know, I would get the money, when I would get the money I
7    would buy a copy, and -- because I want to support the
8    artists, but right then I didn't have a lot of money. It was
9    very tight. I was trying to save save save because I was kind
10    of worried about the economy then. I still am. But, no, I
11    never thought of -- I thought about get- -- you know, I
12    thought about them as kind of trash. It's kind of like the
13    debris of the world.
14  Q.  You had a legal right to watch those from an Amazon Prime
15    membership or a Netflix membership or whatever?
16  A.  **Yeah, I had the legal rights to. I mean, it was my wife's**
17    account, and I was -- but it's both our money, so I was
18    using -- you know, so I thought it -- and she said oh, you
19    used my account, you used my account, because I never used
20    Prime.
21  Q.  So on Exhibit 6 you estimated just about 29,000 you spent on,
22    money, and since then defendants have recovered a few boxes of
23    items. Do you stand by the most recent valuation, which is
24    just a shade under $25,000, in terms of out-of-pocket
25    expense?

28

1  A.  Yeah.
2  Q.  Okay. And you put together a replacement cost of $40,000,
3    which would trickle down to somewhere between 35 and 40 once
4    we account for those new materials -- or the rediscovered, the
5    found materials?
6  A.  Yeah.
7  Q.  Do you stand by that evaluation?
8  A.  Yeah.
9        MR. GREENGARD: Okay. No further questions.
10        RE-EXAMINATION
11  BY MS. VANDERBROEK:
12  Q.  I have got a few more to follow up.
13        You mentioned some of the receipts in -- or proof
14    that were listed in Exhibit 6 were in a letter to your lawyer,
15    but that you didn't have the original receipt. What do you
16    mean when you say a letter to your lawyer?
17  A.  **I meant that my lawyer asked for this, for me to list**
18    everything that was in the house and divide it between you,
19    this is yours, this is your wife's, or this is both of yours.
20    So I made that list of assets and debts, and I put everything
21    on there because I didn't want her to go through and destroy
22    it all, because I know how women get when they are mad, so --
23    well, sometimes. I mean, you haven't seen my wife when she is
24    mad. Believe me. So I -- you know, I wanted -- that was the
25    list I made of -- of all of my stuff.

29

1  Q.  And in that letter to your lawyer did you guesstimate the

2     value, as you did in Exhibit 5, or did you actually have

3     physical receipts or electronic receipts for those items?

4  A.  **Well, I remembered what I spent, and I remembered spending --**

5     I -- it was a guesstimate, but it was a fairly accurate

6     guesstimate.

7  Q.  But it wasn't based on actual receipts, it was based on your

8     recollection of such?

9  A.  **It was -- yeah, every time there is a receipt my mind sees the**

10    receipt (indicating).

11  Q.  So if I asked you -- every time you see a receipt your mind --

12    so you said you see that receipt.  So if I asked you --

13  A.  **Well, yeah, if I go to Wendy's, if I see a receipt, I would be**

14    like wow, that is 6 bucks, or I will remember that, that chili

15    at Wendy's is, you know, 6 bucks.  I will remember that.

16  Q.  So if I asked you, because you said that you see that receipt,

17    on -- let me share my screen a second.  If you are looking at

18    Exhibit 6 to your original filing, this first title, Head

19    Waitress, says PROOFLL after it.

20  A.  **Yeah.**

21  Q.  Your legend says that means it was in this letter to your

22    lawyer.  So do you recall, what did the receipt say that the

23    value of Head Waitress was?

24  A.  **Well, I remember buying that from Excalibur Films, and I**

25    remember that that was about 20 bucks.

30

1  Q.  So you don't mentally recall that receipt, you recall

2    approximately what it was, but it's --

3  A.  **Yeah.  That's a guesstimate, yeah.**

4  Q.  Okay.  You mentioned -- you mentioned -- because some of these

5    that you burned after having downloaded them, did you back up

6    any of your films?  Did you, you know, transfer some of the

7    VHSes to a DVD for storage purposes, or did you make any

8    electronic copies of the title, or store them in the cloud or

9    anything like that?

10  A.  **I don't -- I don't know anything about the cloud, ma'am.  I**

11    wasn't making any copies.  If I liked the movie I made sure to

12    buy it.  I -- to buy it when I saw it out.

13  Q.  I'm not asking if you bought them or not.  I'm asking if,

14    after you had bought the film, if you had transferred -- so

15    you remember when VHS made the transition to DVD?

16  A.  **Yes.**

17  Q.  And everybody was hot on the bandwagon of let's transfer

18    everything that was on VHS because it's a medium that

19    disintegrates, or a lossy medium, let's transfer all of our

20    home videos onto DVD.  So there were services where you could

21    send your videos away.

22  A.  **No, I never did that, ma'am.**

23  Q.  Okay.  You didn't keep any of those ones that you downloaded

24    and then later burned on a hard drive?

25  A.  **No.**

31

1  Q.  Okay.  So none of the titles that you are listing you have any

2    access to at this point?

3  A.  **That's correct.**

4  Q.  And just for clarification I'm going to again share my screen

5    because I talked about titles that weren't on the list and

6    where I got those titles just so that you can see.  This is

7    Exhibit 5 created by your father, and it's a catalog of the

8    titles that were submitted to the Ottawa County Sheriff's

9    Department, which I don't know if Miles has picked up yet or

10    not, but I simply did a copy paste from the Excel spreadsheet

11    that this exhibit was taken from to find out whether it was on

12    your list or not.  I'm just explaining that's where I found --

13    where -- where you will see whether it is on Exhibit 6 or not.

14    So, for example, Mother Daughter Exchange Club, I highlight

15    that, and then I go to your Exhibit 6, which we have said is

16    the more complete list, and it shows it is not there.  Do you

17    follow that?

18  A.  **I don't know why, why it wouldn't be there, ma'am.**

19       MS. VANDERBROEK:  Okay.  I had already asked my

20    question about that, so I'm not going to ask it again.  I just

21    realized I hadn't showed that exhibit, so I wanted to show my

22    work.

23       That is all of my questions.

24       MR. GREENGARD:  I have no further.

25       So, Anne, unless you have got something, I think we

32

1    can go off.

2       MS. VANDERBROEK:  I think so, yes.

3       THE REPORTER:  Counsel, would you like to order

4    transcripts at this time?

5       MS. VANDERBROEK:  Yeah, I would like a copy of the

6    transcript.

7       MR. GREENGARD:  Yes.

8       (Whereupon this remote deposition was concluded at

9       11:12 a.m.)

33

```
1                        CERTIFICATE
2
3    STATE OF MICHIGAN    )
4                         )
5    COUNTY OF KENT       )
6
7               I, LORI J. COPE, Certified Shorthand Reporter and
8         Notary Public, do hereby certify that the foregoing matter was
9         taken remotely before me.
10              I FURTHER CERTIFY that this matter was taken in
11        shorthand and thereafter transcribed by me and that it is a
12        true and accurate transcript.
13              IN WITNESS WHEREOF, I have hereunto set my hand this
14        1st day of February, of 2021, at Fremont, Michigan.
15
16              _____
17              LORI J. COPE, CSR-4113, RPR
18              Notary Public for Newaygo County
19              My Commission Expires:  3-25-2021
20
21
22
23
24
25
```