UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____
Plaintiff(s)/United States

       v.                                             Case No.  _____

_____
Defendant(s)

**DECLARATION THAT PARTY WAS UNABLE TO FILE IN A TIMELY
MANNER DUE TO TECHNICAL FAILURE OR USER SYSTEMS FAILURE**

      Please take notice that _____ was unable to file the_____ in a timely manner due to technical failure or user systems failure. The deadline for filing the aforementioned document was _____. The reason(s) that I was unable to file the aforementioned document in a timely manner, and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the court and the other parties that I could not do so, are set forth below.

      I declare under penalty of perjury that the foregoing is true and correct.

Date:_____                /s/ _____
                                                         _____
                                                           _____
                                                           _____
                                                           _____
                                                           _____
                                                           _____
                                                           _____

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

**CERTIFICATE OF SERVICE**

  I hereby certify that the _____ and attached declaration were served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:


Conventionally Served:


Date:_____    /s/_____
                 _____
                 _____
                 _____
                 _____
                 _____
                 _____