UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIOT WERKING
An Indiana Resident, Plaintiff

v.                                                                                       Case No. 1:19-cv-276
                                                                                         Hon. Paul L. Maloney

BETH EILEEN WERKING, AND
PAUL MICHAEL WERKING,
Michigan Residents, Defendants

| POWERS & GREENGARD | VANDERBROEK LAW PLLC |
|---|---|
| Attorneys for Plaintiff | Attorney for Defendant |
| Miles L. Greengard (P76812) | Anne M. VanderBroek (P81541) |
| The Carriage House | 17190 Van Wagoner Rd. |
| 509 Franklin Avenue | Spring Lake, MI 49456 |
| Grand Haven, MI 49417 | (616) 607-7522 (Phone) |
| (616) 512-5474 (Phone) | (616) 682-6108 (Fax) |
| (616) 607-7322 (Fax) | anne@vanderbroeklaw.com |
| mgreengard@powersgreengard.com | |

**CERTIFICATE OF COMPLIANCE REGARDING WORDCOUNT IN DEFENDANT'S DAMAGES SUBMISSION**

In accordance with Local Civil Rules 7.2(b)(i-ii), Defendant's Counsel asserts that Defendant's Damages Submission contains one thousand seven hundred nine (1,709) words, as counted by Microsoft Word for Mac, Version 16.46.

Dated: March 1, 2021                                   VANDERBROEK LAW PLLC

                                                                         /s/ Anne M. VanderBroek
                                                                         Anne M. VanderBroek (P81541)
                                                                         Attorney for Defendants
                                                                         17190 Van Wagoner Rd.
                                                                         Spring Lake, MI 49456
                                                                         (616) 607-7522
                                                                         anne@vanderbroeklaw.com