US DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID ELLIOT WERKING )<br>an Indiana Resident, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>BETH EILEEN WERKING, )<br>a Michigan Resident, and )<br>PAUL MICHAEL WERKING, )<br>a Michigan Resident )<br> )<br>    Defendants. ) | Case No. 1:19-cv-276<br>Hon. Paul L. Maloney |

| POWERS & GREENGARD | VANDEBROEK LAW PLLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| Miles L. Greengard (P76812) | Anne M. VanderBroek (P81541) |
| The Carriage House | 17190 Van Wagoner Rd. |
| 509 Franklin Avenue | Spring Lake, MI 49456 |
| Grand Haven, MI 49417 | (616) 607-7522 (Phone) |
| (616) 512-5474 (Phone) | (616) 682-6109 (Fax) |
| (616) 607-7322 (Fax) | anne@vanderbroeklaw.com |
| mgreengard@powersgreengard.com | |

**PLAINTIFF'S COUNSEL'S BILLING RECORDS**

In accordance with the Court's opinion of July 21, 2021, ECF No. 55, PageID.958, Plaintiff's counsel hereby submits "…a more detailed billing statement."

| | |
|---|---|
| Dated:    August 9, 21 | POWERS & GREENGARD<br><br>/s/ Miles L. Greengard<br>Miles L. Greengard (P76812),<br>Attorneys for Plaintiff<br>The Carriage House<br>509 Franklin Street<br>Grand Haven, MI 49417<br>616-350-8760 (Phone)<br>616-607-7322(Fax)<br>mgreengard@powersgreengard.com |