**Powers & Greengard**
509 Franklin
Grand Haven, MI  49417 US
mgreengard@powersgreengard.com
powersgreengard.com

# INVOICE

**BILL TO**
David Werking
1715 E. Princeton Ave.
Muncie, IN  47303

**INVOICE #** 1145
**DATE** 06/03/2019
**DUE DATE** 07/03/2019
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Paralegal Legal Fees** (11/29/18) Securing Police Report | 0.50 | 50.00 | 25.00 |
| **Paralegal Legal Fees** (12/18/18) Open File; Printing of E-mails | 2.25 | 50.00 | 112.50 |
| **Paralegal Legal Fees** (05/14) Reading Complaint; opposing motion to dismiss, and edits 1-7 of brief | 5 | 50.00 | 250.00 |
| **Paralegal Legal Fees** (05/20) Amended complaint edits | 1 | 50.00 | 50.00 |
| **Paralegal Legal Fees** (05/21) Brief Edits | 3.50 | 50.00 | 175.00 |
| **Paralegal Legal Fees** (05/21) Brief Edits | 5.50 | 50.00 | 275.00 |
| **Paralegal Legal Fees** (05/22) Brief Edits and Table of Citations / Authorities / Contents | 2.50 | 50.00 | 125.00 |
| | | Subtotal: | 1,012.50 |
| **Legal Fee** (12/17/18) E-mails to David Werking | 0.25 | 125.00 | 31.25 |
| **Legal Fee** (1/22/19) Complaint; Demand Letter, Mailing Demand Letter | 5 | 125.00 | 625.00 |
| **Legal Fee** (4/5/19) E-mail to Bob Zitta, David Werking | 0.25 | 125.00 | 31.25 |
| **Legal Fee** (4/9/19) Settlement Offer e-mail | 0.25 | 125.00 | 31.25 |
| **Legal Fee** (4/10/19) File Law Suit | 1 | 125.00 | 125.00 |
| **Legal Fee** (4/11/19) Phone call, e-mail to Bob Zitta | 0.25 | 125.00 | 31.25 |

*PAID*

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Legal Fee<br>(4/11/19) Proposed Summons | 0.25 | 125.00 | 31.25 |
| Legal Fee<br>(5/8/19) SD Brief in Opposition | 3.50 | 125.00 | 437.50 |
| Legal Fee<br>(5/19/19) Calendaring of Dates | 0.25 | 125.00 | 31.25 |
| Legal Fee<br>(5/9/19) SD Brief in Opposition cont. | 2 | 125.00 | 250.00 |
| Legal Fee<br>(5/10/19) SD Brief in Opposition cont. | 2.50 | 125.00 | 312.50 |
| Legal Fee<br>(5/13/19) SD Brief in Opposition cont. | 1.50 | 125.00 | 187.50 |
| Legal Fee<br>(5/20/19) SD Brief in Opposition cont. | 4 | 125.00 | 500.00 |
| Legal Fee<br>(5/22/19) Amended Complaint / Filing | 1 | 125.00 | 125.00 |
| Legal Fee<br>(5/23/19) SD Brief edits | 0.50 | 125.00 | 62.50 |
| Legal Fee<br>(5/24/19) E-Mail to Werking; Final Brief Edits | 0.25 | 125.00 | 31.25 |
| Legal Fee<br>(5/30/19) E-mails to Anne, David | 0.25 | 125.00 | 31.25 |
| Legal Fee<br>(5/31/19) Reading of Amended Motion to Dismiss, Edits to SD Brief in Opposition | 0.50 | 125.00 | 62.50 |
| Legal Fee<br>(6/3/19) Filing of Brief, Exhibits, Word Count | 0.75 | 125.00 | 93.75 |

Subtotal: 3,031.25

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Reimbursable Expense Item<br>Shipping of Items | 1 | 61.16 | 61.16 |
| Reimbursable Expense Item<br>Federal Complaint Filing Fee | 1 | 400.00 | 400.00 |

Subtotal: 461.16

PAYMENT 4,504.91
BALANCE DUE **$0.00**

**Powers & Greengard**

509 Franklin

Grand Haven, MI  49417 US

mgreengard@powersgreengard.com

powersgreengard.com

# INVOICE

**BILL TO**

David Werking

1715 E. Princeton Ave.

Muncie, IN  47303

**INVOICE #** 1161

**DATE** 07/01/2019

**DUE DATE** 07/31/2019

**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Legal Fee**<br>(6/6/19) E-mail to Anne; E-Mail to David re Chart of Values | 0.50 | 125.00 | 62.50 |
| PAYMENT | | | 62.50 |
| BALANCE DUE | | | **$0.00** |

PAID

**Powers & Greengard**
509 Franklin
Grand Haven, MI  49417 US
mgreengard@powersgreengard.com
powersgreengard.com

# INVOICE

**BILL TO**
David Werking
1715 E. Princeton Ave.
Muncie, IN  47303

**INVOICE #** 1175
**DATE** 09/03/2019
**DUE DATE** 10/03/2019
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Paralegal Legal Fees** (8/12/19) Motion for Summary Judgment edits and rewrites | 0.50 | 50.00 | 25.00 |
| **Paralegal Legal Fees** (8/13/19) Motion for Summary Judgement edits and rewrites cont. | 1 | 50.00 | 50.00 |
| **Paralegal Legal Fees** (8/18/19) Motion for Summary Judgement 2.0 Edits | 2.50 | 50.00 | 125.00 |
| **Paralegal Legal Fees** (8/19/19) Motion for Summary Judgment 2.0 Edits cont. | 2 | 50.00 | 100.00 |
| **Paralegal Legal Fees** (8/22/19) Preparation of Proof of Service and Scanning of Same | 0.50 | 50.00 | 25.00 |
| | | Subtotal: | 325.00 |
| **Legal Fee** (8/2/19) Reading of Maloney Opinion; e-mail to AVB | 1 | 125.00 | 125.00 |
| **Legal Fee** (8/12/19) Rule 56 MSJ Brief | 1.75 | 125.00 | 218.75 |
| **Legal Fee** (8/19/19) Rule 56 MSJ Edits | 1 | 125.00 | 125.00 |
| **Legal Fee** (8/26/19) Reading Responsive Pleadings | 0.25 | 125.00 | 31.25 |
| | | Subtotal: | 500.00 |
| | | **PAYMENT** | 825.00 |

PAID

| | |
|---|---|
| BALANCE DUE | **$0.00** |

**Powers & Greengard**
509 Franklin
Grand Haven, MI  49417 US
mgreengard@powersgreengard.com
powersgreengard.com

# INVOICE

**BILL TO**
David Werking
1715 E. Princeton Ave.
Muncie, IN  47303

**INVOICE #** 1185
**DATE** 10/01/2019
**DUE DATE** 10/31/2019
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Paralegal Legal Fees** (9/22/19) Brief in Opposition to Motion for Protective Order | 2 | 50.00 | 100.00 |
| **Paralegal Legal Fees** (9/26/19) Preparation of Proof of Service | 0.25 | 50.00 | 12.50 |
| | | Subtotal: | 112.50 |
| Legal Fee (9/13/19) Discussion with AVB re; Protective Order | 0.25 | 125.00 | 31.25 |
| Legal Fee (9/14/19) E-mail to AVB, Phone Call with David re; Protective Order | 0.25 | 125.00 | 31.25 |
| Legal Fee (9/16/19) Reading Protective Order; Phone Call to AVB; Phone Call to David | 0.50 | 125.00 | 62.50 |
| Legal Fee (9/17/19) Brief in Opposition | 0.50 | 125.00 | 62.50 |
| Legal Fee (9/18/19) Cont. Brief in Opposition | 0.75 | 125.00 | 93.75 |
| Legal Fee (9/22/19) Editing Brief in Opposition | 0.50 | 125.00 | 62.50 |
| Legal Fee (9/23/19) Brief in Opposition; Phone Call with AVB; Filing Motion; Phone Call with DW | 1 | 125.00 | 125.00 |
| | | Subtotal: | 468.75 |

PAYMENT 581.25
BALANCE DUE $0.00

PAID

**Powers & Greengard**

509 Franklin

Grand Haven, MI  49417 US

mgreengard@powersgreengard.com

powersgreengard.com

# INVOICE

**BILL TO**

David Werking

1715 E. Princeton Ave.

Muncie, IN  47303

**INVOICE #** 1211
**DATE** 12/02/2019
**DUE DATE** 01/01/2020
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Legal Fee<br>(10/14/19) Rule 26F Report; E-Mail to AVB; E-Mail to DW | 0.50 | 125.00 | 62.50 |
| Legal Fee<br>(10/9/19) E-mail to AVB, DW; Proposed Order | 0.25 | 125.00 | 31.25 |
| Legal Fee<br>(10/2/19) Rule 26F Report Tele-Conference | 0.25 | 125.00 | 31.25 |

Subtotal: 125.00

PAYMENT    125.00

BALANCE DUE    **$0.00**

PAID

**Powers & Greengard**
509 Franklin
Grand Haven, MI  49417 US
mgreengard@powersgreengard.com
powersgreengard.com

# INVOICE

**BILL TO**
David Werking
1715 E. Princeton Ave.
Muncie, IN  47303

**INVOICE #** 1224
**DATE** 10/09/2020
**DUE DATE** 11/08/2020
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Legal Fee<br>(3/5/20) Werking Settlement Letter | 1.25 | 125.00 | 156.25 |
| Legal Fee<br>(2/21/20) Reply Brief Writing | 4.25 | 125.00 | 531.25 |
| Legal Fee<br>(3/4/20) Editing Reply Brief | 1 | 125.00 | 125.00 |
| Legal Fee<br>(2/15/20) Reading Orders; E-Mailing to DW | 0.25 | 125.00 | 31.25 |
| Legal Fee<br>(2/18/20) DW E-Mail; Settlement Letter; Discussing with Reps | 1 | 125.00 | 125.00 |
| Legal Fee<br>(2/19/20) E-Mail to DW; Reading Brief in Opp | 0.75 | 125.00 | 93.75 |
| Legal Fee<br>(2/20/20) Reply Brief | 1.25 | 125.00 | 156.25 |

Subtotal: 1,218.75

PAYMENT 1,218.75
BALANCE DUE $0.00

PAID

**Powers & Greengard**
509 Franklin
Grand Haven, MI  49417 US
mgreengard@powersgreengard.com
powersgreengard.com

# INVOICE

**BILL TO**
David Werking
1715 E. Princeton Ave.
Muncie, IN  47303

**INVOICE #** 1230
**DATE** 02/28/2021
**DUE DATE** 03/30/2021
**TERMS** Net 30

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Sales<br>(08/04/20) Settlement Conference | 1.25 | 125.00 | 156.25 |
| Sales<br>(08/03/20) Meeting to Prep for Settlement Conference | 0.25 | 125.00 | 31.25 |
| Sales<br>(1/28/21) Deposition Prep | 1.50 | 125.00 | 187.50 |
| Sales<br>(1/28/21) Deposition of Dr. Hartmann | 2 | 125.00 | 250.00 |
| Sales<br>(1/29/21) Deposition of David Werking | 2 | 125.00 | 250.00 |
| Sales<br>(2/15/21) Damages Submission Paper | 5 | 125.00 | 625.00 |
| Sales<br>(2/21/21) Damages Submission Paper | 3 | 125.00 | 375.00 |
| Sales<br>(2/24/21) Phone Calls to Anne, Reviewing Damages Valuation | 0.50 | 125.00 | 62.50 |
| Sales<br>(2/28/21) Editing Damages Submission | 2 | 125.00 | 250.00 |
| Sales<br>(3/1/21) Submission of Damages Submission Brief | 0.25 | 125.00 | 31.25 |
| | | Subtotal: | 2,218.75 |
| Paralegal Legal Fees<br>(02/27/21) Law Clerk Copy Editing, Rewriting, and Cite Checking Damages Paper | 10 | 100.00 | 1,000.00 |
| Reimbursable Expense Item<br>Shipping of Evidence | 1 | 21.16 | 21.16 |
| Reimbursable Expense Item<br>Pick Up Paralegal Carry Forward | 24.50 | 50.00 | 1,225.00 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Reimbursable Expense Item**<br>Pick Up Legal Carry Forward | 56.50 | 75.00 | 4,237.50 |

|  |  |
|---|---|
| PAYMENT | 3,218.75 |
| BALANCE DUE | **$5,483.66** |