UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WERKING, )
         Plaintiff, )
) No. 1:19-cv-276
-v- )
) Honorable Paul L. Maloney
BETH WERKING and PAUL WERKING, )
         Defendants. )
)

## JUDGMENT

The Court hereby enters judgment in favor of Plaintiff and against Defendants as follows:

| Principal | $30,441.54 |
|---|---|
| Attorney fees | $14,519.82 |
| **Total** | $44,961.36 |

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 25, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge